**SCHULMANBHATTACHARYA**  The Clark Building | 7500 Old Georgetown Rd, Ste 901, Bethesda, MD 20814 | 240.356.8550

**JEFFREY S. GAVENMAN**
direct dial 240.356.8553   email jgavenman@schulmanbh.com

April 15, 2021

**Via ECF and Electronic Mail**

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

Re: *Cheng v. Guo*, Case No. 1:20-cv-05678-KPF

Dear Judge Failla:

      We represent Defendant Wengui Guo ("Mr. Guo") in the above-captioned case. We write to confirm that, in compliance with the Court's direction of April 1, 2021, we have provided Mr. Guo's in-camera submission regarding the invocation of his rights under the Fifth Amendment of the U.S. Constitution during his deposition on April 1, 2021. Pursuant to Your Honor's direction, the submission was provided *ex parte* via electronic mail to Failla_NYSDChambers@nysd.uscourts.gov.

      Respectfully submitted,

/s/ Jeffrey S. Gavenman
Jeffrey S. Gavenman

cc:    Jay M. Wolman (via ECF and email)