

# Transcript of Howan Kwok

**Date:** April 1, 2021
**Case:** Cheng -v- Guo

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

## Page 1

1  UNITED STATES DISTRICT COURT
2  SOUTHERN DISTRICT OF NEW YORK
3  ----------------------------x
4  LOGAN CHENG f/k/a Shuiyan Cheng,
5              Plaintiff,
6      -v-            1:20-cv-05678-KPF
7  WENGUI GUO,
8              Defendant.
9
10 ----------------------------x
11
12       REMOTE DEPOSITION OF HOWAN KWOK
13            April 1, 2021
14
15 Reported by:
16 MARY F. BOWMAN, RPR, CRR
17 JOB NO. 360803
18
19
20
21
22
23
24
25

## Page 2

1
2
3
4            April 1, 2021
5            10:00 a.m.
6
7
8       Remote deposition of HOWAN KWOK, held
9  before Mary F. Bowman, a Registered Professional
10 Reporter, Certified Realtime Reporter, and Notary
11 Public of the States of New York and New Jersey.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## Page 3

1       APPEARANCES: (BY VIDEOCONFERENCE)
2
3  RANDAZZA LEGAL GROUP
4  Attorneys for Plaintiff
5      2764 Lake Sahara Drive, Suite 109
6      Las Vegas, NV 89117
7  BY:  JAY MARSHALL WOLMAN, ESQ.
8       MARC RANDAZZA, ESQ.
9
10
11 SCHULMAN BHATTACHARYA, LLC
12 Attorneys for Defendant
13     7500 Old Georgetown Rd, Suite 901
14     Bethesda, Maryland  20814
15 BY:  JEFFREY GAVENMAN, ESQ.
16
17
18 Also Present:
19     Juliet Hooper, Document Technician
20     Una Wilkinson, Mandarin Interpreter
21
22
23
24
25

## Page 4

1
2
3       IT IS HEREBY STIPULATED AND
4  AGREED, by and between the attorneys for
5  the respective parties herein, that
6  filing and sealing be and the same are
7  hereby waived.
8       IT IS FURTHER STIPULATED AND
9  AGREED that all objections, except as to
10 the form of the question, shall be
11 reserved to the time of the trial.
12
13      IT IS FURTHER STIPULATED AND
14 AGREED that the within deposition may be
15 sworn to and signed before any officer
16 authorized to administer an oath, with
17 the same force and effect as if signed
18 and sworn to before the Court.
19
20
21
22
23
24
25

Page 5

1    THE REPORTER:  Will counsel
2  please stipulate that in lieu of
3  formally swearing in the interpreter,
4  the reporter will instead ask the
5  interpreter to acknowledge that their
6  interpretation will be true under the
7  penalties of perjury, that counsel will
8  not object to the admissibility of the
9  transcript based on proceeding in this
10  way.
11    MR. GAVENMAN:  Yes.
12    MR. WOLMAN:  Yes.
13    THE REPORTER:  Do you solemnly swear
14  or affirm that the interpretation you will
15  give in this deposition will be from English
16  to Mandarin and from Mandarin to English to
17  the best of your ability?
18    THE INTERPRETER:  I do.
19        - - - -
20
21
22
23
24
25

Page 6

1  HOWAN KWOK,
2    called as a witness by the parties,
3    having been duly sworn, testified as
4    follows:
5  EXAMINATION BY
6  MR. WOLMAN:
7    Q.  Good morning, Mr. Kwok.
8    A.  Good morning, sir.
9    Q.  My name is Jay Wolman and I represent
10  Mr. Logan Cheng who is a plaintiff in a suit
11  against you in the U.S. District Court for the
12  Southern District of New York.
13      We have with us today an
14  interpreter who will be interpreting my questions
15  to you and your answers back to us.  And because
16  of the number of people, we can't talk over each
17  other.
18      And even if you understand some
19  English, please make sure that you hear the
20  interpreted question and answer in your native
21  language in order to ensure that we get the most
22  accurate discourse between us.
23      And you have present today your
24  lawyer, Mr. Gavenman, who may make certain
25  objections.  But unless he directs you not to

Page 7

1  answer, as a general proposition, you are required
2  to nonetheless answer my questions.  And your
3  answers are going to need to be in words, rather
4  than in nods or sounds in order to ensure that we
5  have an accurate transcript of this proceeding.
6      If at any time you need to take a
7  break, please let me know and we will do so.  But
8  I would ask that you answer any pending question
9  unless it is to confer with your counsel regarding
10  a claim of privilege.
11      And I would ask that if you don't
12  understand a question, please don't guess.  I
13  would be happy to try to rephrase it.
14      Do you understand that?
15    A.  Yes, I understand.
16    Q.  Have you ever had your deposition
17  taken previously?
18    A.  Yes.
19    Q.  How many times?
20    A.  I can't recall.
21    Q.  Is it more than five?
22    A.  Possible.
23    Q.  Were those in proceedings in the
24  United States?
25    A.  Yes.

Page 8

1    Q.  Are there any particular cases you can
2  recall in which your deposition was taken?
3    A.  Pacific Alliance.  And Guo Baosheng
4  defamation case and Ha Yieliang defamation case.
5    Q.  Before we proceed, I want to clarify
6  one thing, you said before we proceeded that your
7  name is Howan Kwok.  Is that correct?
8    A.  Yes.
9    Q.  Can I hear you pronounce your last
10  name so I can make sure I address you properly and
11  pronounce it properly.
12    A.  K-W-O-K.
13    Q.  Can I hear you say your last name?
14    A.  K-W-O-K -- O-K, H-O-W-A-N, that is my
15  name.
16    Q.  I understand.  I'm not asking that
17  question.  I want to hear you say your last name.
18    A.  Kwok.
19    Q.  Kwok.  Thank you.
20      Now, this lawsuit has the spelling of
21  your name as W-E-N-G-U-I, G-U-O.  Are you familiar
22  with that?
23      MR. GAVENMAN:  Objection to form.
24  Can you clarify which lawsuit we are talking
25  about?

**9**

1      MR. WOLMAN:  I said this lawsuit.
2      MR. GAVENMAN:  OK.
3      **A.  Yes.**
4      Q.   Is that a name you use?
5      **A.  Yes.**
6      Q.   Why do you use that name?
7      **A.   Now, it is because K-W-O-K and G-U-O,**
8  **they were actually the pronunciation for the same**
9  **character, but one is the pronunciation from**
10 **mainland China and one is the pronunciation in**
11 **Hong Kong.**
12     Q.   What about the given name?
13     **A.   It is because when I went to Hong Kong**
14 **and because the name has been duplicated in some**
15 **way, so I changed the given name.**
16     Q.   What is on -- strike that.
17         Do you have a form of identification
18 issued by a government, either federally or state
19 in the United States?
20     **A.   Yes.**
21     Q.   And what is that identification?
22     **A.   Howan, H-O-W-A-N.**
23     Q.   Let me ask again.  What is the form of
24 identification?
25     **A.   Social security card.**

**10**

1      Q.   Do you have a driver's license issued
2  by the State of New York?
3      **A.   No.**
4      Q.   Do you have a form of alien
5  identification issued by the United States
6  Department of Homeland Security?
7      **A.   No.**
8      Q.   What is your immigration status to the
9  United States?
10     MR. GAVENMAN:  Objection.  Jay, why
11     is it relevant in any way what his
12     immigration status is?  Where are you
13     going -- I mean, this is really not a
14     particularly appropriate line of
15     questioning.
16         I'm not going to necessarily
17     direct him not to answer this, but I
18     don't know why we are going down the
19     pathway about what his immigration
20     status is.
21     MR. WOLMAN:  To determine whether or
22     not he has an identification card.
23     MR. GAVENMAN:  OK, so we can --
24     MR. WOLMAN:  And no speaking
25     objection, Counsel.

**11**

1      MR. GAVENMAN:  There is no reason to
2      talk about the immigration status, right?
3      You can ask this question, but if you go any
4      further about immigration status --
5      (Simultaneous crosstalk)
6      Q.   I will repeat, what is your
7  immigration status, Mr. Kwok?
8      **A.   I am in the application -- in the**
9  **middle of the application of political asylum.**
10     Q.   And what is the spelling of your name
11 that you used on your asylum application?
12     **A.   H-O-W-A-N, K-W-O-K.**
13     Q.   Before you mentioned a social security
14 card with a different spelling, is that correct?
15     **A.   No, it's still the same name,**
16 **H-O-W-A-N, K-W-O-K.**
17     Q.   I thought I heard you mention a
18 spelling H-A-Y-U-N, is that correct?
19     **A.   No, I have been saying all the time**
20 **that it's H-O-W-A-N.**
21     Q.   Have you ever used the spelling
22 H-A-O-Y-U-N for your given name?
23     **A.   No.**
24     Q.   Now, you mentioned a social security
25 card.  Are you employed?

**12**

1      **A.   I have always been the consultant for**
2  **a lot of companies.  And my current employment is**
3  **the -- I am in the broadcasting and to take down**
4  **the Chinese Communist Party.  It is a broadcasting**
5  **revolution.**
6      Q.   How much do you get paid for that?
7      MR. GAVENMAN:  On advice of counsel,
8      Mr. Guo declines to respond to the question
9      invoking his rights under the Fifth
10     Amendment of the U.S. Constitution.
11         He can't answer that question.
12     Q.   Mr. Kwok, are you taking your
13 attorney's advice and refusing to answer that
14 question?
15     **A.   Yes.**
16     Q.   Are you presently being prosecuted
17 for -- under -- for any crime by any United
18 States, state or the federal government?
19     MR. GAVENMAN:  On advice of Mr. Guo's
20     counsel, Mr. Guo declines to respond to the
21     question invoking his rights under the Fifth
22     Amendment of the U.S. Constitution.
23     MR. WOLMAN:  Jeff, he can't refuse
24     whether or not there is a prosecution.
25     Either the government is prosecuting or not.

13

1     MR. GAVENMAN:  I can and he did.
2 It's --
3     MR. WOLMAN:  I mean, there is no
4 self-incrimination possible to acknowledge
5 that there is a case.
6     MR. GAVENMAN:  Well, any
7 understanding of the status is also
8 privileged by Miles -- by Mr. Kwok.  So he
9 can decline on attorney/client grounds and
10 Fifth Amendment grounds about what's
11 happening in that particular arena.  So he
12 cannot answer that question in either
13 capacity.
14     THE INTERPRETER:  Do you need this to
15 be interpreted or is that between the
16 counsel?
17     MR. WOLMAN:  That's between the
18 counsel.
19     Q.  Mr. Kwok, are you taking your
20 attorney's advice and refusing to answer my
21 question about being prosecuted by any state?
22     **A.  Yes.**
23     Q.  Have you been indicted by any state in
24 the United States?
25     **A.  No.**

14

1     Q.  Have you been indicted by a grand jury
2 of the United States?
3     **A.  No.**
4     Q.  Has any search warrant been executed
5 on you in the last year?
6     **A.  No.**
7     Q.  Are there any active arrest warrants
8 for you in the United States?
9     **A.  No.**
10     Q.  You testified earlier that you gave
11 deposition testimony in at least five cases.  Have
12 you ever testified in court in the United States?
13     MR. GAVENMAN:  Objection to form.
14     **A.  Yes.**
15     Q.  And how many times?
16     **A.  Around three or four times.**
17     Q.  In what cases?
18     **A.  Well, I was the witness in the**
19 **courtroom for the cases of Guo Baosheng defamation**
20 **case and Ha Yieliang defamation and also Pacific**
21 **Alliance.**
22     Q.  Have you testified in court in any
23 other cases in the United States?
24     **A.  I don't recall clearly.**
25     Q.  And have you given deposition

15

1 testimony before court, out of court in any other
2 case?
3     **A.  I don't recall.**
4     Q.  I should ask you, do you have any
5 medical conditions that might impair your ability
6 to understand any questions or give truthful and
7 accurate answers today?
8     **A.  No.**
9     Q.  Have you ingested any substance
10 including alcohol or prescription narcotics that
11 might impair your ability to answer truthfully or
12 accurately today?
13     **A.  No.**
14     Q.  In the last ten years, have you been
15 convicted of any crime involving dishonesty?
16     **A.  No.**
17     Q.  In the last five years, have you been
18 arrested or charged with a crime involving
19 dishonesty?
20     **A.  No.**
21     Q.  Are you familiar with the plaintiff in
22 this action, Logan Cheng?
23     **A.  I met him once.**
24     Q.  Are you aware that you filed a lawsuit
25 against him in the state of Nevada?

16

1     **A.  Yes.**
2     Q.  Do you know why that lawsuit was filed
3 with your name as W-E-N-G-U-I, G-U-O rather than
4 H-O-W-A-N, K-W-O-K?
5     MR. GAVENMAN:  I'll just caution
6 Mr. Kwok not to reveal any attorney/client
7 communications when answering this question.
8 That is counsel's recommendation.
9     Just to clarify, my
10 recommendation is if you can answer
11 without revealing attorney/client
12 communication, you're free to answer,
13 but if that understanding comes from
14 attorney/client communication, you
15 should not.
16     **A.  Well, I am answering the question that**
17 **is why would I use a different name is because it**
18 **was recommended by a previous lawyer, lawyer in**
19 **the past.**
20     Q.  Did you review the complaint in that
21 case before it was filed?
22     MR. GAVENMAN:  Just asking for a
23 clarification, are you talking about the
24 case you referred to a previous case and not
25 the Nevada case?  Or you are talking about

Transcript of Howan Kwok
Conducted on April 1, 2021

17

1   the Nevada case?
2          MR. WOLMAN:  The Nevada case we are
3   discussing right now.
4      **A.  They have used translator briefly to**
5   **go through that complaint to me, you know, once.**
6   **I can't read it myself because I don't know how to**
7   **read English.**
8      Q.   Are you familiar with the English
9   alphabet?
10     **A.  I know the alphabet.**
11     Q.   And are you able to tell the
12  difference between the letters "G-U-O" and
13  "K-W-O-K"?
14     **A.  Yes.**
15     Q.   And did you see the English language
16  version of the Nevada complaint before it was
17  filed?
18         THE INTERPRETER:  Counsel, you're
19     asking before he filed the complaint, did he
20     read the complaint?
21         MR. WOLMAN:  Did he see the English
22     language version of the complaint before it
23     was filed in Nevada.
24     **A.  Yes.**
25     Q.   Did you notice at any time that it did

18

1   not contain your name with the spelling K-W-O-K?
2          MR. GAVENMAN:  Objection to form.
3      **A.  I don't remember.**
4      Q.   Did you observe that it contains the
5   name spelled G-U-O throughout the complaint in
6   Nevada?
7          MR. GAVENMAN:  Objection to form.
8      **A.  No.**
9      Q.   What is the name Miles Kwok?
10     **A.  Well, because any Chinese person**
11  **operating or living in the western world, then we**
12  **would have an English name adding the last name,**
13  **and that's Kwok.**
14     Q.   Thank you.
15         MR. WOLMAN:  Now, Ms. Hooper, I sent
16     you a document starting 001.
17         TECHNICIAN:  Yes, Counsel, would you
18     like that on the screen?
19         MR. WOLMAN:  Yes, please.
20         TECHNICIAN:  Would you like that
21     marked as an exhibit?
22         MR. WOLMAN:  Let's mark that as
23     Exhibit 1.
24         TECHNICIAN:  One moment please.
25     OK, the document is on the

19

1   screen.
2          (Exhibit 1, Amended Notice of
3      Deposition marked for identification, as
4      of this date.)
5      Q.   Mr. Kwok, to the best of your
6   knowledge and understanding, is your presence here
7   today pursuant to the amended notice of deposition
8   shown as Exhibit 1?
9      **A.  Yes.**
10     Q.   Thank you.  You can close that.
11         Mr. Kwok, what did you do to
12  prepare for the deposition today?  I don't need to
13  know what you and your attorney discussed.
14         MR. GAVENMAN:  I appreciate
15     Mr. Wolman's clarification, but please don't
16     reveal any attorney/client communications.
17     You can just say generally what
18     we did.
19         MR. WOLMAN:  I didn't say -- wait,
20     stop.  Please don't change my question.  I
21     did not say "Generally."
22         MR. GAVENMAN:  OK.
23         THE INTERPRETER:  I still need to
24     interpret what counsel just has said.  OK.
25     **A.  Yes.  And then my --**

20

1          THE INTERPRETER:  Sorry, the witness
2      just said something and he stopped, so I am
3      just clarifying with him what was he saying.
4      **A.  I just say yes.**
5      Q.   That was not a yes-or-no question.
6   What did you do to prepare for today?
7          MR. GAVENMAN:  Again, I'll caution
8      you not to reveal any attorney/client
9      communications in this answer.
10     **A.  I have done some normal preparation**
11  **before appearing to court, but I can't tell you**
12  **any more because that would reveal what had been**
13  **discussed between my counsel and myself.**
14     Q.   Did you review any documents to
15  prepare for today's deposition?
16     **A.  No.**
17     Q.   Did you talk to anybody other than
18  your attorney about this deposition?
19     **A.  No.**
20     Q.   Does anybody other than the people on
21  this screen know that you are being deposed today?
22     **A.  I don't know.**
23     Q.   Have you told anybody that you are
24  being deposed today?
25     **A.  I haven't told anyone specifically,**

Transcript of Howan Kwok
Conducted on April 1, 2021

**21**

1  but then the thing is that every day, I will be
2  doing my broadcasting and during which I said that
3  I will be being a witness, but I did not
4  specifically say what case.
5      Q.  And in what broadcast did you say you
6  would be a witness?
7      **A.  So it was at the 9:30 GTV program.**
8      Q.  This morning?
9      **A.  Yes.**
10     Q.  From where did you broadcast that?
11     **A.  It was not a broadcasting.  It was**
12  really just like making a video.  It's like those
13  one-minute short videos and -- so nine minutes of
14  video.  But then after nine minutes, we would just
15  do one-minute uploading.  So it was like that kind
16  of a video making.
17     Q.  You said "we." Who is we?
18     **A.  I did not say "we." I said I.**
19     Q.  Did anybody assist you with that
20  recording and uploading?
21     **A.  No.**
22     Q.  From where did you make that recording
23  and uploading?
24     **A.  It was the same chair and the same**
25  **desk and same background.  It's just right here.**

**22**

1      Q.  Where is that?
2      **A.  It was 1801 Sherry Netherland.  18th**
3  **floor.**
4      Q.  Is that your residence?
5      **A.  I live here.  It's not mine, but I**
6  **live here.**
7      MR. WOLMAN:  I'm going to show you --
8  Ms. Hooper, a document that begins with 007.
9      TECHNICIAN:  Yes, one moment please.
10     Would you like this marked as
11  Exhibit 2?
12     MR. WOLMAN:  Yes, please.  The
13  document is on the screen.
14     (Exhibit 2, Defendant Wengui
15  Guo's Verified Statement Pursuant to
16  Local Civil Rule 26.1 marked for
17  identification, as of this date.)
18     Q.  Mr. Guo, this says this document is
19  your verified statement pursuant to Local Civil
20  Rule 26.1.
21     Have you seen this document
22  before?
23     MR. WOLMAN:  And please scroll down.
24     **A.  So, you see, I can only recognize**
25  **Wengui Guo, my name, and some Arabic numerics.**

**23**

1  But now that you scroll down, I can see my
2  signature.  I don't know whether I have seen this
3  document before or not.
4      Q.  Is that your signature?
5      **A.  Yes.**
6      Q.  Do you remember --
7      **A.  It is my signature, Guo Wengui.**
8      Q.  Are you familiar with somebody named
9  Daniel Podhaskie?
10     **A.  Yes.**
11     Q.  Where were you on December 10, 2020?
12     MR. GAVENMAN:  Objection to form.
13     **A.  I can't remember.**
14     Q.  Did you meet with Mr. Podhaskie on
15  December 10, 2020?
16     **A.  I don't recall.**
17     Q.  How do you recall the name
18  Mr. Podhaskie?
19     **A.  Daniel Podhaskie, he is working**
20  **lawyer.  He's a lawyer working in the work --**
21  **working.**
22     Q.  Is Mr. Podhaskie your lawyer?
23     MR. GAVENMAN:  Objection to form.
24     **A.  He's working for New York Golden**
25  **Spring.**

**24**

1      Q.  Thank you.
2      Do you have any reason to believe that
3  this is not your signature as executed on
4  December 10, 2020?
5      **A.  No.**
6      Q.  Did you understand this document
7  before you signed it?
8      MR. GAVENMAN:  Objection to form.
9      **A.  Yes.**
10     Q.  How were you able to understand it?
11     **A.  Because every time he would get a**
12  **translator translating the documents before I**
13  **understand it, before I sign it.**
14     Q.  And what is Golden Spring New York?
15     **A.  It's a company.**
16     Q.  And what is your relationship to that
17  company?
18     MR. GAVENMAN:  On advice of Mr. Guo's
19  personal counsel, Mr. Guo declines to
20  respond to the question invoking his rights
21  under the Fifth Amendment of the U.S.
22  Constitution.
23     Q.  Are you accepting your attorney's
24  advice and refusing to answer the question?
25     **A.  Yes.**

Transcript of Howan Kwok
Conducted on April 1, 2021

25

1    Q.   On December 10, did you sign this
2  document in the presence of Mr. Podhaskie, a
3  Golden Spring attorney?
4        MR. GAVENMAN:  I'm going to caution
5    you not to reveal any attorney/client
6    communications in this answer.
7    Q.   Before we proceed, I need to establish
8  something.
9        You testified that Mr. Podhaskie was
10 the lawyer for Golden Spring, New York.  Is he
11 your lawyer as well?
12       MR. GAVENMAN:  Objection to form.
13   A.   Yes.
14   Q.   Do you have a representation agreement
15 with Mr. Podhaskie?
16       MR. GAVENMAN:  Objection to form.
17   A.   This is between myself and my counsel,
18 so I cannot answer that.
19   Q.   You can answer whether or not you have
20 a representation agreement.
21   A.   I don't know.
22   Q.   How do you know Mr. Podhaskie
23 represents you personally and not just Golden
24 Spring, New York?
25   A.   Because he's representing me all

26

1  along.
2    Q.   When did you first retain
3  Mr. Podhaskie?
4    A.   I don't recall.
5    Q.   For what purposes does Mr. Podhaskie
6  represent you individually?
7        MR. GAVENMAN:  Because the word
8    "purpose" is in there, I have to caution you
9    not to reveal any attorney/client
10   communications in this answer.
11   A.   My answer is that he's a lawyer.
12   Q.   Do you have him on a general retainer
13 for any and all purposes?
14   A.   I don't understand when you say
15 general, what does it mean general or not general?
16 I don't understand.
17   Q.   Let me try to clarify.
18       Mr. Gavenman represents you as a
19 defendant in this case.  For what purposes does
20 Mr. Podhaskie represent you?
21       MR. GAVENMAN:  I'm going to object to
22   form and I'm going to again caution you not
23   to reveal any attorney/client communications
24   in this answer.
25   A.   That's right.  That's why I don't know

27

1    how to answer your question.  I don't really know
2    how to.  And I don't really want to answer
3    irresponsibly so that to be irrelevant to this
4    case.
5    Q.   Without telling me the content of any
6  conversations you had with Mr. Podhaskie, in what
7  capacity does he represent you?
8        MR. GAVENMAN:  Objection to form.
9    A.   I cannot -- I am -- I am unable to
10 answer this question.  I cannot answer this
11 question.
12   Q.   Does Mr. Podhaskie represent you in
13 any lawsuit?
14       MR. GAVENMAN:  Objection to form.
15   A.   I don't recall.
16   Q.   Does Mr. Podhaskie represent you for
17 any matter in which you have claimed the privilege
18 under the Fifth Amendment to the U.S.
19 Constitution?
20       MR. GAVENMAN:  Objection to form.
21   A.   I don't know.
22   Q.   Does any attorney represent you with
23 respect to any matter for which you have claimed
24 privilege under the Fifth Amendment to the United
25 States Constitution?

28

1        MR. GAVENMAN:  You are including this
2    one where it just happened?
3        THE INTERPRETER:  Counsel, I think
4    that was a question for you, right?
5        MR. GAVENMAN:  This litigation is
6    obviously one of them.
7        Do you want that to be part of
8    the answer or --
9        MR. WOLMAN:  He can answer it as he
10   sees fit.
11   A.   My lawyer here, my counsel, Jeff.
12   Q.   Have you claimed the protections of
13 the Fifth Amendment to the United States
14 Constitution in any other lawsuit?
15       MR. GAVENMAN:  I'm going to caution
16   him again not to reveal any attorney/client
17   communications about this.  I believe that
18   your understanding may come from that.  So
19   please don't reveal any attorney/client
20   communications.
21   A.   Yes.
22   Q.   In what other lawsuits have you
23 claimed the protections to the Fifth Amendment to
24 the United States Constitution?
25   A.   I don't recall.

Transcript of Howan Kwok
Conducted on April 1, 2021

---

29

1     Q.   When was the last time before this
2  month you claimed the protection of the Fifth
3  Amendment of the United States Constitution?
4        And when I say this month, I mean
5  the last 30 days.
6        MR. GAVENMAN:  Objection to form.
7     **A.   I don't recall.**
8     Q.   Was your claim under the Fifth
9  Amendment in the last year other than this
10 lawsuit?
11    **A.   I don't recall.**
12    Q.   Does Mr. Podhaskie send bills in your
13 name?
14       MR. GAVENMAN:  Objection to form.
15    **A.   I don't understand your question.  I**
16 **don't quite understand.**
17    Q.   Do you get bills from Attorney
18 Podhaskie for the services he renders to you?
19    **A.   I don't know.**
20    Q.   Do you pay Mr. Podhaskie?
21    **A.   No.**
22    Q.   Who pays Mr. Podhaskie?
23    **A.   Golden Spring.**
24    Q.   Why does Mr. Golden Spring pay
25 Mr. Podhaskie for services rendered to you in your

---

30

1  individual capacity?
2        MR. GAVENMAN:  Under the advice of
3     Mr. Guo's personal counsel, Mr. Guo declines
4     to respond to the question invoking his
5     rights under the Fifth Amendment of the U.S.
6     Constitution.
7     Q.   Are you accepting your attorney's
8  advice not to answer?
9     **A.   Yes.**
10    Q.   Are you aware that Mr. Cheng had a
11 judgment against you in Nevada?
12    **A.   That I know.**
13    Q.   Are you aware that that judgment was
14 paid on your behalf by Golden Spring New York?
15    **A.   Yes.**
16    Q.   Why did Golden Spring New York pay
17 that judgment on your behalf?
18       MR. GAVENMAN:  On advice of Mr. Guo's
19    counsel, Mr. Guo declines to answer that
20    question invoking his rights under the Fifth
21    Amendment of the U.S. Constitution.
22    Q.   Are you accepting your attorney's
23 advice?
24    **A.   That's correct.**
25    Q.   Do you own any interest in Golden

---

31

1  Spring New York?
2        MR. GAVENMAN:  On advice of Mr. Guo's
3     counsel, Mr. Guo declines to answer the
4     question invoking his rights under the Fifth
5     Amendment of the U.S. Constitution.
6     Q.   Are you accepting your attorney's
7  advice not to answer?
8     **A.   Yes.**
9     Q.   Are you an officer of Golden Spring
10 New York limited?
11       MR. GAVENMAN:  On advice of Mr. Guo's
12    counsel, Mr. Guo declines to respond to the
13    question invoking his rights under the Fifth
14    Amendment of the U.S. Constitution.
15    Q.   Are you accepting your attorney's
16 advice not to answer?
17    **A.   That's correct.**
18    Q.   Did Golden Spring or anyone affiliated
19 with it take part in the decision to sue Mr. Cheng
20 in Nevada?
21       MR. GAVENMAN:  To the extent you can
22    answer without revealing attorney/client
23    communications, you can answer, but I
24    caution you not to reveal attorney/client
25    communications.

---

32

1     **A.   I did talk to my counsel about this**
2  **matter, so because that would involve the**
3  **privilege between counsel and client, so I cannot**
4  **answer this question.**
5     Q.   Which counsel are you referring to?
6     **A.   Daniel.**
7     Q.   Is Mr. Podhaskie employed by Golden
8  Spring New York or is he an independent outside
9  vendor?
10    **A.   I don't know.**
11    Q.   Where is the office of Golden Spring
12 New York?
13    **A.   61st Street -- sorry, 64th Street.**
14    Q.   And where is Mr. Podhaskie's office?
15    **A.   I seem to have seen him in the Golden**
16 **Spring office, but I think that he might have**
17 **other offices as well.  But I don't know where**
18 **they are.**
19    Q.   On the day you signed the verification
20 statement marked as Exhibit 2, why did you sign it
21 at Golden Spring?
22       MR. GAVENMAN:  Objection to form.
23    **A.   I don't remember signing the document**
24 **in Golden Spring.  I don't ever state that I have**
25 **signed this document in Golden Spring.  I think**

---

33

1   that you probably have mistaken my testimony.  I
2   have never said that I signed this document in
3   Golden Spring.
4       Q.   Where did you meet with Mr. Podhaskie
5   to sign this document?
6       A.   My answer was that I don't recall.
7   And why would you just like talking rubbish and
8   telling me that I signed in Golden Spring.  I said
9   I don't recall.
10      Q.   Did Mr. Podhaskie print out the
11  document for you to sign?
12      A.   I don't recall.
13      Q.   Did you print out the document to be
14  signed as Exhibit 2?
15      A.   I don't recall.
16      Q.   Why did you choose Mr. Podhaskie to
17  notarize this document?
18      A.   Well, according to law, right?
19      Q.   Why Mr. Podhaskie as opposed to any
20  other notary public of the State of New York, is
21  my question.
22      A.   I trust him.
23      Q.   Do you have any other lawyers beside
24  Mr. Podhaskie and Mr. Gavenman?
25          MR. GAVENMAN:  Objection to form.

34

1       A.   Yes.
2       Q.   And who are those other lawyers?
3          MR. GAVENMAN:  Objection to form.
4       A.   I don't recall their names because if
5   they are in English, I don't usually remember
6   them.
7          Just like, for example, my
8   counsel today, you may have referred the counsel
9   with another name, but I actually just know him as
10  Jeff.  And I just call him Jeff.
11          But that is only natural because
12  my reading ability of English probably is
13  equivalent to any one-year-old child in the United
14  States.
15      Q.   Can you tell me their names as you
16  best are able?
17          MR. GAVENMAN:  Objection to form.
18      A.   Well, the thing is like I don't really
19  want to mistaken -- like, for example, the
20  president of the United States, Mr. Biden's name
21  as my counsel, as my lawyer.
22          I don't really want to make such
23  kind of a mistake.  It would be rather
24  irresponsible for me to mistaking anybody's name,
25  and -- as my counsel.  And I would rather just say

35

1   I don't know.
2       Q.   Please answer the question as stated
3   to the best of your ability.
4       A.   My answer is no, I can't recall.
5       Q.   Are you currently represented in any
6   matter by an attorney named Aaron Mitchell?
7          MR. GAVENMAN:  Not just in this
8          matter, Jay?  You are talking about any
9          other matter?
10         MR. WOLMAN:  Please don't answer the
11         question for him.  You are now answering a
12         question for him.
13         MR. GAVENMAN:  OK.  He is represented
14         in this matter --
15         MR. WOLMAN:  If you have an
16         objection, make your objection.  Right now
17         you are --
18         MR. GAVENMAN:  Trying to clarify the
19         question.
20         MR. WOLMAN:  You're not the deponent.
21      A.   Well, at the moment, I know at least
22  three counsel's name is Aaron.  So I actually
23  can't remember Aaron, whatever that you are
24  talking about.  So that is why I cannot answer
25  that.  So that is why I said I don't recall.

36

1       Q.   Do you have a representation agreement
2   with Aaron Mitchell?
3       A.   I don't know which counsel you're
4   talking about, which lawyer you are talking about.
5   I am unable to answer this question.
6       Q.   Are you aware that an attorney named
7   Aaron Mitchell has entered his appearance in this
8   case on your behalf?
9       A.   I know there is a lawyer named Aaron,
10  but I don't really know whether there is Aaron
11  Mitchell or what.  I just don't know.
12      Q.   Do you have a fee agreement with the
13  lawyer named Aaron?
14      A.   I know that they may have some such
15  thing, but I cannot be sure.
16      Q.   Does an attorney named Aaron send you
17  bills for services he renders?
18      A.   I don't recall.  I really don't
19  recall.
20      Q.   Do you pay any bills to the attorney
21  whose first name is Aaron?
22      A.   Let me state that clearly, that you
23  see I am unable to answer this question is because
24  I don't have a bank account, personal bank
25  account.  I don't make payments.  So any payment

Transcript of Howan Kwok
Conducted on April 1, 2021

37

1  involved probably will be paid by Golden Spring on
2  my behalf.
3          So I really am not able to answer that.
4      Q.   Why would Golden Spring pay attorney
5  Aaron on your behalf?
6          MR. GAVENMAN:  Under advice of
7      Mr. Guo's counsel, Mr. Guo declines to
8      respond to the question invoking his rights
9      under the Fifth Amendment of the U.S.
10     Constitution.
11     Q.   Are you taking your attorney's advice
12 in refusing to answer the question?
13     A.   Yes.
14     Q.   Does Mr. Gavenman or his firm send you
15 bills?
16     A.   I really don't know.  I don't know.  I
17 really don't know.
18     Q.   Do you pay Mr. Gavenman or his firm
19 for the services he is rendering in this case?
20     A.   I believe so, but then it would be
21 Golden Spring who is paying to them.  So I really
22 don't know.
23     Q.   And why is Golden Spring paying
24 Mr. Gavenman and/or his firm?
25         MR. GAVENMAN:  Under advice of

38

1      Mr. Guo's counsel, Mr. Guo declines to
2      respond to the question invoking his rights
3      under the Fifth Amendment of the U.S.
4      Constitution.
5      Q.   Are you refusing to answer the
6  question under the advice of your counsel?
7      A.   Yes.
8      Q.   Are you aware of any crimes committed
9  by Golden Spring New York Limited?
10     A.   I don't know.
11     Q.   Do you have any written agreements
12 with Golden Spring New York Limited?
13         MR. GAVENMAN:  Under the advice of
14     Mr. Guo's counsel, Mr. Guo declines to
15     respond to the question invoking his rights
16     under the Fifth Amendment of the U.S.
17     Constitution.
18     Q.   Are you taking your attorney's advice
19 and refusing to answer?
20     A.   Yes.
21     Q.   Do you know whether or not Golden
22 Spring New York files New York State or Federal
23 income tax returns?
24     A.   I don't know.
25     Q.   Do you know who the accountant is for

39

1  Golden Spring New York Limited?
2      A.   I don't know.
3      Q.   Do you sign tax returns on behalf of
4  Golden Spring New York Limited?
5      A.   I didn't.
6      Q.   Do you know whether or not Golden
7  Spring New York Limited claims payments made on
8  your behalf as a tax deduction in its tax filings?
9      A.   I don't recall.
10     Q.   Are you able to identify any employee
11 of Golden Spring New York Limited?
12     A.   No.
13     Q.   Are you able to identify any officer
14 or director of Golden Spring New York Limited?
15     A.   No.
16     Q.   Hang on one second.  My screens are
17 acting funny.  Sorry about that.
18         Does Golden Spring New York Limited
19 have any officers or directors?
20     A.   I don't know.
21     Q.   Earlier, you invoked the protection of
22 the Fifth Amendment to the U.S. Constitution when
23 I asked if you were an officer of Golden Spring
24 New York Limited.  Is that correct?
25     A.   Yes.

40

1      Q.   Why does Golden Spring New York
2  Limited pay your bills?
3          MR. GAVENMAN:  On advice of Mr. Guo's
4      counsel, Mr. Guo declines to respond to the
5      question invoking his rights under the Fifth
6      Amendment of the U.S. Constitution.
7      Q.   Are you refusing to answer the
8  question?
9      A.   Yes.
10     Q.   Do you file Federal or State tax
11 returns?
12     A.   Yes.
13     Q.   Do you report payments made by Golden
14 Spring New York Limited as your income when Golden
15 Spring --
16         (Simultaneous crosstalk)
17         MR. GAVENMAN:  On advice of counsel,
18     Mr. Guo declines to answer the question
19     invoking his rights under the Fifth
20     Amendment of the U.S. Constitution.
21     Q.   Are you refusing to answer?
22     A.   Yes.
23     Q.   In the last five years, have you been
24 subject to an audit by the Internal Revenue
25 Service or the New York State taxing authority?

41

```
1      A.   No.
2      Q.   Are you presently under investigation,
3  to the best of your knowledge, for tax fraud?
4          MR. GAVENMAN:  On the advice of
5  Mr. Guo's counsel, Mr. Guo declines to
6  respond to the question invoking his rights
7  under the Fifth Amendment of the U.S.
8  Constitution, as well as an objection to
9  attorney/client privilege.  Any
10 communications he might, my understanding,
11 he might have about this is subject to
12 attorney/client privilege.
13         MR. WOLMAN:  How is acknowledging an
14 investigation -- not whether or not he
15 committed the crime -- self-incrimination?
16         MR. GAVENMAN:  He is invoking the
17 Fifth Amendment is, as is his right to do
18 so.
19         You can ask a different question
20 if you like.
21     Q.   Are you refusing to answer?
22     A.   Yes.
23     Q.   Have you had any income as that term
24 is used in the Internal Revenue Code within the
25 last five years?
```

42

```
1          MR. GAVENMAN:  On the advice of
2  counsel, Mr. Guo's personal counsel,
3  Mr. Grow declines to respond to the question
4  invoking his rights under the Fifth
5  Amendment of the U.S. Constitution.
6      Q.   Are you refusing to answer the
7  question?
8      A.   Yes.
9      Q.   How much income did you report to the
10 Internal Revenue Service in your tax return for
11 the fiscal year 2019?
12         MR. GAVENMAN:  On the advice of
13 counsel, Mr. Guo declines to respond to the
14 question invoking his rights under the Fifth
15 Amendment of the U.S. Constitution.
16         MR. WOLMAN:  Jeff, you provided me
17 the tax return.
18         MR. GAVENMAN:  That was a required
19 record exception.  That doesn't mean he can
20 answer a question about it.
21     Q.   Are you refusing to answer?
22     A.   Yes.
23     Q.   Just one second.
24         MR. WOLMAN:  OK.  Ms. Hooper.  I just
25 up uploaded some documents in a zip file.
```

43

```
1          TECHNICIAN:  OK, to the One Direct
2  link?  Give me one moment.  Yes, I see it.
3  I am downloading the file now.
4          Counsel, it's asking me for a
5  password.
6          MR. WOLMAN:  Shoot, sorry about that.
7      Q.   All right.  Why don't we do this.
8  Mr. Kwok, did you review the tax returns that were
9  provided by your counsel to me in this case?
10     A.   Yes.
11     Q.   Are you aware that it included certain
12 tax returns?
13         MR. GAVENMAN:  Objection to form.
14     A.   I don't recall.
15     Q.   Are you familiar with the accounting
16 firm named Janover?
17     A.   I think that perhaps it is like a
18 financial or accounting consulting firm, but I
19 cannot be sure.
20     Q.   Do they prepare your New York State
21 and Federal income taxes?
22     A.   Perhaps.
23     Q.   Have you filed taxes for the year
24 2020?
25     A.   Yes.
```

44

```
1      Q.   And who was the accountant who
2  prepared the tax returns?
3      A.   I don't recall.
4      Q.   When did you file these tax returns?
5          MR. GAVENMAN:  Objection to form.
6      A.   I don't recall.
7      Q.   Was it before or after March 25?
8      A.   I don't recall.
9      Q.   Did you pay any taxes to New York
10 State or the Federal government for the year 2020?
11         MR. GAVENMAN:  On advice of counsel,
12 Mr. Guo declines to respond to the question
13 invoking his rights under the Fifth
14 Amendment of the U.S. Constitution.
15         MR. WOLMAN:  Whether or not he paid
16 any taxes is already known to a third-party,
17 the government.
18         MR. GAVENMAN:  He is not going to
19 provide any testimony about it.
20     Q.   Mr. Guo, are you refusing to answer?
21     A.   Yes.
22     Q.   When your tax returns are prepared, do
23 you provide your tax preparer all information
24 about your income?
25         MR. GAVENMAN:  On advice of Mr. Guo's
```

Transcript of Howan Kwok
Conducted on April 1, 2021

---

45

1    counsel, Mr. Guo declines to respond to the
2    question invoking his rights under the Fifth
3    Amendment of the U.S. Constitution.
4        Q.   Are you refusing to answer the
5    question?
6        **A.   Yes.**
7        Q.   Have you received any communications
8    from the New York State taxing authority regarding
9    potential tax fraud?
10       MR. GAVENMAN:  On advice of Mr. Guo's
11   counsel, Mr. Guo declines to respond to the
12   question invoking his rights under the Fifth
13   Amendment of the U.S. Constitution, as well
14   as attorney/client privilege as a separate
15   basis for objection.
16       Q.   Are you refusing to answer?
17       **A.   Yes.**
18       Q.   Have you received any communications
19   from the United States Internal Revenue Service or
20   the U.S. Department of Treasury or U.S. Department
21   of Justice regarding potential tax fraud?
22       MR. GAVENMAN:  Once again, on advice
23   of Mr. Guo's counsel, Mr. Guo declines to
24   respond to the question invoking his rights
25   under the Fifth Amendment of the U.S.

---

46

1    Constitution, and once again, another
2    objection based on attorney/client
3    privilege.
4        Q.   Are you refusing to answer?
5        **A.   Yes.**
6        Q.   In the past seven years have you
7    provided false information in a tax return to the
8    United States or to the state of New York?
9        MR. GAVENMAN:  On advice of Mr. Guo's
10   counsel, Mr. Guo declines to respond to the
11   question invoking his rights under the Fifth
12   Amendment of the U.S. Constitution.
13       Q.   Are you refusing to answer?
14       **A.   Yes.**
15       Q.   In the past seven years, have you
16   knowingly provided any false information in a tax
17   return to the State of New York or the Internal
18   Revenue Service?
19       MR. GAVENMAN:  On advice of counsel,
20   Mr. Guo declines to respond to the question
21   invoking his rights under the Fifth
22   Amendment of the U.S. Constitution.
23       Q.   Are you refusing to answer?
24       **A.   Yes.**
25       Q.   Have you provided any false

---

47

1    information to the United States immigration
2    authorities in connection with your application
3    for asylum?
4        **A.   No.**
5        Q.   Are you familiar with law firm named
6    Baker Hostetler?
7        **A.   I don't recall this name.  I am very**
8    **confused with English names.**
9        Q.   Are you aware of a lawsuit -- you
10   strike that.
11       You mentioned the Pacific Alliance
12   lawsuit previously, correct?
13       **A.   Yes.**
14       Q.   Do you know who your attorneys are or
15   the law firm is for that case?
16       **A.   I don't recall.**
17       Q.   Did you receive bills for services
18   rendered on your behalf in that case?
19       **A.   I don't recall.**
20       Q.   Are bills paid to whoever is
21   representing you in that case?
22       **A.   Of course they should be paid.**
23       Q.   Who is paying those bills?
24       **A.   Golden Spring.**
25       Q.   Does Baker & Hostetler or whatever law

---

48

1    firm is representing you in that case have a fee
2    agreement with Golden Spring?
3        **A.   I don't recall.**
4        Q.   Does any attorney representing you in
5    this case have a fee agreement with Golden Spring?
6        **A.   I don't know.**
7        Q.   Why does Golden Spring pay your bills
8    for representation in the Pacific Alliance
9    lawsuit?
10       MR. GAVENMAN:  On advice of Mr. Guo's
11   counsel, Mr. Guo declines to respond to the
12   question invoking his rights under the Fifth
13   Amendment of the U.S. Constitution.
14       **A.   Yes.**
15       Q.   Are you refusing to answer?
16       **A.   Yes.**
17       Q.   Are you familiar with attorneys named
18   Chris Rose or Silvestri?
19       **A.   I don't recall.**
20       Q.   Do you recall the name of the attorney
21   who represented you prior to Mr. Gavenman in
22   Nevada?
23       MR. GAVENMAN:  Objection to form.
24       THE INTERPRETER:  Counsel, did you
25   say something?

---

Transcript of Howan Kwok
Conducted on April 1, 2021

---

49

1      MR. GAVENMAN:  I said objection to
2  form.
3      **A.  I don't recall the counsel's name.**
4      Q.   Did you have a fee agreement with the
5  law firm that preceded Mr. Gavenman in the Nevada
6  litigation?
7      **A.  What name again you said?**
8      Q.   Whichever law firm it was.
9      **A.  I don't recall.**
10     Q.   Who paid the bills of the law firm
11 representing you in the Nevada lawsuit against
12 Mr. Cheng?
13     **A.  Golden Spring.**
14     Q.   Why did Golden Spring pay those bills?
15     MR. GAVENMAN:  On advice of Mr. Guo's
16  counsel, Mr. Guo declines to respond to the
17  question invoking his rights under the Fifth
18  Amendment of the U.S. Constitution.
19     Q.   Are you refusing to answer?
20     **A.  Yes.**
21     Q.   What are the -- what is the income of
22 Golden Spring New York Limited?
23     **A.  I don't know.**
24     Q.   How does Golden Spring New York
25 Limited generate revenue?

---

50

1      **A.  I don't know.**
2      Q.   What are the assets of Golden Spring
3  New York Limited?
4      MR. GAVENMAN:  On advice of Mr. Guo's
5  counsel, Mr. Guo declines to respond to the
6  question invoking his rights under the Fifth
7  Amendment of the U.S. Constitution.
8      MR. WOLMAN:  Jeff -- Jeff, that's a
9  question about Golden Spring assets, that is
10 not a party and, my understanding, is not
11 your client?  How is there a Fifth Amendment
12 issue here?
13     MR. GAVENMAN:  There is a Fifth
14  Amendment issue so he is declining to
15  respond.
16     MR. WOLMAN:  How?
17     MR. GAVENMAN:  Jay, I can't answer
18  that question for you.  That's the answer,
19  he is invoking his Fifth Amendment rights.
20  He needs to not respond.
21     Q.   Are you refusing to answer, Mr. Kwok?
22     **A.  Yes.**
23     Q.   Does Golden Spring New York Limited
24 have any bank accounts?
25     **A.  I don't know.**

---

51

1      Q.   Where is Golden Spring New York
2  getting the funds to pay your bills?
3      **A.  I don't know.**
4      Q.   When Golden Spring makes payments on
5  your behalf, how do you let Golden Spring know
6  that a payment needs to be made?
7      **A.  That is all arranged by Golden Spring.**
8      Q.   By whom at Golden Spring?
9      **A.  Counselors, lawyers.**
10     Q.   Let me try to do it this way.  Does
11 Mr. Gavenman send you a bill?
12     **A.  I never receive bills that counsel**
13 **sent to me.**
14     Q.   Where does he send the bills?
15     **A.  Send to the lawyer in Golden Spring.**
16     Q.   So Mr. Gavenman's fee agreement--
17 strike that.
18          So Mr. Gavenman's bills go directly to
19 Mr. Podhaskie?
20     **A.  I don't know.**
21     Q.   How do you know Golden Spring is
22 paying Mr. Gavenman?
23     **A.  I don't know.**
24     Q.   Did Golden Spring have any role in
25 deciding to sue Mr. Cheng?

---

52

1      MR. GAVENMAN:  I caution you not to
2  reveal any attorney/client communications in
3  this answer.
4      You can answer if you can.
5      **A.  I don't know.**
6      Q.   A judgment was issued against you in
7  Nevada.  How did you receive that judgment?
8      **A.  I did not receive it.**
9      Q.   Have you ever seen a copy of the
10 judgment from the Nevada court against you?
11     **A.  No.**
12     Q.   Did you ever receive anything in the
13 mail from Randazza Legal Group sent to you at the
14 Sherry-Netherland?
15     **A.  No.**
16     Q.   Do you receive mail at the
17 Sherry-Netherland?
18     **A.  Yes, we can receive mail -- well, I**
19 **want counsel you understand this.  You see mail**
20 **can be received.  But the thing is I really cannot**
21 **read English and so I won't read anything in**
22 **English.  I was not able to read anything in**
23 **English.**
24          **So that mails could be received, but I**
25 **won't read them.  I'm unable to read them, even if**

---

53

1  you put them in front of me today, I won't be able
2  to read them either.
3      So I am saying that, yes, mails can be
4  received, but I, myself personally won't read them.
5  I myself personally did not receive them.
6      Q.  Who did?
7      A.  Golden Spring.
8      Q.  How does mail get from the
9  Sherry-Netherland Hotel directed to you into the
10 hands of Golden Spring?
11     A.  I don't know.
12     Q.  Then how do you know Golden Spring is
13 getting your mail?
14     A.  It is because after receiving them,
15 the lawyer in Golden Spring, Daniel, would have
16 talked to me and told me they received the
17 whatever.  And then they would need to get the
18 translator and translating those letters, so that
19 I would know about those letters.
20     Well, you see it will be -- you know
21 that at the present time, there are 60 some lawsuits
22 going on and they were involved because of the CCP's
23 threat against me, the Chinese Communist Party
24 threat against me, and they have done all these kind
25 of restricted warfare against me, threatening me.

54

1      And so, you see, they sometimes
2  would send me things or letters probably with
3  toxins inside, threatening letters about my death
4  and about my -- anything that is threatening to my
5  person.
6      So that is why the things received would
7  have to go through some security teams and security
8  people to make sure that whether it has contained
9  any toxicity, whether it is any threatening letters,
10 whether it should be reported to the police or
11 whether it should be dealt with by the legal people.
12 And then this if some needed for me to know, then
13 they have to go through the translations and all
14 kind of protocols.  So it is rather complicated.
15     So because also, you see there
16 are times that there are documents of thousands of
17 pages, documents sent to me from unknown part of
18 the world from I don't even know where, and those
19 documents would have a lot of like threatening
20 language, sometimes contain perhaps innuendoes and
21 implications and so on and so forth.
22     And sometimes they would have
23 pretty girls downstairs at the lobby and claiming
24 that they have documents for me and sometimes
25 people claiming -- pretending to be old friends or

55

1  like a representative of Democratic parties and so
2  on and so forth and wanting to come upstairs and
3  presenting sort of threats.
4      So therefore, nowadays in
5  Sherry-Netherland, that they know the security
6  threats that posted, and so therefore, that they
7  were very careful about dealing with all kind of
8  documents and the source of documents and so that
9  would have special arrangement between them and
10 Golden Spring legal team.
11     And so anyway, really, because it
12 is about this -- it's like a warfare nation is
13 targeting me as an individual.
14     Q.  So to be clear, before you look at any
15 piece of mail, someone at Golden Spring is reading
16 it first, correct?
17     A.  Not necessarily.
18     Q.  How is it then determined that you
19 need to have it, a piece of mail, translated for
20 you?
21     A.  I don't know.
22     Q.  Is everybody affiliated -- strike
23 that.
24     Is everybody employed by Golden Spring
25 New York a lawyer?

56

1      A.  No.
2      Q.  Is Golden Spring New York a law firm?
3      A.  No.
4      Q.  So any time, for example, Mr. Gavenman
5  sends you a letter or a bill, Golden Spring gets
6  it before you do?
7      A.  I cannot be sure.
8      Q.  How would you find out?
9      MR. GAVENMAN:  Objection to form.
10     THE INTERPRETER:  Counsel, were you
11 saying something?
12     MR. GAVENMAN:  I just said objection
13 to form.
14     But he can answer.
15     A.  Because sometimes the people from
16 Golden Spring would contact me or sometimes the
17 lawyer would contact me.
18     Q.  Who are the nonlawyers at Golden
19 Spring who would contact you?
20     MR. GAVENMAN:  Objection to form.
21     A.  I cannot recall.
22     Q.  Is Golden Spring New York at all
23 funded by the Chinese Communist Party?
24     A.  Of course not.
25     Q.  Is Golden Spring New York funded by

Transcript of Howan Kwok
Conducted on April 1, 2021

57

1 anyone in the People's Republic of China?

2    A.   I don't know.

3    Q.   How were you able to answer with

4 certainty that the Chinese Communist Party does

5 not fund it when you previously testified that you

6 do not know its income sources?

7    A.   Well, you see that based on what I

8 know is that Golden Spring had been on the list of

9 the at risk entity made by the Communist Party and

10 also as I know that Golden Spring sometimes will

11 be rejected by bank for having a bank account with

12 the bank.

13    And as far as I know, that I,

14 myself and Golden Spring was also being listed by

15 the Chinese Communist Party as a number 1 national

16 enemy.  And there are lots of employees in the

17 Golden Spring disappeared and arrested in China, a

18 lot of videos of such have been circulated online

19 and that is really a very basic knowledge to

20 everyone.

21    Q.   Can you please name the employees of

22 Golden Spring that you state were arrested or

23 disappeared?

24    MR. GAVENMAN:  Objection to form.

25    A.   At this point, I actually don't recall

58

1 their names, but then there are lots of such

2 videos and information circulated online.  You can

3 just have a search for it.

4    Q.   You previously testified that you made

5 a video this morning and uploaded it.  On what

6 system did you upload it?

7    A.   GTV Geteer.

8    THE REPORTER:  Can you spell that?

9    THE WITNESS:  I don't know how to

10 spell that.  I can only tell you the Chinese

11 name is GTV Geteer.

12    THE REPORTER:  Geteer, just

13 confirming.

14    THE INTERPRETER:  I don't know.  I am

15 actually --

16    A.   Hold own.  Let me check, do you want

17 me to find out the name?

18    Q.   Sure.

19    A.   Because I don't have anything in here,

20 so I just really need to -- note paper, nothing,

21 so I just need to go and check.  G-E-T-E-E-R.

22    Q.   So that's the name, GTV Geteer,

23 G-E-T-E-E-R?

24    A.   OK.

25    Q.   Sorry, I know the court reporter

59

1 wanted to take a quick break, but I just have a

2 couple of questions before we do that.

3    A.   G-E-T -- T-E-E-R, yes.

4    Q.   What is that device you were holding

5 in your hand just a moment ago?

6    A.   My cell phone.

7    Q.   And what kind of cell phone is it?

8    A.   Apple.

9    Q.   And when did you -- when was it

10 purchased?

11    A.   One week ago.

12    Q.   And who purchased it?

13    A.   I don't know.

14    Q.   How did it get in your hands?

15    A.   It's in the office.

16    Q.   Some unknown person left it for you in

17 an office, is that what you are saying?

18    A.   Well, I don't know who actually got

19 it.

20    What happened was I told the

21 lawyer, I said my phone was hacked again because

22 you see my phone always gets hacked, nearly every

23 week was hacked.

24    So I said my phone was hacked and

25 so I need to have a new phone.

60

1    Q.   Who paid for the phone?

2    A.   I don't know.

3    Q.   Does it have a cellular data plan?

4    A.   I don't know.

5    Q.   In whose name does the cellular data

6 plan exist?

7    A.   I don't know.

8    Q.   Can you show the home screen right

9 now?  On camera?

10    A.   (Witness complies)

11    Q.   Turn it around.

12    And can you unlock it so we can

13 see the data carrier?  Can you hold that up to the

14 camera?  Closer.  Can you get within inches of it,

15 please?

16    MR. GAVENMAN:  What is the possible

17 relevance of what's on his home screen?  I

18 actually really object to this.  What are we

19 doing with his personal home screen and his

20 phone?  There is no reason he has to be

21 showing his personal home screen on his

22 telephone.

23    MR. WOLMAN:  I'm looking to see who

24 the carrier is.

25    Q.   Can you step back about 8 centimeters.

Transcript of Howan Kwok
Conducted on April 1, 2021

61

1       OK, I can't read it.  In the
2   upper left corner, what are the letters?
3       A.   No letters.
4       Q.   Does it say "AT&T" or "Verizon" or --
5       A.   No.
6       Q.   -- T-Mobile?
7       A.   No.
8       Q.   I'm going to ask that you do a screen
9   capture of the home screen.
10      MR. GAVENMAN:  No, no, we are not
11  doing that.  We are not doing that.  Come
12  on.
13          This is ridiculous.  He doesn't need
14  to do a screen capture of his personal cell
15  phone screen.  That's just -- we are not
16  doing that.
17      MR. WOLMAN:  Jeff, he brought it to a
18  deposition.
19      MR. GAVENMAN:  You had him get it for
20  his deposition.  He is not looking at it
21  other than to tell you one name of an app or
22  whatever that was.
23          He is not doing a screen capture
24  and sending it to you.  It's not
25  happening.

62

1       Q.   What is the phone number that someone
2   could use to call you on that phone?
3       MR. GAVENMAN:  That's another thing
4   I'm going to object to.  He doesn't have to
5   answer that.
6           There is no reason he has to give
7   his personal cell phone number on this
8   transcript.  There is no possible
9   reason.  It is harassing.  There is no
10  reason for this.  Let's move on to
11  relevant questions.
12          It has been two hours and 15
13  minutes of a marathon session and you
14  haven't gotten to relevant questions
15  yet.
16      Q.   Please answer the question.
17      MR. GAVENMAN:  You don't have to
18  answer what your current personal cell phone
19  is.
20      MR. WOLMAN:  I'm allowed to find out
21  who is paying the bill for his personal cell
22  phone as you represented.
23      THE INTERPRETER:  Counsel, what
24  question should I be interpreting?
25      Q.   What is the phone number for that

63

1   phone?
2       A.   I don't know.
3       Q.   Do you text anyone from that phone?
4       A.   No, I don't know.
5       Q.   Do you call anyone from that phone?
6       A.   I don't know.
7       Q.   Does anybody call you on that phone?
8       A.   I don't know.
9       Q.   Without revealing the contents of any
10  conversation, have you spoken to Mr. Gavenman on
11  the phone?
12      A.   No.
13      Q.   Prior to today, have you ever spoken
14  with Mr. Gavenman?
15      A.   I don't recall.
16      Q.   Did you go down to Baltimore to meet
17  with Mr. Gavenman?
18      A.   No.
19      Q.   Did Mr. Gavenman come up to New York
20  to meet with you?
21      A.   No.
22      Q.   How do you communicate with
23  Mr. Gavenman?
24      A.   I don't recall.
25      Q.   Did you prepare for this deposition --

64

1   strike that.
2           Did Mr. Gavenman assist you in
3   preparing for this deposition?
4       A.   Yes.
5       Q.   Without revealing the contents of any
6   of that preparation, did you meet in person?
7       A.   No.
8       Q.   Through what means did you communicate
9   with Mr. Gavenman?
10      A.   I don't know what kind of a form that
11  was.
12      Q.   Did you have a phone call with him?
13      A.   No.
14      Q.   Did you have a video meeting like this
15  with them?
16      A.   Yes.
17      Q.   And how did you get the link?
18      A.   Arranged by the lawyer.
19      Q.   How was it transmitted to you?
20      A.   I went into the room and the
21  connection was made.
22      Q.   How did you know the URL to connect?
23      A.   I don't know about the URL.  It was
24  all connected by the lawyers and the Golden
25  Spring.

Transcript of Howan Kwok
Conducted on April 1, 2021

---

65

1    Q.   For today's deposition, how did you
2 obtain the URL on the device you were using to
3 broadcast today?
4    **A.   It was arranged by the lawyer in**
5 **Golden Spring.**
6    Q.   Was the lawyer at Golden Spring
7 literally in that room this morning at
8 approximately 10 a.m.?
9    **A.   Well, when I stepped into the room,**
10 **the room was already empty and everything is**
11 **already connected.  It's ready.  I don't -- I did**
12 **not see anyone.**
13    Q.   Who literally pressed on the link to
14 connect?
15    **A.   So I pressed the link and then I went**
16 **in.**
17    Q.   And how did the link get on to the
18 device that you pressed?
19    **A.   I don't know.**
20    Q.   Does your phone have an e-mail account
21 associated with it?
22    **A.   I don't have e-mail.**
23    Q.   Have you ever had an e-mail account?
24    **A.   I have never used e-mail ever since at**
25 **school.  Even though the Chinese Communist Party**

---

66

1 **fabricated the information that I have lots of**
2 **e-mail addresses, I actually have not one.  I have**
3 **never used e-mail ever.**
4    Q.   So are you saying that there is no
5 e-mail account associated with the video upload
6 service you used this morning?
7    **A.   That's correct.**
8    Q.   Why don't we take a break.
9        (Recess; 12:22 p.m. to 12:45 p.m.)
10    Q.   Mr. Kwok, previously you testified
11 that everything that -- your application for
12 asylum I guess was accurate, correct?
13    **A.   Yes.**
14    Q.   Do you recall filling out a form I589?
15    **A.   No, I don't recall.**
16    Q.   Do you recall a question on an
17 application for an asylum that states, "Have you
18 or any member of your family included in the
19 application ever committed any crime and/or been
20 arrested, charged, convicted or sentenced for any
21 crimes in the United States, including for an
22 immigration law violation?"
23    **A.   I don't recall.**
24    Q.   Then let me ask you, have you or --
25 strike that.

---

67

1        In connection with your
2 application for asylum, did you state that you or
3 any member of your family committed any crime in
4 the United States?
5    **A.   No.**
6    Q.   When did you apply for asylum?
7    **A.   September 2017.**
8    Q.   Prior to September 2017, did you
9 submit any false information knowingly in
10 connection with a tax return to the Federal
11 government or New York State?
12        MR. GAVENMAN:  On the advice of
13    Mr. Guo's counsel, Mr. Guo declines to
14    respond to the question invoking his Fifth
15    Amendment rights under the U.S.
16    Constitution.
17    Q.   Are you refusing to answer?
18    **A.   Yes.**
19    Q.   In connection with your application
20 for asylum, did you invoke your rights under the
21 Fifth Amendment to the U.S. Constitution?
22    **A.   I don't understand your question.**
23    Q.   With respect to your application for
24 asylum, did you claim the protection of the Fifth
25 Amendment as you are doing now?

---

68

1    **A.   I still don't understand that**
2 **question.**
3    Q.   Did you refuse to answer any questions
4 on your application for asylum on the grounds that
5 it would incriminate you in a crime?
6    **A.   I still don't understand the question.**
7    Q.   Did you refuse to answer any questions
8 on your asylum application?
9    **A.   I still don't understand that**
10 **question.**
11    Q.   Did you apply for asylum?
12    **A.   Yes.**
13    Q.   Were there questions?
14    **A.   Yes.**
15    Q.   Did you answer all those questions?
16    **A.   Yes.**
17    Q.   Did you refuse to provide any
18 information in answering those questions?
19    **A.   I don't understand.**
20    Q.   Did you give all of the information
21 that was requested on your application for asylum?
22        MR. GAVENMAN:  I'm going to caution
23    you not to reveal any attorney/client
24    communications that may have informed your
25    understanding of what the application

---

Transcript of Howan Kwok
Conducted on April 1, 2021

---

69

1  required or what you provided.
2  **A.   Yes.  Yes, I answered yes.**
3  Q.   Do you know if you have a particular
4  obligation to update the information provided in
5  connection with your asylum application?
6  MR. GAVENMAN:  Objection, objection.
7  The only way he would have any understanding
8  of that is through attorney/client
9  communications.  He can't answer that
10  without attorney/client communications.
11  MR. WOLMAN:  I entirely disagree with
12  that assessment.
13  Q.   Are you refusing to answer that
14  question on the advice of counsel?
15  **A.   Yes.**
16  Q.   Have you ever provided updated
17  information to the U.S. Government in connection
18  with your application for asylum?
19  MR. GAVENMAN:  And this -- I'm going
20  to caution you not to reveal any
21  attorney/client communications.
22  To the extent you can answer, you
23  can, but please don't reveal
24  attorney/client communications.
25  MR. WOLMAN:  Jeff, I'm asking what he

---

70

1  gave.  Don't coach your witness.
2  MR. GAVENMAN:  That's not coaching my
3  witness.  You asked if there was ever a
4  supplement.  You don't know if it is on his
5  behalf, what he did.
6  I said don't reveal any
7  attorney/client communications and
8  that's it.  That's the instruction.
9  It's not anything obstructive.  it's
10  just informing the witness not to reveal
11  anything attorney/client --
12  Q.   Just answer the question.
13  **A.   I don't recall.**
14  Q.   Have you withheld any information from
15  U.S. immigration authorities that you were
16  required to provide?
17  MR. GAVENMAN:  Objection.  The only
18  way he would have any understanding of what
19  he was required to provide is through
20  counsel.
21  MR. WOLMAN:  I will rephrase.
22  Q.   Mr. Guo, have you knowingly withheld
23  any information you are required to provide with
24  the immigration --
25  MR. GAVENMAN:  I make the exact same

---

71

1  objection.  That didn't fix the issue at
2  all.  The only way to have any knowledge or
3  understanding about what he is required to
4  provide --
5  MR. WOLMAN:  That is false, that is
6  false.  What he knows is what he knows.
7  MR. GAVENMAN:  How would he know it,
8  Jay?  How would he understand what the U.S.
9  law requires?  Come on.
10  MR. WOLMAN:  How would he know.  So
11  you are saying immigrants have no obligation
12  to know the law?
13  MR. GAVENMAN:  He would have an
14  understanding from counsel about what the
15  law requires.
16  MR. WOLMAN:  We haven't even
17  established that he used an attorney.
18  MR. GAVENMAN:  You know he was
19  represented by an attorney.
20  Counsel, let's ask a more
21  fundamental question, what in the world
22  are you talking about his immigration
23  application, his asylum application?
24  MR. WOLMAN:  Mark, quiet.
25  MR. GAVENMAN:  Mark, do you want to

---

72

1  appear in New York --
2  MR. RANDAZZA:  No.
3  MR. GAVENMAN:  And get some
4  out-of-your-jurisdiction practice, go ahead.
5  This asylum application has no
6  relevance to this proceeding whatsoever.  I
7  don't know why you're asking about it and
8  I'm getting close to instructing the witness
9  not to answer any more questions about it.
10  This is completely outside of the
11  scope of these deposition, you have
12  asked questions about it for several
13  minutes now.  You know --
14  (Simultaneous crosstalk)
15  MR. WOLMAN:  Stop coaching.
16  MR. GAVENMAN:  It's not coaching,
17  that's an objection based on privilege.
18  That's not coaching.
19  BY MR. WOLMAN:
20  Q.   Mr. Guo, answer the question.
21  MR. GAVENMAN:  You know he was
22  represented by counsel in that proceeding.
23  You know he is getting advice from counsel
24  what the requirements are.  You are starting
25  to border on trying to elicit

---

Transcript of Howan Kwok
Conducted on April 1, 2021

73

1   attorney/client communications like you're
2   not supposed to.
3   BY MR. WOLMAN:
4       Q.  Mr. Guo, answer the question.
5           MR. GAVENMAN:  Don't answer the
6   question.  There is an attorney/client
7   objection.  He can't answer the question
8   without attorney/client communications.
9           MR. WOLMAN:  That is false.
10  BY MR. WOLMAN:
11      Q.  Answer the question?
12          THE INTERPRETER:  Counsel, I don't
13  know if I interpreted that question or not.
14      Do you mind to repeat that
15  question?
16      Q.  Have you knowingly withheld any
17  information that you were required to provide U.S.
18  immigration authorities?
19          MR. GAVENMAN:  Same objection.
20      **A.  I don't understand this question**
21  **actually.**
22      Q.  Have you told U.S. immigration
23  authorities whether or not you have committed tax
24  fraud?
25      **A.  No.  But I have never committed any**

74

1   **tax fraud.  So why would he need to tell them**
2   **that.**
3       Q.  If you have not committed tax fraud,
4   are all of your income tax returns that you've
5   submitted to the U.S. Government in the State of
6   New York accurate?
7           MR. GAVENMAN:  On the advice of
8   counsel, Mr. Guo declines to respond to the
9   question invoking his rights under the Fifth
10  Amendment of the U.S. Constitution.
11          MR. WOLMAN:  Mr. Guo just told us
12  that he never committed tax fraud.
13          MR. GAVENMAN:  Understood.  He is not
14  going to testify about it.
15          MR. WOLMAN:  He just did.
16          MR. GAVENMAN:  He is not going to
17  testify anymore about it.
18          MR. WOLMAN:  This is not a piecemeal
19  thing.  You are either accepting the
20  protections of the Fifth Amendment or you
21  are not.
22          MR. GAVENMAN:  We are certainly
23  invoking the protections of the Fifth
24  Amendment.
25          MR. WOLMAN:  You can't do it on a

75

1   willy-nilly basis when sometimes you are
2   going to testify about the crimes you did or
3   did not commit and then say no, Fifth
4   Amendment?
5           MR. GAVENMAN:  Strike the answer, he
6   is invoking the Fifth Amendment.  We are not
7   addressing any bit of his income or taxes or
8   anything like that.
9           MR. WOLMAN:  I'm not agreeing to
10  strike anything.  Thank you.
11      Q.  Mr. Kwok, are you refusing to answer
12  the question?
13      **A.  I don't.  I don't have.  Very simple**
14  **answer.  I don't.**
15      Q.  Do you have any assets?
16          MR. GAVENMAN:  On the advice of
17  counsel, Mr. Guo declines to respond to the
18  question invoking his rights under the Fifth
19  Amendment of the U.S. Constitution.
20      Q.  Are you refusing to answer?
21      **A.  Yes.**
22      Q.  Do you own the clothes you are
23  wearing?
24          MR. GAVENMAN:  On advice of his
25  counsel, Mr. Guo declines to respond to the

76

1   question invoking his rights under the Fifth
2   Amendment of the U.S. Constitution.
3       Q.  Are you refusing to answer?
4       **A.  Yes.**
5       Q.  I see that you're drinking something
6   in a tea glass.  Who paid for the contents?
7       **A.  Golden Spring.**
8       Q.  Does Golden Spring buy your groceries?
9       **A.  Sometimes, yes.**
10      Q.  Why does Golden Spring pay for your
11  groceries?
12          MR. GAVENMAN:  On advice of Mr. Guo's
13  counsel, Mr. Guo declines to respond to the
14  question invoking his rights under the Fifth
15  Amendment of the U.S. Constitution.
16      Q.  Are you refusing to answer?
17      **A.  Yes.**
18      Q.  Who pays for your clothes?
19      **A.  Golden Spring.**
20      Q.  Why does Golden Spring pay for your
21  clothes?
22          MR. GAVENMAN:  On advice of counsel,
23  Mr. Guo declines to respond to the question
24  invoking his rights under the Fifth
25  Amendment of the U.S. Constitution.

77

1    Q.   Are you refusing to answer?
2    A.   Yes.
3    Q.   Are you, remind me, at the
4  Sherry-Netherland residence right now?
5    A.   Yes.
6    Q.   Does anybody live with you?
7    A.   Sometimes my family will be here.
8    Q.   Are you married?
9    A.   Yes.
10   Q.   Where does your wife live?
11   A.   She lives in her place.
12   Q.   Where is that?
13   A.   I can't tell you her information.
14 That is about her.
15   Q.   Why not?
16   A.   Well, it is because the question that
17 you are asking exactly what the CCP wanted to ask
18 and you representing Cheng Shuiyan's case and that
19 is because you are a hooligan counsel representing
20 the CCP and all the questions you are asking were
21 irrelevant to the case, but threatening to the
22 life -- the safety of my wife and that is exactly
23 what the information that -- what the CCP wanted
24 to know.  So I can't tell you that.
25        Well, it is because you see also in the

78

1  past, all this time that it was CCP, I am CCP's
2  number one enemy, and all this time that there were
3  so many cases, such as like the Department of
4  Justice, Higginbotham being bribed, and Elliott
5  Broidy being bribed, and they were also like trying
6  to kidnap me or arrest me or hurting me, and then
7  trying to suss out all the information about me and
8  my wife.
9        And then, in fact, the questions
10 that you are asking me were exactly what the CCP
11 wanted to know all the time online and getting
12 people to try to find out this information.
13       So -- and you did not talk anything
14 about the case that is involving Cheng Shuiyan.  And
15 all this time you were just helping the CCP, sussing
16 out my information and trying to hurt me and trying
17 to harm me.
18       And so for the safety sake, that
19 is the least I can do to protect my family, I am
20 not answer your question.  In fact, you are not
21 even a hooligan counsel, lawyer --
22   Q.   Thank you, stop.  Please, stop,
23 please.  You are pausing.
24   A.   (In English ) I don't stop.  I don't
25 stop.

79

1    Q.   Please, please.
2    A.   (In English) I no stop, that is my
3  power.
4        MR. WOLMAN:  We are calling the court
5  right now.
6        The contact information is --
7  this deposition is paused for right now.
8        MR. GAVENMAN:  Miles, you can go off
9  mute, go off camera.  I will be joining the
10 court line momentarily.
11       (Counsel agree to go off the
12 record.)
13       (Recess; 1:09 p.m. to 1:39 p.m.)
14       MR. WOLMAN:  We just had a conference
15 with the judge in which it was indicated
16 that there would be submissions with
17 regarding the invocation of the Fifth
18 Amendment privilege as has been done here
19 today.  And that if the judge finds that it
20 has been overbroad, that I would be
21 permitted to ask questions regarding assets
22 at a separate continued deposition date.
23       And so what we are going to do right
24 now is move beyond some asset-related
25 inquiry and move back to some other

80

1  questions.
2        THE INTERPRETER:  Counsel, let me
3  interpret that part first.
4    Q.   You indicated that your wife does not
5  live with you.  Do you have any children?
6        MR. GAVENMAN:  Objection to form.
7  You can answer.
8    A.   A son and a daughter.
9    Q.   What are their names?
10   A.   Guo Quiang, Guo Mei.
11       (Reporter clarification)
12   Q.   Do either of your children live with
13 you?
14   A.   No.
15   Q.   Are they over 18?
16   A.   Yes.
17   Q.   Have you discussed your litigation,
18 either in Nevada or this case with Mr. Cheng, with
19 either of your children?
20   A.   No.
21   Q.   Have you discussed this case or the
22 underlying Nevada case with anyone else other than
23 your attorneys?
24   A.   No.
25   Q.   Is there anybody in the

81

1  Sherry-Netherland residence with you right now?
2      **A.   The hotel security and then also the**
3  **cleaning people, cleaning team of the building.**
4      Q.   I'm assuming you have not discussed
5  this case with any of them, correct?
6      **A.   Yes. That's correct.**
7      Q.   And I apologize for this question, but
8  do you have a girlfriend or boyfriend with whom
9  you may have discussed this case?
10     **A.   No.**
11     Q.   OK.   Now, do you also -- it is my
12 understanding you also lived on a boat this
13 summer?
14     **A.   Yes.**
15     Q.   Did anybody live on the boat with you?
16     **A.   Yeah, there were many. Like there are**
17 **eight or nine crews.**
18     Q.   Only crew members lived on the boat?
19     **A.   Well, there were guests, there were**
20 **guests of the owner. So sometimes they were --**
21 **and they were there -- too. I don't know.**
22         (Audio issue; reporter
23 clarification)
24         THE INTERPRETER:   OK, I'm done.
25     Q.   Who were these guests?

82

1      **A.   Well, I am not the owner of the boat.**
2  **So I can't -- I'm unable to answer that.**
3      Q.   Did Steve Bannon live on the boat this
4  past summer?
5      **A.   For a period of time.**
6      Q.   So you remember one person.   Who else
7  can you now remember?
8      **A.   Others.**
9      Q.   Who were these others?
10     **A.   I don't recall.**
11     Q.   Why are you able to now recall
12 Mr. Bannon and not the others?
13     **A.   I don't recall.**
14     Q.   Did you discuss your litigation with
15 Mr. Cheng with Mr. Bannon?
16     **A.   I don't recall.**
17     Q.   If we were to ask Mr. Bannon, would he
18 have any information about your lawsuits with
19 Mr. Cheng?
20     **A.   I don't know.**
21     Q.   What is your relationship with
22 Mr. Bannon?
23     **A.   Well, we had the common goal of**
24 **eliminating the Chinese Communist Party and let**
25 **the public know about the truth of the virus. And**

83

1  **that our -- we are strategic partners.**
2      Q.   How were you strategic partners?
3      **A.   Well, we are partners in having the**
4  **common goal of eliminating the Chinese Communist**
5  **Party and telling the truth to the west.**
6      Q.   Sorry, do you have a formal business
7  relationship with Mr. Bannon?
8      **A.   No.**
9      Q.   Do you still communicate with
10 Mr. Bannon?
11         MR. GAVENMAN:   What possible
12 relevance does any of this have --
13     **A.   Yes.**
14         MR. GAVENMAN:   This is so far afield
15 to anything relevant to this case.   I've let
16 a whole bunch of questions go here, but you
17 can't possibly tell me there is some reason
18 to ask these questions other than some
19 harassing purpose.
20         If you have another purpose, we
21 can discuss it, but there is no way this
22 is relevant to the case.
23     Q.   Are you still in communication with
24 Mr. Bannon?
25     **A.   Yes, we are still in communication,**

84

1  yes.
2      Q.   How are you in communication?
3      **A.   Phone calls.**
4      Q.   Do you call him or does he call you?
5          MR. GAVENMAN:   Unless you agree with
6  the representation -- we can go off the
7  record -- how any of this is possibly
8  relevant?   You are just harassing the
9  witness.   I will be happy to talk off line
10 if there is any sort of basis why this is
11 relevant, OK, we can proceed.
12         But you are just harassing him
13 for things that are completely
14 irrelevant.   You have been doing that
15 for most of the deposition.   What
16 does -- how he calls or doesn't call
17 Steve Bannon have anything to do with
18 this case?   Come on.
19         MR. WOLMAN:   Actually, you may not
20 recall but your client testified that he
21 doesn't take phone calls.   So now he just
22 did.
23         MR. GAVENMAN:   He didn't testify that
24 he doesn't take phone calls.   He didn't
25 testify that he doesn't take phone calls.

85

1    MR. WOLMAN:  I'm exploring the prior
2  testimony.
3    MR. GAVENMAN:  That's not what he
4  said.  That's not what he said and we are
5  talking about Steve Bannon, his relationship
6  with Steve Bannon.  You are trying to find
7  out whether he takes phone calls?  That's
8  the point of it?  That's what you are doing?
9  You can ask that question.
10    But his relationship with Steve
11  Bannon and his partnership, things like
12  that -- that's what you have been
13  asking, which is not about phone calls,
14  you haven't made a representation why
15  this is relevant so if you want to ask a
16  question about phone calls, go right
17  ahead.  But don't mischaracterizes
18  testimony.  And you can ask that
19  question.  That's enough with Steve
20  Bannon.  It this has no possible
21  relevance.
22    MR. WOLMAN:  I thought you said we
23  weren't doing speaking objections.
24    MR. GAVENMAN:  I said I would be
25  happy to go off the record.  As I said that,

86

1  you went forward to not going off the
2  record.  I responded to what you said.  I
3  welcome going off the record?
4    THE WITNESS:  Hold on.  We are --
5  hang on.  May I actually make a
6  recommendation, suggestion to my counsel,
7  Jeff?
8    MR. GAVENMAN:  OK.
9    THE WITNESS:  Actually, I want to
10  tell you that I am seriously uncomfortable,
11  uneasy because I feel like the questions
12  they are posing to me has not been relevant
13  to the case of Cheng Shuiyan and it is
14  really that the questions were asked of me
15  were about my friends, my family, and it is
16  something that the Chinese Communist Party's
17  line of questions.
18    So I am feeling uneasy and
19  uncomfortable because I feel like it is
20  already posing threat to my own safety and
21  the safety of my friends and family.
22    Is it possible to actually even
23  call the judge about that to tell them
24  that I am very uneasy about that?
25    So it is a kind of abuse to me

87

1  and also it is a kind of a threat to,
2  like I said, the third-party who are
3  irrelevant to this case such as my
4  children, my son, my daughter, my family
5  and my friend.
6    You see a lot of such deposition
7  information will be posted online
8  subsequently and posing great threat to
9  their safety and, in fact, that has been
10  done a lot by Cheng Shuiyan himself.
11    So if afterward, any of this
12  information is going to be posted online
13  about, for example, my clothes, my way
14  of life and then my family, my friends,
15  it's really a form of serious threat to
16  the safety of the irrelevant third-party
17  to this case.
18    And I strongly request a phone
19  call to the judge to let him know or her
20  know that this is a threat to me and my
21  friend.
22    And the thing also that you see,
23  the questions surrounding my clothes, my
24  way of life, my wife, my son, my
25  daughter and Mr. Bannon, this is really

88

1  the circle of my life and this is the
2  map, the entire map of my life.  And to
3  my safety, if you can go online to
4  check, that is exactly the questions the
5  line of information the CCP always
6  trying to describe and depict and
7  collect.
8    So with this line of questions,
9  to me, it is a seriously exposing my
10  person to great danger and great threat.
11  That is why I feel like this kind of
12  question, the line of question is
13  actually bearing malice and I wish to
14  make this known to the judge and I wish
15  my counsel would help me to contact the
16  judge and let them know that.
17    MR. GAVENMAN:  And I agree.  And I
18  think we have gone to the line of
19  harassment.  Any questions about Bannon, it
20  is really not relevant, who is living on the
21  boat, it's really not relevant.
22    You represented to the judge we
23  would move on to the Nevada litigation.
24  If you don't, if you keep on this line
25  of questioning, I will go to the judge

89

1   and go right back to her.
2        This is completely irrelevant.
3   you know it.  You told the junk we would
4   go to the Nevada litigation, let's go to
5   that please.
6        MR. WOLMAN:  Can the reporter read
7   back my last question.
8        (Record read)
9        MR. WOLMAN:  Thank you.
10       Q.   Mr. Kwok, do you call Mr. Bannon or
11  does he call you?
12       A.   I don't recall.
13       Q.   What device do you use for these
14  telephone calls?
15       A.   I don't recall.
16       Q.   Do you call him from the phone that
17  you showed us earlier?
18       A.   No.
19       Q.   What is your highest level of
20  education?
21       A.   Middle school.
22       Q.   When was the last time you held a job?
23       A.   I don't recall.
24       Q.   What was your last paid employment
25  job?

90

1        MR. GAVENMAN:  On advice of Mr. Guo's
2   counsel, Mr. Guo declines to respond to the
3   question invoking his rights under the Fifth
4   Amendment of the U.S. Constitution, and
5   Mr. Wolman, we have established we are not
6   going to go any further with income
7   questions.  So this --
8        MR. WOLMAN:  Let me ask this one, let
9   me ask this one.
10       Q.   What was the last job that you held
11  that you won't invoke the Fifth Amendment
12  privilege for?
13       MR. GAVENMAN:  I need to object -- to
14  the extent you can answer that based not on
15  an attorney/client communication, you can
16  answer.
17       To the extent it would reveal an
18  attorney/client communication that would
19  include your understanding of the Fifth
20  Amendment privilege, then please do not
21  answer revealing any attorney/client
22  communications.
23       A.   I actually don't recall.
24       Q.   What is the job you have held for the
25  longest period of time?

91

1        A.   I don't recall.
2        Q.   Have you ever been employed in the
3   United States?
4        MR. GAVENMAN:  On advice of counsel,
5   Mr. Guo declines to respond to the question
6   invoking his rights under the Fifth
7   Amendment of the U.S. Constitution.
8        Q.   Are you refusing to answer?
9        A.   Yes.
10       Q.   You said you met Mr. Cheng once.  When
11  was that?
12       A.   It will be around October 2017.
13       Q.   And what were the circumstances of
14  that meeting?
15       A.   So it was at the time that, in fact,
16  that there were a number of people also present
17  including his personal employee at the time, Lude
18  Wang Ding Gang, and then other people name Yang
19  Jian Li and the Han Lian Chao.
20       We all met in Washington DC at K
21  Hamlet Hotel and he wanted to -- wanted me to sign
22  and to support his anti-Chinese Communist Party
23  campaign and he told me that he respected my
24  effort and that he showed his encouragement to my
25  anti-CCP activities and -- and then also he asked

92

1   me to sign a lot of newspapers.
2        Q.   And after that meeting, did you have
3   any direct communications with him after that?
4        MR. GAVENMAN:  Objection to form.
5        A.   No.
6        Q.   Do you recall making a video about
7   Mr. Cheng?
8        A.   I made a video on the 5th of June
9   2018.
10       Q.   And why did you make that video?
11       A.   So it was in 2018, March and April,
12  Wang Ding Gang who is Cheng Shuiyan's employee and
13  together with Cheng Shuiyan they created a media
14  called the Voice of Freedom.  And then on YouTube,
15  that they created a lot of the video supporting me
16  and then also the corruptions of the Chinese
17  communist party.
18       However, by the end of March to
19  April, Wang Ding Gang told me that there was
20  someone from Bejing with a government background
21  visiting Cheng Shuiyan and representing him
22  expensive gifts such as expensive Moutai and then
23  telling him not to support me.  And so not to
24  support me on the platform of Voice of Freedom.
25       So is that he will -- Cheng

93

1   Shuiyan also will be given like millions of
2   dollars of a gift as well.
3        And also, Wang Ding Gang also
4   told me that, you know, the Bejing person said
5   Cheng Shuiyan had a criminal case in Mongolia in
6   China and he has defrauded his business partner of
7   the amount of that hundreds of millions renminbi.
8   And if Cheng Shuiyan were to agree to cooperate
9   with Mongolian police and Chinese government, they
10  can make that case to go away.
11       Lude also said that if he,
12  himself not to help Cheng Shuiyan, and Cheng
13  Shuiyan is going to replace him with another
14  employee, Marco, in this exchange.
15       And then also because that he was
16  given by the Chinese government that hundreds of
17  millions of renminbi, so therefore, that he was
18  able to purchase his hotel in Las Vegas.
19       Not only that, Cheng Shuiyan had
20  -- make alliance with some people in Japan and
21  Canada and establish some kind of human right
22  alliance and then talking about to support the
23  oversee the stability and harmony and so on, so
24  forth and declare that I was a rural person that
25  has defrauding and tricks -- tricking and acting

94

1   together with the Chinese government and spreading
2   that this kind of malicious rumor about me.
3        So Lude at that point thought that Cheng
4   Shuiyan went altogether crazy and changing the right
5   to the wrong and so that he left Cheng Shuiyan. So
6   Cheng Shuiyan replace Lude with another employee
7   called Marco.
8        And so they were creating
9   programs all together just targeting at attacking
10  me and spreading malicious rumor about me and so
11  that is when at that time, I decided to retaliate
12  by telling Cheng Shuiyan was actually a criminal
13  conspiring with the Chinese government, in cohort
14  with them and so that is why I make that video.
15   Q.   What did you do to verify anything
16  that Lude told you?
17   A.   So of course I did.  You see, first of
18  all, what Lude said was factual, and so because
19  later on, that Marco was put into the position to
20  replace Lude and also that platform, you know, the
21  Freedom, Voice of Freedom, it was so proprietary
22  of -- this is of Cheng Shuiyan.
23       And so a lot of the people that
24  they were interviewing during that program, they
25  were my supporters in China and all over the

95

1   world, and several of those people, after they had
2   been interviewed, they were arrested and they
3   disappeared, and in fact, those people, before
4   they disappeared, they told me that they were
5   being threatened by the Mongolian police and also
6   that you see that Cheng Shuiyan were telling them
7   that they were CCP internal information and
8   telling them the information that is to attack me.
9        So all of this is proven in line with
10  what Lude told me.  Marco told me -- Marco told
11  me --
12   Q.   Not responsive to my question.  Strike
13  that.
14       (Simultaneous crosstalk)
15       THE INTERPRETER:  The witness is
16  saying something and counsel is also saying
17  something.
18       MR. WOLMAN:  There is no question,
19  there is no question.
20       THE INTERPRETER:  I haven't finished
21  he said.
22   A.   Then also, what the videos or the
23  program they created by Marco and then with all
24  these attack, verbal attack that they have made of
25  me is exactly the same as Cheng Shuiyan and the

96

1   program, it's exactly the kind of words and line
2   of attack.  So all of that was like just like what
3   Lude has said.  So it has been proven to me.
4   Q.   Mr. Guo, please stop.
5   A.   So as --
6   Q.   He is not answering the question.  Not
7   responsive.
8        (Simultaneous crosstalk)
9        THE INTERPRETER:  OK.
10       And the witness also said that
11  because Lude and Marco, they were all
12  Cheng Shuiyan's employees so that what
13  he said can be trusted.  Personal
14  employee.
15   Q.   What evidence do you have that
16  Mr. Cheng defrauded Hong Kong businessmen 100
17  million yuan?
18   A.   So you see that the counsel -- the
19  lawyer who was handling Cheng Shuiyan's case in
20  mainland China had actually been in contact with
21  me before and giving me a large amount of the
22  documents denoting, describing the fraudulent
23  behavior, the criminal behavior of Cheng Shuiyan
24  in defrauding his business partner in mainland
25  China and including the one in Hong Kong.

97

1        And in fact, his Hong Kong
2    partner also had in contact with me and giving me
3    such documents as well and then all those
4    documents and the information I stored in the
5    computer and the cell phone before and which were
6    hacked and all been destroyed.  Otherwise, I would
7    have them in my cell phone and my computer.
8        And in fact, including some kind
9    of bank documents and also his criminal record --
10   documents and records in mainland China and his
11   lawyer provided them to me and I have -- I had all
12   of them.
13       Q.   OK, what was the name of this lawyer?
14       A.   And I don't recall it now.
15       Q.   What was the name of this Hong Kong
16   business partner?
17       A.   I don't recall that now either.
18       Q.   When did this alleged hack take place?
19       A.   It was after Cheng Shuiyan and his
20   employee, personal employee, Marco, made the
21   attack on me on the platform Geteer, and since
22   then, my cell phone was hacked daily.  In fact,
23   really daily.
24       In fact, it was from May 2018 and August
25   2018, Cheng Shuiyan and his personal employee,

98

1    Marco, being -- attacking me and because of that
2    attack and I changed my cell phone was hacked either
3    every day or every other two days.  So basically at
4    that time, I need to change cell phone nearly every
5    day.
6        Q.   And the documents were on this cell
7    phone and the computer, you say?
8        A.   Yes, it was on that cell phone.
9        Q.   And where is that cell phone now?
10       A.   All thrown away.  Because I could not
11   open them anymore and I could not use them
12   anymore.
13       Q.   And where is that computer now?
14       A.   I did not use computer.  I was
15   actually just using cell phone.  I was talking
16   about just cell phone.
17       Q.   How did these documents get to your
18   cell phone?
19       A.   At the time, it was through WhatsApp
20   and MSN Messenger.
21       In fact, that HBO had made an
22   interview, had interviewed me, and then during
23   that interview is -- you can check on those
24   videos, during that interview, I placed on the
25   table 80 of those cell phone and amongst which,

99

1    that would be the cell phone that was hacked which
2    stored the documents of Cheng Shuiyan.
3        And also at the time, I had a
4    Twitter account as well, and when that happened, I
5    tweeted out and sending out messages that telling
6    my phone was hacked, the documents were hacked,
7    and so the Twitter message and videos, I send the
8    message out.
9        Q.   When did you throw out these phones?
10       A.   Around August or September 2018.  I'm
11   not saying that I dispose all the phones within a
12   day.  Well, sometimes here, sometimes there.
13   Sometimes -- hang on.
14       So that I sometimes this day,
15   sometimes later, sometimes earlier, it's because
16   those cell phones, once they were hacked --
17   sometimes they were just being hacked, but
18   sometimes the entire phone was on fire.
19       So to keep all these phones here would
20   really be like threatening so that's why I just
21   disposed of them.
22       Q.   I'm a little confused because isn't it
23   true that the HBO piece aired on November 15,
24   2017, months before the video of May 2018 --
25   sorry, June 2018?

100

1        A.   So what -- maybe there is some mistake
2    and I did not say that the cell phone was hacked
3    in those cell phone displayed in the HBO
4    interview.
5        I merely said that during that
6    interview, I have displayed the cell phones that
7    have -- so many of the cell phones being hacked.
8        So I was just saying that my cell phone
9    was already hacked during that time, but the peak of
10   the hacker was happening in 2018 between May and
11   August.
12       Q.   OK.  And you say you probably disposed
13   of the phone that had the documents regarding
14   Mr. Cheng at some point in August or September of
15   2018, correct?
16       A.   Yes.
17       Q.   And at what point --
18       A.   Let me think, let me think.
19       THE INTERPRETER:  Counsel, do you
20   mind if I clarify with the witness one word
21   that I'm not quite sure I caught?
22       MR. WOLMAN:  Sure.
23       A.   So the thing is that you see, even
24   though those documents were destroyed, however, a
25   list of such documents had already been tweeted on

Transcript of Howan Kwok
Conducted on April 1, 2021

---

101

1  to the network, on the Geteer platform.  So if you
2  were to make a such, you can find those documents.
3     Q.   When was it you first decided to sue
4  Mr. Cheng?
5     A.   So I really cannot quite recall from
6  June, July, August, you know, during that period
7  of time, he made serious attacks towards myself
8  and my family, full of malice and including he
9  himself, his employee, Marco, every day just
10 incessantly just creating attack towards me.  It
11 has brought so much harm and so much destruction
12 to my life and my family.
13        So I really cannot recall exactly when
14 that I decide to sue him, perhaps in May or August,
15 around that time.
16    Q.   When did you hire attorney Christopher
17 Rose and/or the law firm of Jolley, Urga,
18 Woodbury, Holthus & Rose?
19    A.   So I must also clarify that, you know,
20 I actually don't remember the names, the names of
21 the counsel or the names of the firm.  All these
22 names that you just talked about, I have no
23 concept whatsoever.
24        But do you mind if I go to the
25 bathroom?

102

1     Q.   That's fine.
2          Wait, strike that, let's answer
3  the question.  When did you hire the law firm that
4  filed the Nevada suit?
5     A.   I cannot recall the specific time.
6     Q.   OK, we can take a five-minute bathroom
7  break.
8          (Recess; 2:31 p.m. to 2:40 p.m.)
9     Q.   Mr. Guo, do you ever attempt to
10 recover the data from any of these phones you
11 claim were hacked?
12    A.   Well, it was never recovered
13 successfully.
14    Q.   Who attempted to recover it?
15    A.   I don't recall.
16    Q.   Did you ever submit what -- these one
17 or more phones to a professional forensic company
18 for recovery?
19    A.   I don't recall.
20    Q.   Did your Nevada attorneys assist you
21 in attempting to get any data recovery from this
22 device or devices?
23    A.   I don't recall.
24    Q.   Well, what do you recall about the
25 recovery efforts for the data on the phones?

103

1     A.   I don't have any recollection.
2     Q.   Who told you to dispose of the phones?
3     A.   Myself.
4     Q.   Did anybody ever tell you not to
5  dispose of phones?
6     A.   I don't recall.
7     Q.   Do you have any awareness of an
8  obligation to preserve documents in anticipation
9  of litigation?
10        MR. GAVENMAN:  Objection.
11        To the extent you can answer that
12    without it being based on
13    attorney/client communication, you're
14    welcome to answer it, but please don't
15    reveal attorney/client communications.
16    A.   My answer is no.
17    Q.   Is there any reason nothing about your
18 video or these documents were mentioned in your
19 August 9, 2018 complaint against Mr. Cheng in
20 Nevada?
21        MR. GAVENMAN:  Again, I strongly
22    caution you not to reveal any
23    attorney/client communications.
24        To the extent any understanding
25    comes from attorney/client

104

1     communications, you should not reveal
2     them.
3          To the extent you can answer it
4     without revealing, you can.
5     A.   No.
6     Q.   You mentioned the use of MSN
7  Messenger.  What is the Microsoft account
8  affiliated with that?
9          MR. GAVENMAN:  Objection to form.
10    A.   Well, I have over a hundred of a cell
11 phone.  I really cannot recall any of those.
12    Q.   Are you aware that --
13    A.   So when I'm talking about hundreds of
14 cell phone I use, that would be the situation to
15 the period of August of 2018.  In fact, I would
16 have much more of the cell phone use after August
17 2018.
18    Q.   How is it possible that you had an MSN
19 messenger account without having an e-mail
20 address?
21        MR. GAVENMAN:  Objection to form,
22    foundation.
23    A.   Well, I only know when I have a cell
24 phone, then there is a cell phone number so that
25 I can be MSN, this function that I can use.  I

Transcript of Howan Kwok
Conducted on April 1, 2021

105

1  don't know that MSN is having any connection with
2  e-mail.
3      Q.  Who sets up your cell phone each time
4  you get one?
5      A.  I don't recall.
6      Q.  Can you recall anybody who has ever
7  helped you set up a cell phone?
8      A.  I don't recall.
9      Q.  You have an Apple iPhone there?
10     A.  Yes.
11     Q.  What is the Apple ID associated with
12 that iPhone?
13     A.  I don't know.
14     Q.  You just got that a few days ago,
15 correct?
16     A.  Yes.
17     Q.  Do you still have it in front of you
18 or with you in the room?
19     A.  No, it's in another room.
20     Q.  OK.  We have had a few breaks so far.
21 Did you speak with anybody during those breaks?
22     A.  No.
23     Q.  Have you sent any communications with
24 anybody during any of the breaks that we have had
25 today?

106

1      A.  No.
2      Q.  Did you read the Nevada complaint
3  before it was filed?
4          And actually strike that.  I'm
5  going to upload a document.
6      MR. WOLMAN:  It should be going.
7      TECHNICIAN:  Make sure you hit --
8      MR. WOLMAN:  I did.
9      TECHNICIAN:  OK.  Some people miss
10 that.
11     MR. WOLMAN:  The progress bar is not
12 moving for some reason.
13     THE INTERPRETER:  I was explaining to
14 the witness that we are waiting for the
15 document upload.
16     MR. WOLMAN:  I just uploaded to the
17 Zoom.  Can you use that?
18     TECHNICIAN:  Yes, absolutely.  One
19 moment, please.
20     Q.  I am marking as Exhibit 3 and
21 displaying the document on the screen.
22        (Exhibit 3, document entitled
23 "Complaint" marked for identification,
24 as of this date.)
25     Q.  Mr. Guo, I would represent this is an

107

1  electronic copy of the original complaint filed in
2  Nevada by you against Mr. Cheng on August 9, 2018.
3          We can scroll through it.
4          Did you read this document either
5  in English or as translated before it was filed?
6      A.  A simple translation, yes, someone had
7  briefly translated that for me.
8      Q.  Who translated it?
9      A.  I cannot recall.
10     Q.  Were you affiliated with the Nevada
11 law firm, who translated it?
12     A.  I don't know.
13     Q.  How did you make the acquaintance of
14 this translator?
15     MR. GAVENMAN:  Objection, form,
16 foundation.
17     A.  Well, I don't know this translator.
18     Q.  Now, paragraph 101 on page 13 states,
19 "Cheng does not know Guo personally."
20        You testified, however, that the
21 two of you had met back months before this
22 complaint was filed, correct?
23     A.  You have misunderstood because what it
24 says here, Cheng does not know Guo personally
25 meant before, long before we met personally, long

108

1  before that he accused me of being rapist and
2  killers, I had to -- this millions and millions of
3  dollars of deal with Xi Jinping and betraying the
4  1.4 billion of Chinese people, we did not know
5  each other.
6          So I emphasized that before he
7  maliciously insulted me, threatening me, harming
8  me and before we met each other, we -- did he not
9  know me.
10     Q.  I am sorry, when did my client call
11 you a rapist?
12     A.  Let me see, he started to have his
13 personal employee Marco in March and then started
14 out from April, May and June, all the way to
15 August, they started to maliciously viciously
16 attacking me verbally and him, himself and his
17 personal employee, Marco, and kept calling me on
18 their platform that I was the rapist, I was, you
19 know, a peasant, I was a liar, I was whatever and
20 he -- they were making such threat to me and the
21 safe -- threatening my safety and my family's
22 safety and we were constantly living in -- under
23 this kind of a threat and fear.
24     Q.  Move to strike, not responsive.
25        When did my client call you a

109

1  rapist?
2      A.  Well, the thing is that he and his
3  employee, Marco, and all the time that on --
4  saying that on Freedom China or Twitter, calling
5  me that liar.  But I cannot recall exactly when
6  that Cheng Shuiyan have called me that, and he and
7  his personal employee definitely did call me that
8  starting from May or -- they did.
9      Q.  So you are saying --
10     A.  He did.  He did, I have -- I haven't
11 finished, sorry, Counsel.
12         Well, and --
13         (Simultaneous crosstalk)
14     Q.  First of all, I don't need that
15 translated.
16         MR. GAVENMAN:  You are going to have
17     that translated.  He is going to respond.
18         MR. WOLMAN:  He is not responding to
19     anything.
20         MR. GAVENMAN:  He most certainly is.
21         MR. WOLMAN:  He is filibustering, he
22     is filibustering.
23     A.  I have a -- I have answered you, so
24 that you must let me translate that.  And so --
25 and because I have answered your question.

110

1          By the end of March and in June
2  and May and April, his lawyer, from Yingnan had
3  been -- had been calling and telling me that Cheng
4  Shuiyan had been already accusing me of being a
5  spy, a rapist and all that.
6          And also including Lude and he
7  privately told me that Cheng Shuiyan personally
8  privately calling me rapist and liar and then also
9  like threatening and just, you know, in fact, it's
10 on social media as well.
11         And then he actually naturally privately
12 make the allegation of me being a rapist openly.  In
13 fact, he also said that I was a rapist and I needed
14 to be deported and he tweeted that, too.
15         And on the Twitter, he claimed
16 that he had written to DOJ and his personal
17 employee, Marco, also written to the DOJ that I
18 was a rapist and needed to be deported, and so the
19 Chinese government can, you know, just take care
20 of me and it was all done privately and openly as
21 well.
22     Q.  Since you seem to have opened the
23 door, were you sued for sexual assault?
24     A.  Yes.
25     Q.  And is that a suit by Ria Ma?

111

1      A.  So I actually cannot be sure that it
2  was Ria Ma who was actually suing me for that.
3          You see, this case was brought
4  forward right after I had made the broadcasting,
5  the whistleblower broadcasting in 2017, and then
6  on the same day, the notice from the Interpol had
7  been issued for me, for me, my person, and then
8  after that, this case was brought up.
9          But the thing is, throughout this
10 case, I have not seen Ria Ma or the documents or
11 the information was brought forward by the police
12 in mainland China.  Ria Ma had never appeared or
13 never shown in any way.
14         So I believe that this is a
15 fabricated case and brought forward by the Chinese
16 Communist Party and that is why Cheng
17 Shuiyan was so very familiar with this case.
18         But Ria Ma has never appeared and
19 in fact, we have been trying to look for her and
20 trying to get her to be the witness for this case
21 but she has never shown.
22     Q.  That case is still ongoing, correct?
23     A.  Yes.  We -- I should say that we are
24 in the middle of looking for Ria Ma and we have
25 been looking for her for many months.

112

1      Q.  To be clear, has anybody else accused
2  you of sexual assault?
3          THE INTERPRETER:  Sorry, I hear two
4      voices just now.
5      Q.  To be clear, has anybody other than
6  Ria Ma accused you of sexual assault?
7      A.  No.
8          (Simultaneous crosstalk)
9      Q.  As to -- there is no question posed.
10 There is no question posed.
11     A.  That is -- that is why the -- I need
12 to sue Cheng Shuiyan because why would he know
13 that there was such a case, and then for bringing
14 forward this case and then brought up this case is
15 completely full of malice and vicious --
16 viciousness and then trying to insult me, trying
17 to frame me and then it was trying to threaten me
18 and ruin me.
19     Q.  And none of those allegations appear
20 though in Exhibit 3, do they?
21         MR. GAVENMAN:  Objection, form.
22     A.  That is why I need to, again,
23 emphasize to you -- that is why I need to clarify
24 with you when you're talking about Exhibit 3, you
25 see all this document were in English and I don't

113

1 understand English, I cannot read English.
2        Well, that is, that is why that I
3 need to tell you that, because a lot of the
4 evidence that had not been appeared on this, in
5 this complaint and also that had not been brought
6 forward in the case of Nevada's lawsuit and that
7 is exactly why that they have -- there were two
8 lethal fatal made for that case and as a result,
9 we lost that lawsuit.
10        One is that Lude was -- Lude was
11 and that's Wang Ding Gang, and also Marco, who was
12 the personal employee of Cheng Shuiyan, they made
13 this defamation insult of me and that was because
14 they were instructed and told by Cheng Shuiyan.
15 And so Cheng Shuiyan would need to be responsible
16 for all the attacks and the insult and defamed
17 remarks that they have made of me, and that has
18 not been included in this case as the evidence.
19        And also including quite a lot of
20 information including in the cell phone and being
21 lost and all that, I had not been included in any
22 of this complaint. And that is why that we have
23 lost it. And why that we have used a new lawyer
24 and to open this case again.
25        And that also includes the fact

114

1 that we have only -- I have only 15,000 of the
2 damage from him. It is a very low amount.
3        The reason that we only sought
4 such a low amount is because it was only to try to
5 stop him, stop him from making -- continue of
6 making malicious insult and vicious rumor that is
7 very destructive to me and my family and also
8 spreading all this deception online about me and
9 created by him and his personal employee, Marco,
10 and proven by his conversations together with
11 Lude.
12        And all of that had not been included
13 into that complaint made to the Nevada case and that
14 is why that we are pursuing that.
15        We hope that with this
16 opportunity that we can provide more fact to the
17 judge and then for this case and so that we can
18 know that Cheng Shuiyan was in cohort with the CCP
19 and conspired with them and spreading destructive
20 insult of me and creating malicious rumors about
21 me that is very destructive.
22   Q.   Do you have any -- excuse me, my turn.
23        Do you have any actual evidence
24 that my client is working with the CCP?
25   A.   OK, so you see that, as I was saying,

115

1 that in March, Cheng Shuiyan met with someone from
2 mainland China and he was actually a Mongolian
3 police.
4        So he was drinking Moutai alcohol
5 with this person and given hundred million --
6 millions of dollars by this person and just so
7 that he can defame me and insult me.
8        All of that was actually recorded
9 and told by Lude and these are fact, factual as
10 just a piece of steel metal, and the only person
11 who would think that I am the enemy and I am a bad
12 person is the Chinese Communist Party. they are
13 the only people who would consider me as enemy or
14 people working with them would consider me an
15 enemy.
16        So I can tell you I know that
17 that Cheng Shuiyan was very wealthy, but the thing
18 is that the money that he got came from defrauding
19 people in China and being defrauding his business
20 partner in China and coming from ill-gotten means.
21   Q.   And this information you got from a
22 person named Lude who was losing his job, correct?
23        MR. GAVENMAN:   Objection to form.
24   A.   OK. So Lude did not lose his job.
25 Lude gave up his job because he did not want to be

116

1 conspired with the CCP.
2        And since that he gave up his job
3 with Cheng Shuiyan, his life is even better. He
4 was doing so much better with his anti-Chinese
5 Communist Party activities.
6        And also I must clarify, the
7 information did not come from Lude. As I stated,
8 the information come from Cheng Shuiyan -- the
9 lawyer from -- the Yingnan lawyer who is also the
10 Mongolian police, the intelligence police, and
11 also that the -- to the Mongolian police
12 interviews of those people that who had been
13 disappeared, who had been arrested after they were
14 supportive of me and they were arrested by those
15 police, it come from those people as a source.
16 Not from Lude.
17   Q.   And other than Lude, you don't have
18 the names today remembering any of these other
19 sources, do you?
20   A.   If you wish to search for those names
21 and, you know, if you have time, those names were
22 online and you can actually find them.
23   Q.   Can you find them?
24   A.   I can try.
25   Q.   Excellent. Will you provide them with

117

1 your counsel to supplement the initial
2 disclosures?
3    **A. I cannot guarantee but I will try.**
4    Q. When do you think you can get us that
5 information by?
6    **A. I cannot guarantee. As I said, I**
7 **cannot promise. So I cannot tell you what --**
8 **when.**
9    Q. Now, if you wanted to, you could have
10 any of your legal pleadings translated for you,
11 correct?
12    **A. You mean by whom?**
13    Q. Did you have a certified translator
14 translate any legal pleading for you?
15    **A. Our lawyer was doing a fine job.**
16    Q. How did you know your lawyer was doing
17 a find job only now to find out there was
18 information not included?
19    **A. So my -- what I meant was that usually**
20 **lawyer would do a good job. It's just of course**
21 **that lawyer, that particular lawyer did not do a**
22 **good job. But usually lawyers can be relied upon.**
23    Q. If you wanted to, you could have
24 anything translated, correct?
25    **A. Of course.**

118

1    Q. Who paid for the litigation in Nevada?
2    **A. Golden Spring.**
3    Q. Why?
4    MR. GAVENMAN: Wait. On the advice
5 of Mr. Guo's counsel, Mr. Guo declines to
6 respond to the question invoking his rights
7 under the Fifth Amendment of the U.S.
8 Constitution.
9    MR. WOLMAN: Jeff, that's not an
10 asset-related question. That is a
11 motivation.
12    MR. GAVENMAN: We are invoking the
13 Fifth. We have already been through this.
14 We had 20 questions about why they pay for
15 stuff. I don't know why you would think
16 there would be a different answer here.
17    THE WITNESS: Counsel, I just need to
18 go to close my window because the window is
19 open at the moment. There is a gust of
20 wind. So I need to close the window. Is it
21 all right if I go to do that?
22    MR. WOLMAN: Sure.
23    Q. Did you ask Golden Spring to pay for
24 the Nevada litigation?
25    THE INTERPRETER: Counsel, may I

119

1 repeat the interpreting?
2    MR. WOLMAN: Yes.
3    **A. I borrowed from them.**
4    Q. Is there an agreement memorializing
5 this borrowing?
6    **A. No.**
7    Q. Do you have to pay them back?
8    MR. GAVENMAN: On advice of counsel,
9 Mr. Guo declines to respond to the question
10 invoking his rights under the Fifth
11 Amendment of the U.S. Constitution.
12    Q. How much did you borrow?
13    MR. GAVENMAN: On advice of counsel,
14 Mr. Guo declines to respond to the question
15 invoking his rights under the Fifth
16 Amendment of the U.S. Constitution.
17    Q. Was there a term of interest in this
18 borrowing arrangement?
19    MR. GAVENMAN: Objection to form.
20 Foundation.
21    **A. Yes.**
22    Q. How much was the rate of interest?
23    MR. GAVENMAN: On advice of counsel,
24 Mr. Guo declines to answer the question
25 invoking his rights under the Fifth

120

1 Amendment of the U.S. Constitution.
2    Q. Did Golden Spring New York -- strike
3 that.
4    If you had won your case against
5 Mr. Cheng in Nevada, would Golden Spring New York
6 have been entitled to any portion of that
7 recovery?
8    MR. GAVENMAN: On advice of counsel,
9 Mr. Guo declines to respond to the question
10 invoking his rights under the Fifth
11 Amendment of the U.S. Constitution.
12    Q. Have you borrowed from Golden Spring
13 New York to finance any other litigation?
14    MR. GAVENMAN: On advice of counsel,
15 Mr. Guo declines to respond to the question
16 invoking his rights under the Fifth
17 Amendment of the U.S. Constitution.
18    Q. Subsequent to your disappointment with
19 the prior Nevada law firm, have you done anything
20 to ensure that all documents in your litigation
21 with Mr. Cheng are translated for you?
22    **A. No.**
23    MR. WOLMAN: Let's, Juliet, let's
24 take out document number 003.
25    TECHNICIAN: Yes, marking as Exhibit

121

1    4.  And the document is on the screen.
2        (Exhibit 4, Complaint and Jury
3    Demand marked for identification, as of
4    this date.)
5    Q.  Mr. Guo, I will represent that this is
6    the complaint and jury demand in this case.
7        Did you have it translated for
8    you?
9    **A.  At the time that I had a voice**
10   **simultaneous interpretation of this document for**
11   **me, a brief interpretation, but I do not recall**
12   **there was translation.**
13       MR. WOLMAN:  Let's pull up the
14   document that starts with 004.
15       TECHNICIAN:  Marking as Exhibit 5.,
16   and the document is on the screen.
17       (Exhibit 5, Defendant Wengui
18   Guo's Answer to the Complaint marked for
19   identification, as of this date.)
20   Q.  I would represent this is the answer
21   to the complaint filed by Mr. Gavenman in this
22   case.
23       Did you have this document translated
24   for you?
25   **A.  Yes.**

122

1    Q.  If you did not have the prior
2    document, which was Exhibit 4, fully translated,
3    how were you able to assist in advising your
4    company whether or not to admit or deny certain
5    facts?
6        MR. GAVENMAN:  I caution you not to
7    reveal any attorney/client communications in
8    this answer.  To the extent you can answer
9    without revealing them, you are free do so.
10   **A.  I must clarify.  You know the document**
11   **that you showed me previously, I actually cannot**
12   **be sure whether there were any words of**
13   **translation.  There may have, there may not have.**
14   **I just cannot be sure.**
15       **And including this one also.  I**
16   **mean, that -- I may have seen it but I may not**
17   **have either.**
18       **So any of these documents in English, I**
19   **just wouldn't know for sure.**
20   Q.  So then let's go to 008.
21       TECHNICIAN:  OK.  The document has
22   been marked as Exhibit 6 and is displaying
23   the document on the screen.
24       (Exhibit 6, Defendant Wengui
25   Guo's Initial Disclosures marked for

123

1    identification, as of this date.)
2    Q.  Mr. Guo, I will note these are the
3    initial disclosures filed by -- served by your
4    attorney in this case.
5        Did you ever have this document
6    translated?
7    **A.  The thing is that -- allow me to**
8    **emphasize again, like this is an English document,**
9    **and you know, if you ask me any of the English**
10   **documents just posted in front of me on the screen**
11   **and to scroll down and let me see, I really cannot**
12   **be sure that whether I have seen it or not or**
13   **translated the document or not.  I really cannot**
14   **be sure.**
15       **Now, if you were to give me time and put**
16   **the document in front of me and let me really read**
17   **in detail and try to remember, perhaps I can.  But**
18   **just post in front of me scrolling, I just cannot be**
19   **sure.**
20       MR. WOLMAN:  OK.  Let's go to 006.  I
21   know I'm jumping around Juliet, sorry.
22       TECHNICIAN:  No problem at all.
23       Marking it as Exhibit 7 and
24   Exhibit 7 is on the screen.
25       (Exhibit 7, Defendant Wengui

124

1    Guo's Objections and Responses to
2    Plaintiff Logan Cheng's Second Revised
3    First Set of Requests for Production of
4    Documents marked for identification, as
5    of this date.)
6    Q.  This is a -- the document is a 24-page
7    document that is a your responses to our second
8    revised first set of requests for production.
9        As the technician scrolls through
10   it, you will see there are over a 100 document
11   requests, of these numbered, many of which have
12   since been omitted.
13       Do you recall seeing a translated
14   version of that, of any document with over 100
15   requests?
16   **A.  Yes, I recall.**
17   Q.  And did you have that translated for
18   you?
19   **A.  That I cannot recall.**
20   Q.  OK.  Now let's go to number 005.
21       (Exhibit 8, Defendant Wengui
22   Guo's Objections and Answers to
23   Plaintiff Logan Cheng's First Set of
24   Interrogatories marked for
25   identification, as of this date.)

125

1    Q.   These are your Answers to the Revised
2  First Set of Interrogatories.  Why don't we scroll
3  through that to the bottom.
4         Moving back to page 5, is that
5  your signature?
6    **A.   Now -- yes, this is my signature, but**
7  **I must clarify, right, I mean, I cannot recall --**
8  **I cannot be sure whether there are translation --**
9  **meaning a written translation document for me.**
10       **But definitely verbal interpretation of**
11 **these documents was provided by my counsel to me.**
12   Q.   Do you understand that you signed that
13 under penalty of perjury?
14   **A.   Of course.**
15   Q.   Are you certain that you understood
16 the translations of your answers as appearing in
17 this document?
18   **A.   Yes.**
19   Q.   Where were you when you signed this
20 document?
21   **A.   I cannot recall.**
22   Q.   This was last week, correct?
23   **A.   I cannot recall.**
24   Q.   Do you see the date, March 24, 2021?
25   **A.   So it should be on, you know,**

126

1  **March 24, right?**
2    Q.   Yes.
3    **A.   In that case, it's March 24.**
4    Q.   And you don't remember where you were
5  last week when you signed this?
6    **A.   I really don't recall.**
7    Q.   Earlier in this deposition, I asked
8  you if you had any medical conditions that would
9  prevent you from answering the questions
10 accurately.
11       Do you have some sort of medical
12 condition that affects your memory?
13   **A.   I recall that.**
14   Q.   Then why is it you are unable to
15 recall where you were last week to sign this
16 document?
17   **A.   I don't know.**
18   Q.   Are you currently under the care of a
19 neurologist?
20   **A.   No.**
21   Q.   Has any physician told you you had a
22 problem with your memory?
23       MR. GAVENMAN:  We are getting on the
24 borderline of harassing.  He just doesn't
25 remember where the document was signed.

127

1  Let's not go into medical records.  There
2  was a request for that, we objected to it
3  and moved for a protective order on medical
4  issues.  We can -- you are very on the
5  boarder.
6         MR. WOLMAN:  That was before I found
7  out your client doesn't know where he was
8  last week to sign this.
9         MR. GAVENMAN:  OK, do you have --
10 what his care is or isn't is really not
11 relevant.  He doesn't remember where it was.
12 It's really where it should begin and end.
13   Q.   Are you refusing to answer the
14 question?
15       THE INTERPRETER:  Counsel, I don't
16 believe I finished the interpreting of that
17 question.  Can you repeat that question for
18 me.
19   Q.   Sure.  Has any physician diagnosed you
20 with a memory condition?
21   **A.   No.**
22   Q.   Turning back to the last exhibit which
23 was 00 -- which is Kwok 7, what did you do to
24 search for responsive documents?
25   **A.   Our lawyers have made the search for**

128

1  **documents.**
2    Q.   Where do you store your documents?
3    **A.   I did not store or kept any document.**
4    Q.   Did you provide your lawyers with any
5  of your phones or other computer devices?
6    **A.   I don't have computer.**
7    Q.   What is the device you are currently
8  using to stream this deposition?
9    **A.   A cell phone.**
10   Q.   Is that a cell phone different from
11 the one you showed us before?
12   **A.   No, in front of me is actually a --**
13       THE INTERPRETER:  Counsel, do you
14 mind if I clarify the term with the witness?
15       MR. WOLMAN:  Sure.
16   **A.   So in front much me, it is a video**
17 **playing device.**
18   Q.   What kind of device is it?
19   **A.   I don't understand.  Because you see**
20 **they were in English writing -- they -- there was**
21 **an English writing, so I don't really know.**
22   Q.   Is it a computer?
23   **A.   No, it is an image video device or**
24 **something called image pick-up device, something**
25 **like that.**

129

1    Q.    How is it connected to the internet?
2    A.    Because it is a photo imaging device,
3  so that it can be connected with the internet.
4    Q.    Is it connected through some form of
5  wifi?
6    A.    It has wifi and it has cabling wire
7  function as well.
8    Q.    And it doesn't connect -- does it
9  connect in any way to a computer?
10    A.    I don't really know because it has a
11  box. It's called a live broadcasting box because
12  I broadcast with myself anywhere. So that's why
13  this is a portable device and it has a live
14  broadcasting box. So I don't know whether it's
15  connecting -- can be connected with computer or
16  not.
17    Q.    Where do you store your records?
18    MR. GAVENMAN:  Objection to form.
19    A.    Well, I don't have anywhere that I can
20  keep any records because unlike Cheng Shuiyan,
21  every day, I was trying to run away from, escape
22  from the persecution coming from the CCP, and I am
23  not as wealthy as Cheng Shuiyan who has hotel and
24  who has properties, you know, and every day, I'm
25  just running around. And I don't really have any

130

1  place that I can keep that record.
2    Q.    When you say you're not as wealthy --
3  excuse me, when you say you're not as wealthy as
4  my client, how do you know that?
5    MR. GAVENMAN:  To the extent there is
6  any piece of this answer that regards your
7  assets or not assets, Mr. Kwok, on advice of
8  counsel, you should decline to respond to
9  the question and invoking your right to the
10  Fifth Amendment to the U.S. Constitution.
11  To the extent, it's about
12  Mr. Cheng's assets, you can answer.
13    A.    Well, you see, Cheng Shuiyan has a
14  hotel in Las Vegas and Lude also said that he has
15  other profit shares, and based on the Mongolian
16  policeman who had to interview a lot of the
17  people, those people have told me that Cheng
18  Shuiyan has a lot of properties probably in
19  Mongolia as well.
20  So based on those information,
21  Cheng Shuiyan is reported to have a billion
22  dollars at least of the asset. Wealthy enough to
23  send me to prison in China and have me deported
24  into a China to be imprisoned there.
25  You see that is why in our

131

1  lawsuit in Nevada, we were full of good faith,
2  only asking for a very minor amount, 15,000
3  dollars. The purpose of it merely to stop him
4  attacking us, stop him spreading malicious vicious
5  rumor that has cost severe destruction to myself
6  and my family.
7  And it caused great fear in my
8  family's mind because imagine that they were told
9  that they will be deported back into China, in the
10  hand -- put in the hand of the Chinese Communist
11  Party and put into prison by the Chinese Communist
12  Party and then Cheng Shuiyan and his personal
13  employee, Marco, came right to the Department of
14  Justice and request us to be deported. And that
15  is the kind of fear and that kind of scary
16  accusation that is spread on us.
17  So that is full of malicious and
18  vicious intention, and we, in return, we were just
19  like asking for 15,000 of the damage just to stop
20  him for spreading that kind of a rumor about us
21  and in good faith.
22    Q.    One -- please, let sir, sir. What do
23  you mean by "we"?
24    A.    I only said I. Perhaps it is the
25  interpreter who interpreted it into "we," but I

132

1  only say "I."
2    Q.    OK. Now, are you aware that you
3  actually asked for monies in excess of 50,000
4  dollars on the face of the second amended
5  complaint?
6    A.    Yes, I know that.
7    Q.    Are you aware that you also asked for
8  punitive damages?
9    A.    Yes, I know that. But then you see
10  the thing is, in the past, right, he has -- not in
11  the past. I know that because he has caused me so
12  much damage and he has tens of -- several tens of
13  a million dollar.
14  I know that. And then he -- what
15  he did cost me so much of destruction, cost me so
16  much threat, and then cost me so much fear and
17  then full of this -- because he have made those
18  malicious, defamed accusation allegation of me,
19  calling me rapist, calling me killer, calling me
20  criminal, and so when I was asking him of that
21  punitive damage, it is really full of good faith
22  and he is well capable of paying it.
23  And also you see he and his
24  personal employee, Marco, wrote to the Department
25  of Justice and bearing fabricated documents that

Transcript of Howan Kwok
Conducted on April 1, 2021

133

1  stated I was wanted in the Chinese -- in China by
2  the Chinese government.
3      Now, I have never seen any such
4  document that stated that I am a wanted person in
5  China by the Chinese government.  So where did
6  they get these government -- they fabricated this
7  document and all that is because they had the
8  purpose of deporting me into China back into the
9  hand of the Chinese government and then wanting me
10  dead.  So that is malice.
11      Now, do you think that can be
12  actually paid and that is actually enough to be
13  paid for by just tens of thousands or that kind of
14  a punitive damage?
15   Q.  Thank you.
16      (Simultaneous crosstalk)
17   Q.  Please, there is no question.  Excuse
18  me, excuse me, there is no question.  Excuse me.
19  Excuse me.  Excuse me.  Excuse me.  There was no
20  question pending.
21      (Simultaneous crosstalk)
22   A.  But I haven't finished.  I haven't
23  finished my answer.
24      Well, you see the thing is, all
25  the things that he has said have been forwarded

134

1  and have been transmitted in mainland China and
2  forwarded to millions and tens of millions and
3  perhaps like hundreds of millions of the viewers.
4      And then those messages were
5  constantly calling me Guo rapist and Guo criminal
6  and stating that the, in America, Department of
7  Justice is going to deport me back into China and
8  then calling me peasant, using words that -- as
9  filthy as anything that can be and those words and
10  those messages is going to accompany me throughout
11  life.  It's never going to be erased, never able
12  to be disappeared.
13      So you see, that is in return to
14  my kindness that only at the beginning, I had a
15  dinner with him, and also during that time, I was
16  very kind, I was very nice and return.  Then he
17  treated me with such malice and turning white to
18  black and then calling me all kind of names.  Of
19  course, I'm going to pursue him.  I would never
20  give up in pursuing him with the damage.
21      (Simultaneous crosstalk)
22   Q.  Hold on, hold on, it's not responsive
23  to my question.  You are filibustering again.
24      MR. GAVENMAN:  It's not a filibuster.
25   A.  So he has to be responsible.  He has

135

1  to be made responsible for his employee, his
2  personal employee, Marco, who had kept on making
3  all this allegation about me and spreading
4  malicious rumors and gossipped about me.  He have
5  to be made to take that responsibility.
6      (Simultaneous crosstalk)
7   Q.  There is no question.  There is no
8  question?
9      MR. GAVENMAN:  We can wait until the
10  next question is pending.
11      Mr. Wolman asks a question and
12  then you can continue to respond.
13   Q.  You mentioned a letter at Department
14  of Justice from my client.  Why have you not
15  produced it?
16   A.  Well, the thing is that document was
17  written by Cheng Shuiyan and his personal
18  employee, Marco, to DOJ, he, himself.  They openly
19  talked about it, tweet about it online, over the
20  internet.
21      So it was -- it should be they
22  who need to go and get that document and provide
23  to you.  That is their document.  And that has
24  already been sent to DOJ.  How can I get such a
25  document?  How can I get it from the DOJ?

136

1      Yet they have tweeted it and they
2  have openly talked about it on Google, online, and
3  it is constantly harassing me with that kind of a
4  statement and the damage that they have caused is
5  really, you know, can't be estimated.  And that is
6  why the damage has to be sought.
7   Q.  You said -- you don't have the
8  document, correct?  You don't -- don't --
9      (Simultaneous crosstalk)
10      MR. WOLMAN:  Counsel, instruct your
11  client to wait for a question.  He gives an
12  answer.  I get to now ask another question.
13  This is how it works.
14      MR. GAVENMAN:  Jay, you didn't follow
15  any instructions when it was your client
16  doing unbelievable things.  He is giving the
17  answer, complete answers.  You have to let
18  him complete the answer.
19      MR. WOLMAN:  He is filibustering.
20      MR. GAVENMAN:  You are asking
21  questions about this document, why it wasn't
22  produced and he is giving you an answer.
23   Q.  Do you have the document?
24   A.  So I haven't completed my previous
25  answer, so I need to continue with my answer.

Transcript of Howan Kwok
Conducted on April 1, 2021

137

1    Q.   Do you have the document, yes or no?
2         MR. GAVENMAN:  You need to allow him
3    to complete his answers.  That's fundamental
4    in a deposition.  He has to be able to
5    complete his answer.  You asked why not.
6    There is a pending question.  He has to be
7    able to complete it.
8         MR. WOLMAN:  It was nonresponsive.
9         MR. GAVENMAN:  That's simply not
10   true.  He was talking about the documents
11   and its whereabouts.
12        MR. WOLMAN:  I withdraw that previous
13   question then.
14   Q.   My question is, do you have a copy of
15   that document?
16   **A.   I need to continue to answer my**
17   **previous question.**
18   Q.   No, I've withdrawn that.
19        MR. GAVENMAN:  He withdrew that
20   question.
21        This is pretty much the same
22   question.  You can explain why you do or
23   do not have an answer to that question.
24   Q.   Do you have that document?  There is
25   no explanation.  Yes or no.  Do you have it?

138

1         MR. GAVENMAN:  Objection to form.
2         MR. WOLMAN:  Move to strike as
3    nonresponsive.
4         (Simultaneous crosstalk)
5    **A.   But you can't -- you can't -- you**
6    **don't know what I'm answering, counsel.**
7    Q.   I've been listening long enough to
8    understand what yes and no mean in Mandarin.
9    **A.   This is my right to answer your**
10   **question and then I am speaking in Chinese and you**
11   **don't know what I am saying.  You must allow me to**
12   **answer your question.**
13   Q.   I hear your answer, including Marco
14   and my client's name.  I want to know do you have
15   the letter, period.
16        (Simultaneous crosstalk)
17        Move to strike.
18   **A.   Marco and his boss have them.**
19   Q.   Do you have it?
20   **A.   I don't have.**
21   Q.   Have you ever had it?
22   **A.   No.**
23   Q.   Have you ever seen it?
24   **A.   No.**
25   Q.   Thank you, that was easy enough.

139

1         Did you provide your attorney
2    with any of the documents that were used to
3    respond to the requests for production in this
4    case?
5         MR. GAVENMAN:  Objection to form.
6    **A.   What documents?**
7    Q.   Are you aware that your attorney
8    produced documents to us in this case?
9    **A.   Of course I know.**
10   Q.   And do you know what those documents
11   were?
12   **A.   Of course I know.**
13   Q.   Excellent.  So did you give any of
14   them to him?
15        MR. GAVENMAN:  Objection to form.
16   **A.   Of course.**
17   Q.   Which documents did you give to him?
18        MR. GAVENMAN:  Objection to form.
19        THE INTERPRETER:  Counsel, do you
20   mind if I ask the witness to clarify because
21   I can't hear clearly.
22        MR. WOLMAN:  Sure.
23   **A.   The document you have seen was**
24   **provided by our counsel which, in turn, provided**
25   **by me to my counsel.**

140

1    **However, however, I don't have**
2    **the document that was written by Marco or Cheng**
3    **Shuiyan to DOJ and that is why I want to actually**
4    **ask them to get that document.**
5    Q.   I'm asking about any of the documents
6    that were produced in the response to the request
7    for production of documents.  Not your
8    interrogatory answers.
9         Did you provide any of them to
10   your counsel for production?
11   **A.   Yes, I provided those documents to my**
12   **counsel.**
13   Q.   Which ones?
14   **A.   Anything that you can see were mostly**
15   **provided by me.**
16   Q.   Excellent.
17        How did you get them to him?
18        MR. GAVENMAN:  Objection to form.
19   **A.   Well, I handed them to my lawyer.  That**
20   **would be it.**
21   Q.   You handed them to Mr. Gavenman?
22   **A.   I mean that I gave them to the lawyer**
23   **in Golden Spring.**
24   Q.   Where did you find these documents to
25   give to the Golden Spring lawyer?

141

1     A.   I don't know which document you are
2 talking about.
3     Q.   Any of them.
4     A.   I cannot answer for all of them.
5 There are so many of them.
6     Q.   Pick one that you gave to your lawyer
7 at Golden Spring and tell me where it came from.
8     A.   But I don't think that as a lawyer
9 that you can say such a general term as any of
10 them. You know. I don't think this is something
11 that the professional lawyer should say.
12    Q.   I figured this time there would be an
13 actual answer to the question.
14        THE INTERPRETER: Is that a question
15 to the witness?
16        MR. WOLMAN: Strike that.
17        Madam court reporter, could you
18 please repeat my question.
19        THE INTERPRETER: You mean repeat the
20 interpreting to the witness or are you
21 asking the court reporter to repeat the
22 question --
23        MR. WOLMAN: Read back the question
24 and then you will reinterpret.
25        (Record read)

142

1     A.   I don't understand. I don't know that
2 to pick which document.
3         And the thing is that you see
4 there are a thousand pages of the documents and so
5 I should know that to pick which one and to talk
6 about it, where it came from.
7         And also with the translation, it
8 says any of the documents, you know. In my life,
9 I never have anything that is any of the documents
10 such a general term. It's either right or wrong.
11    Q.   Where were the documents, these
12 thousands of pages that you assembled to give to
13 the lawyer at Golden Spring?
14    A.   I don't know.
15    Q.   When did you give the documents to
16 this lawyer?
17        MR. GAVENMAN: Objection to form.
18    A.   Well, in the past several years and
19 there are so many times, I don't know exactly
20 which specific time that you are talking about.
21    Q.   In response to the second revised
22 request for production of documents propounded on
23 you in this case, tell me what you did to search
24 for documents to produce.
25        MR. GAVENMAN: I have to caution you

143

1 to not reveal anything about what you heard
2 in an attorney/client communication about
3 what your attorneys were doing separately
4 from you.
5         This needs to be only things that
6 you understand, only things that you did
7 and not things that come from
8 understanding about what your attorneys
9 did.
10    A.   My answer is that I don't recall.
11    Q.   Did you look for any documents to
12 respond in this case?
13    A.   Of course.
14    Q.   And where did you look?
15    A.   I don't recall.
16    Q.   Where would you look if I were to
17 reask you those very same questions?
18        MR. GAVENMAN: Objection to form.
19    A.   I don't know. I don't quite
20 understand really what you mean.
21    Q.   The documents you provided to respond
22 to -- or to look for in response to the request
23 for production, just appear by magic?
24        MR. GAVENMAN: Again, I caution you,
25 anything you know from your attorneys or

144

1 attorney/client communications, please don't
2 reveal those communications. To the extent
3 you know anything outside of that, you're
4 free to answer.
5     A.   Well, of course anything that is in
6 the conversation between myself and my counsel, I
7 cannot talk about here. I cannot talk about here.
8         But as to myself, how did I look for
9 those documents, I just don't remember. I don't
10 recall.
11    Q.   Where would you go to look for them
12 today if you were being asked?
13        MR. GAVENMAN: Objection to form.
14    A.   OK, so you see like, for example,
15 right, the communication between Marco and Cheng
16 Shuiyan, for example, this kind of evidence, Marco
17 is Cheng Shuiyan's personal employee and they
18 said, they claimed that they wrote to the DOJ.
19 And to deport me. And then calling me online
20 about that I was a liar and I was a rapist and so
21 on and so forth, all of that, they
22 acknowledged and they openly treated that.
23        So you only need to search online
24 to produce that, and that's one way. And they
25 make phone call. For example, I make phone call

Transcript of Howan Kwok
Conducted on April 1, 2021

---

145

1  to the people that they have talked to in mainland
2  China. I make phone call to Lude who they had
3  talked to about that -- about what they want him
4  to do or said.
5      So all of that -- and then I call them
6  and got those answers, and so that is a way to
7  search for those, those information.
8      And also, like I said, Marco
9  later on, you know, Marco and Cheng Shuiyan, they
10 talked about all of things that they have done and
11 they tweeted it online and you search online and
12 you get all this information online and then later
13 on, that, you know, after -- at the Nevada case,
14 he disappeared, Marco disappeared. He was a
15 personal employee of Cheng Shuiyan.
16     So Cheng Shuiyan should be made
17 responsible for whatever he did or said anyway.
18 So all of that was actually appeared online
19 because they have many tweeters online and they
20 have tweet it out there openly. That is a way to
21 search for those information.
22     Q.  But where would you go to find
23 documents responsive to the requests?
24     MR. GAVENMAN:  Objection to form.
25     A.  Well, for example, when we -- when you

146

1  see that, for example, Cheng Shuiyan reported that
2  he have a billion of dollar of asset and he
3  purported that he is person, but for all these
4  kind of purported claim, of course I can call
5  people in China trying to ascertain his, the words
6  of his claim. So that is one way to search.
7      And then also that Cheng Shuiyan
8  and Marco, so Marco is his personal employee
9  and he need to be -- Cheng Shuiyan need to be
10 responsible for whatever Marco has said and done
11 and so he was his boss.
12     So that need to be -- that is open
13 knowledge and that is the things that we know.
14     When we brought the case in
15 Nevada, we brought the case in good faith. The
16 proof, the evidence of that is we only claim for a
17 very small amount and we did not claim for
18 millions of dollars even though that he has -- he
19 claimed that himself, he had that billion dollars
20 of this account of assets.
21     But of course, when we are talking about
22 the people in China, subsequently a lot of people
23 were made disappeared and the thing is that he had
24 caused me all this destruction and all this kind of
25 a harm, we did not seek millions and millions of

---

147

1  dollars from him. And that had already been very
2  clear evidence that we -- we act in good faith. And
3  of course, the only thing here is we only want to
4  tell the truth.
5      Q.  Were any of the documents in this case
6  provided to you by your attorneys?
7      MR. GAVENMAN:  Objection, asked and
8  answered about four times.
9      MR. WOLMAN:  Asked yes, answered no.
10     MR. GAVENMAN:  He is answering the
11 question. It's part of the responsive
12 documents -- I don't want a speaking
13 objection, but these are -- that's his
14 answer and there is a reason that's his
15 answer.
16     MR. WOLMAN:  Did any of the documents
17 you produced come from him?
18     MR. GAVENMAN:  He's clearly answered
19 that question and I'm not being deposed so
20 you can ask questions, he is answering them
21 and we can move on.
22     MR. WOLMAN:  He is not answering. He
23 doesn't seem to remember where documents
24 were produced or what he produced or where
25 they came from. So I'm asking you.

148

1      MR. GAVENMAN:  I'm not being deposed
2  here today. So you can ask a questions --
3      MR. WOLMAN:  Actually, right now, I'm
4  engaging with you in a meet and confer
5  because I'm not sure --
6      MR. GAVENMAN:  This is not the time
7  and place for a meet and confer while he is
8  being deposed. And I know you know that.
9  It's not meet and confer time now. So
10 continue your deposition we can meet and
11 confer afterwards if you like to.
12     MR. WOLMAN:  Well, it seems like it
13 would be useful for us to confer as to
14 whether or not he actually conducted an
15 appropriate search. And then maybe once we
16 have established that, well, he didn't
17 provide you any documents, we can go with
18 that.
19     But if you want, we can keep going,
20 sure. But I was trying to make this easier
21 for you.
22     MR. GAVENMAN:  Thank you for your
23 care and concern. As always. Please
24 continue.
25     MR. WOLMAN:  Not a problem.

---

149

1        THE INTERPRETER:  Is there a
2    question, counsel?
3        MR. GAVENMAN:  There is not.
4    Q.   You said Mr. Cheng caused you a lot of
5    harm.  How do you value that harm?
6    **A.   Well, so it is going to be a very,**
7    **very long story.  You need to have some**
8    **preparation.  It's going to be a long story.**
9    Q.   No, I'm asking you how you value the
10   harm.
11   **A.   Well, you see, I am at the moment**
12   **preparing some kind of premises to how to gauge**
13   **the destruction and harm caused by Cheng Shuiyan.**
14   **I have been calling people in Japan, Hong Kong**
15   **PRC, U.S. and some of the partners before.**
16        **You see a lot of these people at**
17   **the moment, they were under threat and they were**
18   **not -- they did not want to, you know, be the**
19   **witness and tell how much threat and how much**
20   **damage, and they know that Cheng Shuiyan and**
21   **Marco, his personal employee, have caused me**
22   **because they were being sort of under threat and**
23   **also they know from the open allegation that made**
24   **by Cheng Shuiyan and his personal employee, Marco,**
25   **that I will be deported by the Department of**

150

1    **Justice to mainland China and I will be deported**
2    **to mainland China and they have made that kind of**
3    **allegation on Twitter, on Geteer, talking about**
4    **that I will be deported -- not only that I will be**
5    **deported.  They keep on saying that I will be shot**
6    **to death by the Chinese government.  And they keep**
7    **repeating that so that cause a lot of fear by a**
8    **lot of the people that I have worked with in the**
9    **past.**
10        **So he cost me my consultant jobs**
11   **and he cost me a lot of this kind of a damage and**
12   **it is unaccountable and it would be these, I think**
13   **if I am gauging such kind of a value, I would say**
14   **several tens of millions at least.**
15   Q.   You said he cost you a consultant job
16   and damages.  What consultant job and what damage?
17   **A.   I cannot answer them here for you.**
18   Q.   Why not?
19   **A.   Because at this point, I just cannot**
20   **remember them.**
21   Q.   But somehow -- you can't remember jobs
22   that were valued had a worth of tens of millions
23   of dollars?
24        MR. GAVENMAN:  Objection to form.
25   **A.   It's because -- it's because -- well,**

151

1    too much damage, too much of a harm that he has
2    caused me.
3        **For example, just a simple term,**
4    **to him, it's only a simple word.  He called me a**
5    **rapist.  But the damage it caused me, how can I**
6    **account for that?  How can anyone just fathom the**
7    **damage that it is?**
8        **So of course I have to value it**
9    **and then calculating it.  I'm in the middle of**
10   **doing it.**
11   Q.   How was it that you came up with
12   your claim against Jonathan Ho valued at 5
13   million; your claim against Jianbin Yuan at 5
14   million; your claim against Liang for 100 million;
15   your claim against Baotang for 1 million; your
16   claim against Eliang Xia for 5 million; your claim
17   against Xianmin Xiong for 100 million?
18        THE INTERPRETER:  Counsel, I will
19   probably need you to repeat those names.
20        MR. WOLMAN:  Sure.
21        MR. GAVENMAN:  I want to caution, to
22   the extent any of that information, any of
23   your understanding about why that was put in
24   those various complaints or how the value
25   was done that came from counsel, you should

152

1    not reveal those communications.
2        To the extent that you can answer
3    that without revealing attorney/client
4    communications, you are free to do so.
5        THE INTERPRETER:  Counsel, you said 5
6    million, the first name is Jonathan?
7        MR. WOLMAN:  Jun Chen, also known as
8    Jonathan Ho.
9        THE INTERPRETER:  And that is one
10   person, right?
11        MR. WOLMAN:  Yes.
12        THE INTERPRETER:  And that's 5
13   million?
14        MR. WOLMAN:  Yes.
15        THE INTERPRETER:  Then 100 million
16   Liang, someone Liang, and 1 million,
17   Baotang, Baotang, 5 million Xia --
18   something.
19        MR. WOLMAN:  Y-E-L-I-A-N-G, X-I-A.
20        THE INTERPRETER:  And then 100
21   million, Xiong something?  The last name.
22        MR. WOLMAN:  100 million was
23   X-I-A-N-M-I-N, X-I-O-N-G.
24        MR. GAVENMAN:  One moment please
25   recall my instruction about the attorney/

Transcript of Howan Kwok
Conducted on April 1, 2021

153

1    client privilege, and secondly, secondly, to
2    the extent that this implicates in any way,
3    anything about your personal assets or worth
4    or income, I advise you to take the Fifth
5    Amendment on that portion, if it does.
6        A.   Well, you know, first of all, the
7    cases that you mentioned just now, I actually
8    don't remember them. And I don't really remember
9    how those amount of the damage were evaluated.
10       But the thing is that I can tell
11   you that they will be evaluated based on the harm
12   that they have caused and also the facts that we
13   have and then also that the evaluation would be
14   conducted by my professional lawyers and -- but
15   one thing you can see is that you see in
16   comparison, even though the damage caused by
17   Marco, Cheng Shuiyan's personal employee and Cheng
18   Shuiyan himself may have been more, more enormous
19   than those -- the people that previously
20   mentioned, we have not asked for damage -- that
21   much of a damage. That has shown so many of good
22   faith in our part that when we brought forward
23   that case.
24       And the irony, of course, is that
25   we lost, and so of course because of that, we

154

1    understand there is -- the damage they have done
2    was so great and then we have absolutely the faith
3    that we are going to renew case and seek damage
4    because they have caused so much damage.
5        Q.   You don't remember --
6        (Simultaneous crosstalk)
7        A.   Hang on, hang on. Hang on. The wind
8    has blown open the window. I need to go close the
9    window. It's just -- just because the wind is so
10   loud, I worry what it has caused disruption.
11       Q.   We hear you fine.
12       MR. GAVENMAN:  We have been going
13   about two hours, can we take a bathroom
14   break, in fact? We have been going another
15   two-hour session here.
16       Q.   Let me ask one question before we go,
17   how is it that you don't remember four cases filed
18   simultaneously on February 14, 2018?
19       MR. GAVENMAN:  Objection to form.
20       A.   Well, I have 60 some cases in pending.
21   I cannot possibly remember each of them unless I'm
22   God or Superman. But I really don't recall.
23       Q.   Have you produced us the documents
24   from all 60 cases?
25       A.   Well, I worked with my counsels.

155

1        Q.   And did you give --
2        A.   Hold on, hold on, sorry.
3        Q.   Let's take the ten-minute break,
4    Mr. Gavenman.
5        (Recess; 4:39 p.m. to 4:56 p.m.)
6        Q.   During this last break, other than
7    your lawyer, did you talk to anybody?
8        MR. GAVENMAN:  Objection to form.
9        A.   No.
10       Q.   Does anybody affiliated with Golden
11   Spring represent you in this case?
12       A.   I don't know.
13       Q.   What do you mean you don't know?
14       A.   Then I don't know, then I don't know.
15       Q.   Let me try this. Other than
16   Mr. Gavenman and Mr. Mitchell, does any other
17   lawyer represent you relative to this case?
18       A.   You mean what other people? I don't
19   quite understand.
20       Q.   Have you hired any other lawyers other
21   than Mr. Gavenman and Mr. Mitchell to represent
22   you in -- with respect to the claim by Mr. Cheng
23   against you in the U.S. District Court for the
24   Southern District of New York?
25       A.   No.

156

1        Q.   In a court call earlier today,
2    Mr. Gavenman referenced a criminal defense
3    attorney. Who is that criminal defense attorney?
4        A.   I don't know.
5        Q.   Have you hired any criminal defense
6    attorney?
7        MR. GAVENMAN:  Objection to form.
8        A.   Well, I have no way of answering
9    because this is actually concerning between
10   matters between myself and my counsel.
11       Q.   No, you can tell me if you have hired
12   a lawyer.
13       A.   Well, we have engaged lawyers. I
14   don't know which lawyer you're talking about.
15       Q.   Tell me all the lawyers you have
16   currently engaged and for what purpose they
17   represent you.
18       MR. GAVENMAN:  Objection to form.
19       A.   But I don't recall any name. Not even
20   one.
21       Q.   How do you know who your lawyers are?
22       A.   Well, I just know. So I recognize the
23   face. Like for example today, Jeff appeared here,
24   I look at him, I know that he is Jeff and then he
25   is Jeff.

157

1    Q.   How many other lawyers have you
2 currently retained?
3    A.   I don't recall.
4    Q.   Is it more than five?
5    A.   Yes.
6    Q.   Is it more than ten?
7    A.   I don't recall.
8    Q.   Could it be more than ten?
9    A.   I don't know.
10    Q.   So could it be more than 20?
11    A.   I don't know.
12    Q.   Could it be a million?
13    A.   Impossible.
14    Q.   So we are somewhere between five and a
15 million.  Can you narrow it down any further for
16 me.
17    A.   Well, the thing is that the court is a
18 serious, hallowed place.  I really don't think we
19 should joke about that or make light of anything
20 that is discussed in here.
21         I never met any lawyer acted like
22 you.  You know, you keep on asking me to guess or
23 estimate, perhaps, and so on, so forth, it's
24 really ludicrous.
25    Q.   Do you have an answer for my question?

158

1    A.   I don't know.
2    Q.   Do you currently have retained more
3 than a hundred lawyers?
4    A.   I don't know.
5    Q.   How is it you are able to recognize
6 specifically Mr. Gavenman's face when you could
7 have potentially a hundred other faces to
8 remember?
9    A.   I don't know.
10    Q.   How would you be able to describe the
11 appearance of your criminal defense attorney?
12    A.   I don't know.
13    Q.   Is your criminal defense attorney male
14 or female?
15         MR. GAVENMAN:  Objection to form.
16    A.   I don't know.
17    Q.   Is your criminal defense attorney
18 you -- strike that.
19         Do you know of what ethnicity or race
20 your criminal defense attorney is?
21    A.   Well, I was not able to answer your
22 question because, you know, we have lawyers who
23 are female, male.  I really don't know how to
24 answer your question.
25         Well -- the thing is that, you

159

1    know, we have lawyers who are male, female,
2    different races and different ethnicity.  I don't
3    know why that you have to ask this question about
4    a race and perhaps you are full of hatred and full
5    of racism.
6         Whatever I have, they are good
7    lawyers.  There is no reason why we need to know
8    about the race or ethnicity.
9    Q.   You say "We have lawyers."  Who did
10 you mean in the plural?
11    A.   I said "I."  I did not say "we."  It
12 was the interpreter who said "we."  I said "I."
13    Q.   How do you pay these lawyers?
14         MR. GAVENMAN:  Under the advice of
15         counsel, Mr. Guo declines to respond to that
16         question invoking the protection of the
17         Fifth Amendment in the U.S. Constitution.
18    Q.   Are you paying a criminal defense
19 attorney with proceeds from criminal activity?
20         MR. GAVENMAN:  On advice of counsel,
21         Mr. Guo declines to answer the question
22         invoking his rights under the Fifth
23         Amendment of the U.S. Constitution.
24    Q.   A document you produced discusses a
25 freezing order of 8.7 billion dollars Hong Kong.

160

1    It discusses 510 million shares of Haitong
2    securities under the alias Kwok Howan through
3    three offshore companies.
4         What are those three offshore
5    companies?
6    A.   Well, my answer is no.  In fact, I
7    actually, when I hear it, I find that it is
8    absolutely ridiculous.
9    Q.   Are you aware of the matter discussed
10 at Bates number 8925 in the article you produced?
11         MR. GAVENMAN:  Object to form.
12         Objection to form.
13         Go ahead, if you can answer without
14         looking, you can answer it.
15    A.   I don't really know.
16    Q.   You produced an article from the South
17 China Morning Post from August 15, 2018, entitled,
18 "Fugitive Chinese Tycoon, Guo Wengui, has U.S. 1.1
19 Billion Dollars of Assets Frozen by Hong Kong
20 courts."
21         Are you familiar with that
22 article?
23    A.   Yes.
24    Q.   And it refers to you owning 510
25 million shares of Haitong securities through three

161

1   offshore companies, a restraint order.
2         What are the three offshore
3   companies?
4         MR. GAVENMAN:  Objection to form.
5   **A.   I don't know.**
6   Q.   Have you read that restraint order?
7   **A.   Well, the thing is that so far I have**
8   **not read one report made by the media that is**
9   **actually true about me.  So I have great**
10  **reservation to any of the media articles.  So I**
11  **have no comment about it, I don't know.**
12        **So -- or perhaps I should say not**
13  **100 percent truthful report, and also, South China**
14  **Morning Post was a vehicle that controlled by the**
15  **Chinese Communist Party.  So I really have no**
16  **comment to their articles.**
17  Q.   Did you ever own or -- either directly
18  or through companies you own or control, any
19  shares of Haitong securities?
20        MR. GAVENMAN:  On advice of counsel,
21  Mr. Guo declines to respond to the question
22  invoking his rights under the Fifth
23  Amendment of the U.S. Constitution.
24  Q.   Are you refusing to answer, Mr. Guo?
25  **A.   Yes.**

162

1   Q.   Is your invocation of the Fifth
2   Amendment with respect to Haitong securities
3   related to your invocation of the Fifth Amendment
4   with respect to your relationship with Golden
5   Spring New York?
6         MR. GAVENMAN:  Objection, that's
7   solely attorney/client privileged
8   information understanding -- he can't answer
9   it.
10        MR. WOLMAN:  No, it's not?
11        MR. GAVENMAN:  Absolutely it is.  It
12  is.
13        You can't answer the question.
14  Q.   Answer the question.
15        MR. GAVENMAN:  Jay, I'm instructing
16  him not to answer on the basis of
17  attorney/client privilege.
18  Q.   Are you refusing to answer?
19  **A.   Yes.**
20  Q.   Are you a billionaire?
21        MR. GAVENMAN:  On advice of counsel,
22  Mr. Guo declines to respond to the question
23  invoking his rights under the Fifth
24  Amendment of the U.S. Constitution.
25  Q.   Are you refusing to answer?

163

1   **A.   Yes.**
2   Q.   What is your net worth?
3         MR. GAVENMAN:  On advice of counsel,
4   Mr. Guo declines to respond to the question
5   invoking his rights under the Fifth
6   Amendment of the U.S. Constitution.
7   Q.   Are you refusing to answer?
8   **A.   Yes.**
9   Q.   Before the last break, I referenced
10  four cases filed on February 14, 2018.  Why were
11  those cases all filed on the same day?
12        MR. GAVENMAN:  I caution you to the
13  extent any understanding of why that
14  occurred came from attorney/client
15  communication, if you can answer without
16  revealing attorney/client privileged
17  information, you're free to answer.
18  **A.   It is a decision made by myself and**
19  **the counsel and through the discussion, so it is**
20  **privileged.  I cannot answer that.**
21  Q.   Without saying what you discussed with
22  your lawyers, why did you agree to have it all
23  filed on the same day?
24        MR. GAVENMAN:  And again, to the
25  extent your understanding was formed as part

164

1   of an attorney/client communication or
2   extends from an attorney/client
3   communication you should not reveal that.
4         To the extent you can answer
5   without revealing attorney/client
6   communication, you're free to answer.
7         MR. WOLMAN:  Thank you for coaching
8   again.
9         MR. GAVENMAN:  You can't -- it's an
10  attorney/client communication.  You know --
11        MR. WOLMAN:  I already put that into
12  the question itself.
13        MR. GAVENMAN:  Sorry, what was that?
14        MR. WOLMAN:  I already put it into
15  the question itself.  So stop coaching him
16  not to respond.
17        MR. GAVENMAN:  I'm not coaching.  I
18  don't know how you expect him to have any
19  understanding of why that decision was made
20  without it, but that fine, he can answer --
21        MR. WOLMAN:  Because we --
22        MR. GAVENMAN:  -- without
23  attorney/client communications.
24        MR. WOLMAN:  I'm not going to hear
25  speculation, but it could well be his idea.

165

1        MR. GAVENMAN:  Sure, and then he can
2   answer that portion --
3        (Simultaneous crosstalk)
4        MR. GAVENMAN:  -- and say the
5   attorney/client communications.  And he is
6   free to do that.
7        (Simultaneous crosstalk)
8        MR. WOLMAN:  He doesn't have to
9   reveal attorney/client communications.
10       MR. GAVENMAN:  Don't reveal anything
11  that came from an attorney/client
12  communications, any understanding you had
13  that came from it. --
14       MR. WOLMAN:  Not understanding, not
15  an understanding.
16       He can still tell me why he
17  wanted to do something without telling
18  me what was discussed.  Because he could
19  think, oh, it's a great idea to do what
20  my lawyer told me without telling me
21  that his lawyer told him that.
22       MR. GAVENMAN:  And I said exactly
23  along those lines.
24       MR. WOLMAN:  No, you didn't.
25       MR. GAVENMAN:  If you answer the

166

1   question --
2        (Simultaneous crosstalk)
3        MR. GAVENMAN:  You asked why you
4   thought it would be a good idea -- I'm
5   assuming there, some of that portion, at
6   least some of that answer is wrapped up in
7   attorney/client privilege.
8        If it's not, to the extent it's
9   not, he is free to answer it.
10       To the extent it came from
11  attorney discussions about what certain
12  things would happen, why certain things
13  would happen certain ways, those are
14  privileged communication that he can't
15  reveal.
16       MR. WOLMAN:  He can still say I
17  decided to do something because of "X" even
18  if it was an idea his attorney told him.
19       MR. GAVENMAN:  Well, if it was a
20  privileged communication and privileged
21  understanding --
22       MR. WOLMAN:  I'm not asking him --
23  privileged goes to communications between
24  you and your lawyer.  Privilege does not go
25  to I decided to do something that my lawyer

167

1   suggested and I don't have to tell you that
2   my lawyer suggested it.
3        Q.   So tell me, Mr. Guo, without telling
4   me about any communications you actually had with
5   your lawyers, why did you decide to pull the
6   trigger and have four cases filed on the same day?
7        MR. GAVENMAN:  Again, to the extent
8   this answer would reveal any amount of any
9   legal strategy between you and your counsel,
10  you cannot talk about that portion.
11       MR. WOLMAN:  That is not correct.  He
12  can reveal --
13       MR. GAVENMAN:  That's my instruction
14  to my client.  It's a question for the
15  judge.
16       MR. WOLMAN:  That's obstruction.  You
17  need to learn about privilege, Jeff.  That's
18  not how it works.
19       MR. GAVENMAN:  Jay, very good, thank
20  you for your help in being so wonderful as
21  always.
22       Please move on.  He can't answer
23  that question if it is about
24  attorney/client privileged information
25  and strategy that came from his

168

1   attorney.
2        If he said he can answer it
3   separately, he is free to do so.
4        Q.   Answer the question.
5        A.   Well, there is no other reason really.
6   It's just that we have looked at all the cases,
7   consolidate, in a consolidated manner, we look at
8   all of that, and then the counsel recommended
9   that, you know, that to put those four cases on
10  the same day and that is all.
11       Q.   I'm a little confused because these
12  were filed, two in New York, one in New Jersey,
13  and one in Virginia.
14       How is this all one counsel
15  having the idea to put them all in the same day?
16       A.   I don't know.
17       Q.   Do you know when cases are filed on
18  your behalf?
19       A.   Of course.
20       Well, I'm actually quite curious,
21  counsel, why are you banging on this question
22  about one day filing cases for one day.  I mean,
23  it's such a strange and curious question.
24       Why can't the cases be filed on
25  one day?  Is that illegal?  Is that something that

169

1  is wrong?
2      It's really if I recall that correctly,
3  this is the first time I ever heard of this
4  question.
5      In fact, what I am saying, I
6  actually don't remember these four cases were
7  filed in one single day. And so that, you know,
8  if it were not you who keep on asking about this
9  question about these four cases all filed on the
10 same day, I would not have known there was such
11 four cases and they were all filed on the same
12 day. I really had no idea.
13     Q.  What is your relationship with Eastern
14 Profit Corporation Limited?
15     MR. GAVENMAN: On advice of counsel,
16 Mr. Guo declines to respond to the question
17 invoking his rights under the Fifth
18 Amendment of the U.S. Constitution.
19     MR. WOLMAN: He filed a lawsuit
20 against Strategic Vision in which he
21 acknowledged that he was principle of
22 that --
23     MR. GAVENMAN: I understand.
24     MR. WOLMAN: -- in the Southern
25 District of New York.

170

1      MR. GAVENMAN: I understand.
2      Q.  Are you refusing to answer?
3      THE INTERPRETER: I haven't
4  interpreted.
5      MR. WOLMAN: Thank you.
6      A.  Yes.
7      How is our timing? I have
8  other obligations.
9      MR. WOLMAN: I think I still have at
10 least another hour.
11     MR. GAVENMAN: Fifty-nine minutes.
12     Q.  You provided to us in your discovery
13 responses your responses and objections to
14 interrogatories in a lawsuit against by you
15 against Xianmin Xiong, X-I-A-N-M-I-N, X-I-O-N-G.
16     Do you recall answering
17 interrogatories in that matter?
18     A.  I actually don't know this person,
19 Xianmin Xiong, or perhaps it is the interpreter
20 did not interpret the name right.
21     Q.  Also known as X-I, N-U-O, also known
22 as Frank, also known as Xino, also known as
23 X-I-N-O.
24     A.  So the name is Xiong Xianmin, I know,
25 I know this case.

171

1      Q.  Do you recall answering
2  interrogatories in that case?
3      A.  You mean what response -- what
4  interrogatory to what case?
5      Q.  Do you recall responding to written
6  questions in that case?
7      A.  I don't remember all of it.
8      Q.  In response to interrogatory number 1
9  in it, it says, quote, I will represent that this
10 is at Bates quote 3733, "Plaintiff responds that
11 he is an entrepreneur without a salary or income."
12     Is that statement accurate?
13     MR. GAVENMAN: On advice of counsel,
14 Mr. Guo declines to respond to the question
15 invoking his rights under the Fifth
16 Amendment of the U.S. Constitution.
17     Q.  Are you refusing to answer that
18 question?
19     A.  Yes.
20     Q.  Was that statement accurate on the
21 date it was made and filed being November 18,
22 2019?
23     MR. GAVENMAN: On advice of counsel,
24 Mr. Guo declines to respond to the question
25 invoking his rights under the Fifth

172

1  Amendment of the U.S. Constitution.
2      Q.  Are you refusing to answer?
3      A.  Yes.
4      Q.  Did you reach a settlement in the case
5  with Mr. Xianmin Xiong?
6      A.  Well, first of all, I must tell you
7  that the pronunciation of that name was wrong,
8  right?
9      And the thing is I can say that
10 even to this date, that case was not entirely
11 settled.
12     Q.  Are you aware that a stipulation of
13 discontinuance was filed on September 15, 2020?
14     A.  Well, that's only one of the cases and
15 there are other cases that were in connection with
16 Xianmin Xiong as well.
17     Q.  That case was dismissed with
18 prejudice, correct?
19     A.  That is not true.
20     Q.  Are you saying that the document filed
21 on New York State's court electronic system is
22 incorrect?
23     MR. GAVENMAN: Objection to form.
24     A.  Well, perhaps the document was not
25 wrong, but then there are so many other cases that

173

1  were -- that has some connection with Xiong
2  **Xianmin as well.**
3      Q.  Did Xiong Xianmin or however you
4  pronounce that or anyone on his behalf make any
5  payment in exchange for that case being
6  discontinued with prejudice?
7      **A.  No.**
8      Q.  Why would you have it discontinued
9  with prejudice without any payment?
10      MR. GAVENMAN:  To the extent you can
11  answer that without revealing any legal
12  strategy communicated between you and your
13  counsel, you're free to answer.
14      **A.  Well, that was the strategy that I had**
15  **together with my counsel.**
16      Q.  You sued that gentleman for 100
17  million dollars.  Do you not recall that?
18      **A.  Yes.**
19      Q.  How did it benefit you to dismiss that
20  case without getting a dime in recovery?
21      MR. GAVENMAN:  Objection to form.
22  Objection to form and same caution.
23      **A.  Well, that is actually a strategy that**
24  **we have arrived between myself and my counsel.**
25      Q.  I understand.  I don't need to know if

174

1  a lawyer told you.  I need to know how it
2  benefited you.
3      MR. GAVENMAN:  Same caution.
4      **A.  Well, the whole matter has not been**
5  **concluded.**
6      Q.  What part of it is still ongoing since
7  it was dismissed with prejudice?
8      **A.  Well, I cannot just -- I cannot tell**
9  **you because that is the strategy that I and my**
10  **counsel arrived at.**
11      Q.  Is that counsel Mr. Steinberg?
12      **A.  One of them.**
13      Q.  Have you filed any other lawsuits
14  against Xianmin Xiong or however you pronounce it?
15      **A.  Yes.**
16      Q.  Where?  In what court?
17      **A.  New York.**
18      Q.  Have you produced a copy of that
19  complaint?
20      **A.  I don't recall.**
21      Q.  When did you file this new case
22  against Xianmin Xiong?
23      **A.  I don't recall.**
24      Q.  Do you know if there is any reason why
25  there is no case currently on the electronic

175

1  system for New York's courts between you and
2  Xianmin Xiong other than the one that was
3  dismissed by a stipulation?
4      **A.  I don't know.**
5      Q.  Who is Yanping Wang a/k/a Yvette Wang?
6      **A.  She is from Golden Spring.**
7      Q.  And what is her job at Golden Spring?
8      **A.  So she is the president.**
9      Q.  Do you know anything about her lawsuit
10  against Xianmin Xiong?
11      **A.  Yes.**
12      Q.  What your role with respect to that
13  lawsuit, if any?
14      **A.  No.**
15      Q.  Have you spoken with Ms. Wang
16  regarding this lawsuit?
17      **A.  No.**
18      Q.  I want to make sure I understand.
19      You have -- are you -- Yanping Wang,
20  also known as Yvette Wang, is the president of
21  Golden Spring that is financing your defense in
22  this case and has otherwise paid the judgments to
23  my client, but you have never discussed this case
24  with her, correct?
25      MR. GAVENMAN:  Object to form.

176

1      **A.  Yes.**
2      Q.  Does Golden Spring New York Limited
3  have a treasurer?
4      **A.  Of course there is.**
5      Q.  Have you discussed this case with that
6  treasurer?
7      **A.  No.**
8      Q.  What is the name of the treasurer of
9  Golden Spring Limited?
10      **A.  I don't know.**
11      Q.  Other than Ms. Wang, who can you
12  identify as being an officer of Golden Spring?
13      **A.  I don't know.**
14      Q.  How did Golden Spring know to pay the
15  judgment against you by Mr. Cheng in the Nevada
16  case?
17      **A.  Well, lawyers communication.**
18      Q.  Do you know the person -- who the
19  person was at Golden Spring who initiated the wire
20  transfers to our firm?
21      **A.  I don't know.**
22      Q.  Do you know who is authorized at
23  Golden Spring to initiate wire transfers of funds?
24      **A.  I don't know.**
25      Q.  You produced to us some text messages

Transcript of Howan Kwok
Conducted on April 1, 2021

45 (177 to 180)

---

177

1 purported to be between Mr. Cheng and Lude of
2 March 2018. Are you familiar with those?
3     **A.   I have seen them.**
4     Q.   How did those come into your
5 possession?
6     **A.   Well, it was at the time Lude sent it**
7 **to me.**
8     Q.   How did Lude send them to you?
9     **A.   Well, I don't recall exactly.  Perhaps**
10 **it was via WhatsApp, but I really cannot recall.**
11    Q.   How did you get them ultimately to
12 your lawyers for production in this case?
13    **A.   Well, I found them.  So because -- in**
14 **that case, in the past, and they said whatever**
15 **that I found, I handed -- I handed them to the**
16 **lawyers.**
17         **So I just handed them to the lawyers**
18 **because I found them.**
19    Q.   Where did you find them?
20    **A.   I don't recall.**
21    Q.   When did you find them?
22    **A.   I don't recall either.**
23    Q.   When did you give them to your
24 lawyers?
25    **A.   I don't recall.**

---

178

1     Q.   Which lawyers did you give them?
2     **A.   Well, I just gave them to the lawyer.**
3     Q.   To Mr. Gavenman?
4     **A.   I handed them to Daniel, I believe.**
5     Q.   And is Daniel the same individual we
6 were discussing earlier who notarized on the
7 verification.
8     **A.   Yes.**
9     Q.   Are you aware of a lawsuit you filed
10 in the Eastern District of Virginia against
11 someone named Baosheng Guo, B-A-O-S-H-E-N-G?
12    **A.   Yes.**
13    Q.   Is there a reason you didn't produce
14 to us the documents in connection with that case?
15    **A.   I don't know.**
16    Q.   According to the docket in that case,
17 a 12,000 dollar payment is made to you as a
18 prevailing party.  Are you aware of that?
19    **A.   Yes.**
20    Q.   How did that 12,000 dollars get into
21 your hands?
22    **A.   Well, I don't believe that I have**
23 **received that 12,000 dollars as yet.**
24    Q.   Do you know if that payment was
25 actually made?

---

179

1     **A.   I don't know.**
2     Q.   How would you find out?
3     **A.   I don't know.**
4     Q.   Are you aware that that case closed in
5 April of 2020?
6     **A.   I cannot recall specifically.**
7     Q.   Are your attorneys in Virginia holding
8 money on your behalf?
9     **A.   I don't recall.**
10    Q.   On April 3, 2020, Judge Ellis
11 ordered -- strike that.
12         He noted that the check of 12,000
13 dollars from the court registry was mailed to you
14 on March 23, 2020.  Is Judge Ellis incorrect?
15    **A.   Well, I don't -- I didn't say that he**
16 **is wrong.  I just don't recall.**
17    Q.   Do you know what happened to that
18 12,000 dollars?
19    **A.   I don't know.**
20    Q.   Are you able to find out from your
21 attorneys in that case?
22    **A.   Well, I think -- you see today, I come**
23 **here to answer the deposition made for the case of**
24 **Cheng Shuiyan.  I'm not here for you to teach me**
25 **how to communicate with attorneys handling other**

---

180

1 **cases for me, and I feel like 90 percent of the**
2 **time that you are wasting in matters that are**
3 **irrelevant to the case and to me, that is a form**
4 **of abuse, a form of torture and you are very well**
5 **aware of that.**
6     Q.   I actually found my answer even though
7 you were nonresponsive.  It says on an order from
8 March 9, 2020 that the court sent you a check by
9 registered mail cable to you, Wengui Guo, a/k/a
10 Miles Kwok, 781 Fifth Avenue, 18th Floor, New
11 York, New York, 10022.
12         Did you receive that check from
13 registered mail?
14    **A.   I don't recall.**
15    Q.   You testified earlier that the folks
16 at Golden Spring are the ones who get your mail.
17 Did they ever tell you about a check for 12,000
18 dollars coming in?
19         MR. GAVENMAN:  Objection to form.
20    Objection to form.
21    **A.   I don't recall.**
22    Q.   Did you ever negotiate, meaning
23 endorse, sign over, deposit a 12,000 dollar check
24 from the U.S. District Court for the Eastern
25 District of Virginia payable to you?

---

181

1    A.  I don't recall.
2    Q.  Is anybody, other than you, authorized
3 to deposit checks made payable to you?
4    A.  I don't know.
5    Q.  Have you filed income tax returns for
6 calendar year 2020?
7    A.  Of course.
8    Q.  Did you include this 12,000 dollar
9 payment for judgment as income in that tax return?
10       MR. GAVENMAN:  On advice of counsel,
11    Mr. Guo declines to answer the question
12    invoking his rights under the Fifth
13    Amendment of the U.S. Constitution.
14    Q.  Are you refusing to answer?
15    A.  Yes.
16    Q.  Are there any answers you've given
17 today -- now that you had a day to think
18 about it that you wish to change?
19    A.  Yes.
20    Q.  And what is that?
21    A.  Well, you see for the matter of Marco
22 and his employee relationship with Cheng Shuiyan
23 and they have sent out tweet messages, online
24 messages, and for the time they send the message
25 and the content of the message and also the

182

1 relationship -- and also that the message is sent
2 between them to Wang Ding Gang via WhatsApp and
3 also just the matter that the personnel from
4 Bejing visiting Cheng Shuiyan and gifting him
5 millions of U.S. dollars and so as to start his
6 changing of the -- the turn of the event with me,
7 all these matters, I should start from the
8 beginning to tell you that.
9       And also the contents involving
10 Cheng Shuiyan of defaming me on Twitter, this
11 platform, concerning about my family and calling
12 me rapist and calling me a hooligan, calling me
13 low class, a peasant, and not even -- low class
14 peasant and talking about me having a big deal
15 with Xi Jinping, all of that, I would also like to
16 start to tell you that.
17       And also that I would like to
18 tell you about the matter that Cheng Shuiyan
19 talking about on Twitter in relation to writing to
20 the ministry -- minister of or department head of
21 DOJ and claiming that he is to -- they are going
22 to deport me to China and telling that I was a
23 criminal and I was a wanted person, all these
24 matters, I would like to actually tell you about
25 that.

183

1    Q.  I'm asking you, do you want to change
2 any of your answers?
3    A.  OK, so the changes that you see, all
4 of these things that I just mentioned about,
5 right, and it's actually -- I remember when I
6 answer you, I said that is May, but it actually
7 started all in March, 2018, all the way through to
8 August, and then I sue him in September of 2018.
9 So that would be the change I would like to make.
10    Q.  Moving back to your lawsuit with
11 Baosheng in Virginia, paragraph 107 of the
12 complaint in that matter states, "Guo acted on
13 these false representations and relied on them
14 when he gave Baosheng 42,000 dollars in total."
15       My question to you is, what was the
16 source of the 42,000 dollars?
17       MR. WOLMAN:  And before you make your
18 speaking objection --
19       MR. GAVENMAN:  No, it's on advice of
20 counsel to respond to question --
21       MR. WOLMAN:  I want to make sure --
22 this case, this case went to trial, so I'm
23 asking -- so he obviously put forth evidence
24 of that payment to Baosheng.  So my question
25 is -- that's already now out in the public

184

1 and public record.  So my question here is
2 what was the source of that money?
3       MR. GAVENMAN:  Mr. Guo declines to
4 testify about that matter here today,
5 invoking his rights under the Fifth
6 Amendment of the U.S. Constitution.
7    Q.  Are you refusing to answer?
8       THE INTERPRETER:  Counsel, let me
9 interpret everything that just happened.
10    A.  Yes.
11    Q.  Did you testify at a trial in that
12 case?
13    A.  Yes.
14    Q.  Did you testify that you paid Baosheng
15 Guo 42,000 dollars?
16    A.  Well, Baosheng Guo was 2011 the
17 partner of Cheng Shuiyan in this whole business of
18 attacking me and the fact that he is one of the
19 persons who attacked me together with Cheng
20 Shuiyan the most.
21       MR. WOLMAN:  I'm asking the court
22 reporter, move to strike as nonresponsive.
23    Q.  Did you testify that you paid, you
24 paid Baosheng Guo 42,000 dollars?
25    A.  I don't recall.

Transcript of Howan Kwok
Conducted on April 1, 2021

---

185

1     Q.   Did you write a check to Baosheng Guo
2  for the various amounts he requested?
3     **A.   I don't recall.**
4     Q.   How did money go from you to the --
5  how did 42,000 dollars go from you to Baosheng
6  Guo?
7          MR. GAVENMAN:  On advice of counsel,
8     Mr. Guo declines to respond to the question
9     invoking his rights under the Fifth
10    Amendment of the U.S. Constitution.
11    Q.   Are you refusing to answer?
12    **A.   Yes.**
13    Q.   From whatever account or accounts that
14 you used to pay Baosheng Guo, how much money is in
15 them now?
16         MR. GAVENMAN:  On advice of Mr. Guo's
17    counsel, Mr. Guo declines to respond to the
18    question invoking his rights under the Fifth
19    Amendment of the U.S. Constitution.
20    Q.   Do you have any records of the
21 payments to Mr. Guo, Baosheng Guo?
22    **A.   I don't recall.**
23    Q.   Who would have records -- strike that.
24         Were records of those payments
25 introduced as evidence in the trial between you

---

186

1  and Baosheng Guo?
2     **A.   Yes.**
3     Q.   Do you have control over those
4  exhibits?
5          MR. GAVENMAN:  Objection, objection
6     to form.
7     **A.   I am not quite sure I understand what**
8  **you mean.**
9     Q.   Do you or your attorneys have copies
10 of the exhibits introduced at the trial between
11 you and Baosheng Guo?
12    **A.   I actually don't quite understand what**
13 **you -- what your question means.  I don't**
14 **understand.**
15    Q.   What is Broadcasting Board of
16 Governors?
17         THE INTERPRETER:  Counsel, is that a
18    company or is that --
19    MR. WOLMAN:  A company.
20    THE INTERPRETER:  It is a company?
21    MR. WOLMAN:  An entity.  Yes.
22    **A.   I cannot understand exactly what this**
23 **means.  I don't understand this question at all.**
24    THE INTERPRETER:  Did we have any
25    questions?

---

187

1          MR. WOLMAN:  I'm going to -- I'm
2  going to suspend the deposition at this
3  point pending the issues regarding the
4  claims of Fifth Amendment privilege.
5          THE WITNESS:  Thank you very much.
6     (Time noted:  6:16 p.m.)
7
8          _____
          HOWAN KWOK
9
10 Subscribed and sworn to
11 before me this      day
12 of MO          , 2021.
13
14 _____
15
16
17
18
19
20
21
22
23
24
25

---

188

1          INDEX:
2  WITNESS      EXAM BY:       PAGE:
3  H. Kwok        Mr. Wolman        6
4
5          EXHIBIT INDEX:
6  NUMBER        DESCRIPTION         PAGE:
7  Exhibit 1   Amended Notice of Deposition      20
8  Exhibit 2   Defendant Wengui Guo's          23
9          Verified Statement Pursuant to
10         Local Civil Rule 26.1
11 Exhibit 3   document entitled "Complaint"     107
12 Exhibit 4   Complaint and Jury Demand       122
13 Exhibit 5   Defendant Wengui Guo's Answer    122
14         to the Complaint
15 Exhibit 6   Defendant Wengui Guo's Initial    123
16         Disclosures
17 Exhibit 7   Defendant Wengui Guo's          125
18         Objections and Responses to
19         Plaintiff Logan Cheng's Second
20         Revised First Set of Requests
21         for Production of Documents
22
23
24
25

---

189

1          EXHIBIT INDEX:
2  NUMBER        DESCRIPTION        PAGE:
3  Exhibit 8  Defendant Wengui Guo's        125
4          Objections and Answers to
5          Plaintiff Logan Cheng's First
6          Set of Interrogatories
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

190

1          CERTIFICATE
2  STATE OF NEW JERSEY )
                        )ss:
3  COUNTY OF UNION      )
4          I, MARY F. BOWMAN, a Registered
5  Professional Reporter, Certified
6  Realtime Reporter, and Notary Public
7  within and for the States of New York
8  and New Jersey, do hereby certify:
9          That HOWAN KWOK, the witness
10  whose deposition is hereinbefore set
11  forth, was duly sworn by me and that
12  such deposition is a true record of the
13  testimony given by such witness.
14          I further certify that I am not
15  related to any of the parties to this
16  action by blood or marriage and that I
17  am in no way interested in the outcome
18  of this matter.
19          In witness whereof, I have
20  hereunto set my hand this 2nd day of
21  April, 2021.
22
23  _____
            MARY F. BOWMAN, RPR, CRR
24
25

Transcript of Howan Kwok
Conducted on April 1, 2021

49

**A**

**aaron**
35:6, 35:22,
35:23, 36:2,
36:7, 36:9,
36:10, 36:13,
36:16, 36:21,
37:5
**ability**
5:17, 15:5,
15:11, 34:12,
35:3
**able**
17:11, 24:10,
34:16, 37:3,
39:10, 39:13,
52:22, 53:1,
57:3, 82:11,
93:18, 122:3,
134:11, 137:4,
137:7, 158:5,
158:10, 158:21,
179:20
**absolutely**
106:18, 154:2,
160:8, 162:11
**abuse**
86:25, 180:4
**accepting**
24:23, 30:7,
30:22, 31:6,
31:15, 74:19
**accompany**
134:10
**according**
33:18, 178:16
**account**
36:24, 36:25,
57:11, 65:20,
65:23, 66:5,
99:4, 104:7,
104:19, 146:20,
151:6, 185:13
**accountant**
38:25, 44:1
**accounting**
43:15, 43:18

**accounts**
50:24, 185:13
**accurate**
6:22, 7:5,
15:7, 66:12,
74:6, 171:12,
171:20
**accurately**
15:12, 126:10
**accusation**
131:16, 132:18
**accused**
108:1, 112:1,
112:6
**accusing**
110:4
**acknowledge**
5:5, 13:4
**acknowledged**
144:22, 169:21
**acknowledging**
41:13
**acquaintance**
107:13
**act**
147:2
**acted**
157:21, 183:12
**acting**
39:17, 93:25
**action**
15:22, 190:17
**active**
14:7
**activities**
91:25, 116:5
**activity**
159:19
**actual**
114:23, 141:13
**actually**
9:8, 34:9,
35:22, 57:25,
58:15, 59:18,
60:18, 66:2,
73:21, 84:19,
86:5, 86:9,
86:22, 88:13,

90:23, 94:12,
96:20, 98:15,
101:20, 106:4,
110:11, 111:1,
111:2, 115:2,
115:8, 116:22,
122:11, 128:12,
132:3, 133:12,
140:3, 145:18,
148:3, 148:14,
153:7, 156:9,
160:7, 161:9,
167:4, 168:20,
169:6, 170:18,
173:23, 178:25,
180:6, 182:24,
183:5, 183:6,
186:12
**adding**
18:12
**address**
8:10, 104:20
**addresses**
66:2
**addressing**
75:7
**administer**
4:16
**admissibility**
5:8
**admit**
122:4
**advice**
12:7, 12:13,
12:19, 13:20,
24:18, 24:24,
30:2, 30:8,
30:18, 30:23,
31:2, 31:7,
31:11, 31:16,
37:6, 37:11,
37:25, 38:6,
38:13, 38:18,
40:3, 40:17,
41:4, 42:1,
42:12, 44:11,
44:25, 45:10,
45:22, 46:9,

46:19, 48:10,
49:15, 50:4,
67:12, 69:14,
72:23, 74:7,
75:16, 75:24,
76:12, 76:22,
90:1, 91:4,
118:4, 119:8,
119:13, 119:23,
120:8, 120:14,
130:7, 159:14,
159:20, 161:20,
162:21, 163:3,
169:15, 171:13,
171:23, 181:10,
183:19, 185:7,
185:16
**advise**
153:4
**advising**
122:3
**affects**
126:12
**affiliated**
31:18, 55:22,
104:8, 107:10,
155:10
**affirm**
5:14
**afield**
83:14
**after**
21:14, 44:7,
53:14, 92:2,
92:3, 95:1,
97:19, 104:16,
111:4, 111:8,
116:13, 145:13
**afterward**
87:11
**afterwards**
148:11
**again**
9:23, 20:7,
26:22, 28:16,
45:22, 46:1,
49:7, 59:21,
103:21, 112:22,

Transcript of Howan Kwok
Conducted on April 1, 2021

50

113:24, 123:8,
134:23, 143:24,
163:24, 164:8,
167:7
**against**
6:11, 15:25,
30:11, 49:11,
52:6, 52:10,
53:23, 53:24,
53:25, 103:19,
107:2, 120:4,
151:12, 151:13,
151:14, 151:15,
151:16, 151:17,
155:23, 169:20,
170:14, 170:15,
174:14, 174:22,
175:10, 176:15,
178:10
**ago**
59:5, 59:11,
105:14
**agree**
79:11, 84:5,
88:17, 93:8,
163:22
**agreed**
4:4, 4:9, 4:14
**agreeing**
75:9
**agreement**
25:14, 25:20,
36:1, 36:12,
48:2, 48:5,
49:4, 119:4
**agreement-**
51:16
**agreements**
38:11
**ahead**
72:4, 85:17,
160:13
**aired**
99:23
**alcohol**
15:10, 115:4
**alias**
160:2

**alien**
10:4
**all**
4:9, 11:19,
25:25, 26:13,
43:7, 44:23,
51:7, 53:24,
54:13, 55:7,
56:22, 64:24,
68:15, 68:20,
71:2, 74:4,
77:20, 78:1,
78:2, 78:7,
78:11, 78:15,
91:20, 94:9,
94:18, 94:25,
95:9, 95:23,
96:2, 96:11,
97:3, 97:6,
97:11, 98:10,
99:11, 99:19,
101:21, 108:14,
109:3, 109:14,
110:5, 110:20,
112:25, 113:16,
113:21, 114:8,
114:12, 115:8,
118:21, 120:20,
123:22, 133:7,
133:24, 134:18,
135:3, 141:4,
144:21, 145:5,
145:10, 145:12,
145:18, 146:3,
146:24, 153:6,
154:24, 156:15,
163:11, 163:22,
168:6, 168:8,
168:10, 168:14,
168:15, 169:9,
169:11, 171:7,
172:6, 182:7,
182:15, 182:23,
183:3, 183:7,
186:23
**allegation**
110:12, 132:18,
135:3, 149:23,

150:3
**allegations**
112:19
**alleged**
97:18
**alliance**
8:3, 14:21,
47:11, 48:8,
93:20, 93:22
**allow**
123:7, 137:2,
138:11
**allowed**
62:20
**along**
26:1, 165:23
**alphabet**
17:9, 17:10
**already**
44:16, 65:10,
65:11, 86:20,
100:9, 100:25,
110:4, 118:13,
135:24, 147:1,
164:11, 164:14,
183:25
**also**
3:18, 13:7,
14:20, 54:15,
57:10, 57:14,
77:25, 78:5,
81:2, 81:11,
81:12, 87:1,
87:22, 91:16,
91:25, 92:16,
93:1, 93:3,
93:11, 93:15,
94:20, 95:5,
95:16, 95:22,
96:10, 97:2,
97:9, 99:3,
101:19, 110:6,
110:8, 110:13,
110:17, 113:5,
113:11, 113:19,
113:25, 114:7,
116:6, 116:9,
116:11, 122:15,

130:14, 132:7,
132:23, 134:15,
142:7, 145:8,
146:7, 149:23,
152:7, 153:12,
153:13, 161:13,
170:21, 170:22,
175:20, 181:25,
182:1, 182:3,
182:9, 182:15,
182:17
**altogether**
94:4
**always**
12:1, 59:22,
88:5, 148:23,
167:21
**amended**
19:2, 19:7,
132:4, 188:7
**amendment**
12:10, 12:22,
13:10, 24:21,
27:18, 27:24,
28:13, 28:23,
29:3, 29:9,
30:5, 30:21,
31:5, 31:14,
37:9, 38:3,
38:16, 39:22,
40:6, 40:20,
41:7, 41:17,
42:5, 42:15,
44:14, 45:3,
45:13, 45:25,
46:12, 46:22,
48:13, 49:18,
50:7, 50:11,
50:14, 50:19,
67:15, 67:21,
67:25, 74:10,
74:20, 74:24,
75:4, 75:6,
75:19, 76:2,
76:15, 76:25,
79:18, 90:4,
90:11, 90:20,
91:7, 118:7,

119:11, 119:16,
120:1, 120:11,
120:17, 130:10,
153:5, 159:17,
159:23, 161:23,
162:2, 162:3,
162:24, 163:6,
169:18, 171:16,
172:1, 181:13,
184:6, 185:10,
185:19, 187:4
**america**
134:6
**amongst**
98:25
**amount**
93:7, 96:21,
114:2, 114:4,
131:2, 146:17,
153:9, 167:8
**amounts**
185:2
**another**
34:9, 46:1,
62:3, 83:20,
93:13, 94:6,
105:19, 136:12,
154:14, 170:10
**answered**
69:2, 109:23,
109:25, 147:8,
147:9, 147:18
**answering**
16:7, 16:16,
35:11, 68:18,
96:6, 126:9,
138:6, 147:10,
147:20, 147:22,
156:8, 170:16,
171:1
**answers**
6:15, 7:3,
15:7, 124:22,
125:1, 125:16,
136:17, 137:3,
140:8, 145:6,
181:16, 183:2,
189:4

**anti-ccp**
91:25
**anti-chinese**
91:22, 116:4
**anticipation**
103:8
**anybody**
20:17, 20:20,
20:23, 21:19,
63:7, 77:6,
80:25, 81:15,
103:4, 105:6,
105:21, 105:24,
112:1, 112:5,
155:7, 155:10,
181:2
**anybody's**
34:24
**anymore**
74:17, 98:11,
98:12
**anyone**
20:25, 31:18,
57:1, 63:3,
63:5, 65:12,
80:22, 151:6,
173:4
**anything**
52:12, 52:21,
52:22, 54:4,
58:19, 70:9,
70:11, 75:8,
75:10, 78:13,
83:15, 84:17,
94:15, 109:19,
117:24, 120:19,
134:9, 140:14,
142:9, 143:1,
143:25, 144:3,
144:5, 153:3,
157:19, 165:10,
175:9
**anyway**
55:11, 145:17
**anywhere**
129:12, 129:19
**apologize**
81:7

**app**
61:21
**appear**
72:1, 112:19,
143:23
**appearance**
36:7, 158:11
**appearances**
3:1
**appeared**
111:12, 111:18,
113:4, 145:18,
156:23
**appearing**
20:11, 125:16
**apple**
59:8, 105:9,
105:11
**application**
11:8, 11:9,
11:11, 47:2,
66:11, 66:17,
66:19, 67:2,
67:19, 67:23,
68:4, 68:8,
68:21, 68:25,
69:5, 69:18,
71:23, 72:5
**apply**
67:6, 68:11
**appreciate**
19:14
**appropriate**
10:14, 148:15
**approximately**
65:8
**april**
1:13, 2:4,
92:11, 92:19,
108:14, 110:2,
179:5, 179:10,
190:22
**arabic**
22:25
**arena**
13:11
**around**
14:16, 60:11,

91:12, 99:10,
101:15, 123:21,
129:25
**arranged**
51:7, 64:18,
65:4
**arrangement**
55:9, 119:18
**arrest**
14:7, 78:6
**arrested**
15:18, 57:17,
57:22, 66:20,
95:2, 116:13,
116:14
**arrived**
173:24, 174:10
**article**
160:10, 160:16,
160:22
**articles**
161:10, 161:16
**ascertain**
146:5
**asked**
39:23, 70:3,
72:12, 86:14,
91:25, 126:7,
132:3, 132:7,
137:5, 144:12,
147:7, 147:9,
153:20, 166:3
**asking**
8:16, 16:22,
17:19, 43:4,
69:25, 72:7,
77:17, 77:20,
78:10, 85:13,
131:2, 131:19,
132:20, 136:20,
140:5, 141:21,
147:25, 149:9,
157:22, 166:22,
169:8, 183:1,
183:23, 184:21
**asks**
135:11
**assault**
110:23, 112:2,

112:6
**assembled**
142:12
**assessment**
69:12
**asset**
130:22, 146:2
**asset-related**
79:24, 118:10
**assets**
50:2, 50:9,
75:15, 79:21,
130:7, 130:12,
146:20, 153:3,
160:19
**assist**
21:19, 64:2,
102:20, 122:3
**associated**
65:21, 66:5,
105:11
**assuming**
81:4, 166:5
**asylum**
11:9, 11:11,
47:3, 66:12,
66:17, 67:2,
67:6, 67:20,
67:24, 68:4,
68:8, 68:11,
68:21, 69:5,
69:18, 71:23,
72:5
**at&t**
61:4
**attack**
95:8, 95:24,
96:2, 97:21,
98:2, 101:10
**attacked**
184:19
**attacking**
94:9, 98:1,
108:16, 131:4,
184:18
**attacks**
101:7, 113:16
**attempt**
102:9

**attempted**
102:14
**attempting**
102:21
**attorney**
13:9, 16:6,
16:11, 16:14,
19:13, 19:16,
20:8, 20:18,
25:3, 25:5,
26:9, 26:23,
27:22, 28:16,
28:19, 29:17,
31:22, 31:24,
35:6, 36:6,
36:16, 36:20,
37:4, 41:9,
41:12, 45:14,
46:2, 48:4,
48:20, 52:2,
68:23, 69:8,
69:10, 69:21,
69:24, 70:7,
70:11, 71:17,
71:19, 73:1,
73:6, 73:8,
90:15, 90:18,
90:21, 101:16,
103:13, 103:15,
103:23, 103:25,
122:7, 123:4,
139:1, 139:7,
143:2, 144:1,
152:3, 152:25,
156:3, 156:6,
158:11, 158:13,
158:17, 158:20,
159:19, 162:7,
162:17, 163:14,
163:16, 164:1,
164:2, 164:5,
164:10, 164:23,
165:5, 165:9,
165:11, 166:7,
166:11, 166:18,
167:24, 168:1
**attorney's**
12:13, 13:20,

24:23, 30:7,
30:22, 31:6,
31:15, 37:11,
38:18
**attorneys**
3:4, 3:12, 4:4,
47:14, 48:17,
80:23, 102:20,
143:3, 143:8,
143:25, 147:6,
179:7, 179:21,
179:25, 186:9
**audio**
81:22
**audit**
40:24
**august**
97:24, 99:10,
100:11, 100:14,
101:6, 101:14,
103:19, 104:15,
104:16, 107:2,
108:15, 160:17,
183:8
**authorities**
47:2, 70:15,
73:18, 73:23
**authority**
40:25, 45:8
**authorized**
4:16, 176:22,
181:2
**avenue**
180:10
**aware**
15:24, 30:10,
30:13, 36:6,
38:8, 43:11,
47:9, 104:12,
132:2, 132:7,
139:7, 160:9,
172:12, 178:9,
178:18, 179:4,
180:5
**awareness**
103:7
**away**
93:10, 98:10,

129:21

**B**

**b-a-o-s-h-e-n-g**
178:11
**back**
6:15, 60:25,
79:25, 89:1,
89:7, 107:21,
119:7, 125:4,
127:22, 131:9,
133:8, 134:7,
141:23, 183:10
**background**
21:25, 92:20
**bad**
115:11
**baker**
47:6, 47:25
**baltimore**
63:16
**banging**
168:21
**bank**
36:24, 50:24,
57:11, 57:12,
97:9
**bannon**
82:3, 82:12,
82:15, 82:17,
82:22, 83:7,
83:10, 83:24,
84:17, 85:5,
85:6, 85:11,
85:20, 87:25,
88:19, 89:10
**baosheng**
8:3, 14:19,
178:11, 183:11,
183:14, 183:24,
184:14, 184:16,
184:24, 185:1,
185:5, 185:14,
185:21, 186:1,
186:11
**baotang**
151:15, 152:17
**bar**
106:11

Transcript of Howan Kwok
Conducted on April 1, 2021

53

**based**
5:9, 46:2,
57:7, 72:17,
90:14, 103:12,
130:15, 130:20,
153:11
**basic**
57:19
**basically**
98:3
**basis**
45:15, 75:1,
84:10, 162:16
**bates**
160:10, 171:10
**bathroom**
101:25, 102:6,
154:13
**bearing**
88:13, 132:25
**because**
6:15, 9:7,
9:13, 9:14,
16:17, 17:6,
18:10, 20:12,
24:11, 25:25,
26:7, 32:2,
34:4, 34:11,
36:23, 53:14,
53:22, 54:15,
55:11, 56:15,
58:19, 59:21,
77:16, 77:19,
77:25, 86:11,
86:19, 93:15,
94:18, 96:11,
98:1, 98:10,
99:15, 99:22,
107:23, 109:25,
112:12, 113:3,
113:13, 114:4,
115:25, 118:18,
128:19, 129:2,
129:10, 129:11,
129:20, 131:8,
132:11, 132:17,
133:7, 139:20,
145:19, 148:5,

149:22, 150:19,
150:25, 153:25,
154:4, 154:9,
156:9, 158:22,
164:21, 165:18,
166:17, 168:11,
174:9, 177:13,
177:18
**been**
6:3, 9:14,
11:19, 12:1,
13:23, 14:1,
14:4, 15:14,
15:17, 20:12,
40:23, 57:8,
57:18, 62:12,
66:19, 79:18,
79:20, 84:14,
85:12, 86:12,
87:9, 91:2,
95:2, 96:3,
96:20, 97:6,
100:25, 110:3,
110:4, 111:7,
111:19, 111:25,
113:4, 113:5,
113:18, 113:21,
114:12, 116:12,
116:13, 118:13,
120:6, 122:22,
124:12, 133:25,
134:1, 135:24,
138:7, 147:1,
149:14, 153:18,
154:12, 154:14,
174:4
**before**
2:9, 4:15,
4:18, 8:5, 8:6,
11:13, 15:1,
16:21, 17:16,
17:19, 17:22,
20:11, 22:22,
23:3, 24:7,
24:12, 24:13,
25:7, 29:1,
44:7, 55:14,
56:6, 59:2,

95:3, 96:21,
97:5, 99:24,
106:3, 107:5,
107:21, 107:25,
108:1, 108:6,
108:8, 127:6,
128:11, 149:15,
154:16, 163:9,
183:17, 187:12
**begin**
127:12
**beginning**
134:14, 182:8
**begins**
22:8
**behalf**
30:14, 30:17,
36:8, 37:2,
37:5, 39:3,
39:8, 47:18,
51:5, 70:5,
168:18, 173:4,
179:8
**behavior**
96:23
**being**
12:16, 13:21,
20:21, 20:24,
21:3, 57:14,
78:4, 78:5,
95:5, 98:1,
99:17, 100:7,
103:12, 108:1,
110:4, 110:12,
113:20, 115:19,
144:12, 147:19,
148:1, 148:8,
149:22, 167:20,
171:21, 173:5,
176:12
**bejing**
92:20, 93:4,
182:4
**believe**
24:2, 28:17,
37:20, 111:14,
127:16, 178:4,
178:22

**benefit**
173:19
**benefited**
174:2
**beside**
33:23
**best**
5:17, 19:5,
34:16, 35:3,
41:3
**bethesda**
3:14
**betraying**
108:3
**better**
116:3, 116:4
**between**
4:4, 6:22,
13:15, 13:17,
17:12, 20:13,
25:17, 32:3,
55:9, 100:10,
144:6, 144:15,
156:9, 156:10,
157:14, 166:23,
167:9, 173:12,
173:24, 175:1,
177:1, 182:2,
185:25, 186:10
**beyond**
79:24
**bhattacharya**
3:11
**biden's**
34:20
**big**
182:14
**bill**
51:11, 56:5,
62:21
**billion**
108:4, 130:21,
146:2, 146:19,
159:25, 160:19
**billionaire**
162:20
**bills**
29:12, 29:17,

36:17, 36:20,
37:15, 40:2,
47:17, 47:20,
47:23, 48:7,
49:10, 49:14,
51:2, 51:12,
51:14, 51:18
**bit**
75:7
**black**
134:18
**blood**
190:17
**blown**
154:8
**board**
186:15
**boarder**
127:5
**boat**
81:12, 81:15,
81:18, 82:1,
82:3, 88:21
**border**
72:25
**borderline**
126:24
**borrow**
119:12
**borrowed**
119:3, 120:12
**borrowing**
119:5, 119:18
**boss**
138:18, 146:11
**bottom**
125:3
**bowman**
1:16, 2:9,
190:5, 190:25
**box**
129:11, 129:14
**boyfriend**
81:8
**break**
7:7, 59:1,
66:8, 102:7,
154:14, 155:3,

155:6, 163:9
**breaks**
105:20, 105:21,
105:24
**bribed**
78:4, 78:5
**brief**
121:11
**briefly**
17:4, 107:7
**bringing**
112:13
**broadcast**
21:5, 21:10,
65:3, 129:12
**broadcasting**
12:3, 12:4,
21:2, 21:11,
111:4, 111:5,
129:11, 129:14,
186:15
**broidy**
78:5
**brought**
61:17, 101:11,
111:3, 111:8,
111:11, 111:15,
112:14, 113:5,
146:14, 146:15,
153:22
**building**
81:3
**bunch**
83:16
**business**
83:6, 93:6,
96:24, 97:16,
115:19, 184:17
**businessmen**
96:16
**buy**
76:8

---
**C**
---

**cable**
180:9
**cabling**
129:6

**calculating**
151:9
**calendar**
181:6
**call**
34:10, 62:2,
63:5, 63:7,
64:12, 84:4,
84:16, 86:23,
87:19, 89:10,
89:11, 89:16,
108:10, 108:25,
109:7, 144:25,
145:2, 145:5,
146:4, 156:1
**called**
6:2, 92:14,
94:7, 109:6,
128:24, 129:11,
151:4
**calling**
79:4, 108:17,
109:4, 110:3,
110:8, 132:19,
134:5, 134:8,
134:18, 144:19,
149:14, 182:11,
182:12
**calls**
84:3, 84:16,
84:21, 84:24,
84:25, 85:7,
85:13, 85:16,
89:14
**came**
115:18, 131:13,
141:7, 142:6,
147:25, 151:11,
151:25, 163:14,
165:11, 165:13,
166:10, 167:25
**camera**
60:9, 60:14,
79:9
**campaign**
91:23
**can't**
6:16, 7:20,

12:11, 12:23,
17:6, 20:11,
23:13, 35:4,
35:23, 50:17,
61:1, 69:9,
73:7, 74:25,
77:13, 77:24,
82:2, 83:17,
136:5, 138:5,
139:21, 150:21,
162:8, 162:13,
164:9, 166:14,
167:22, 168:24
**canada**
93:21
**cannot**
13:12, 25:18,
27:9, 27:10,
32:3, 35:24,
36:15, 43:19,
52:20, 56:7,
56:21, 101:5,
101:13, 102:5,
104:11, 107:9,
109:5, 111:1,
113:1, 117:3,
117:6, 117:7,
122:11, 122:14,
123:11, 123:13,
123:18, 124:19,
125:7, 125:8,
125:21, 125:23,
141:4, 144:7,
150:17, 150:19,
154:21, 163:20,
167:10, 174:8,
177:10, 179:6,
186:22
**capable**
132:22
**capacity**
13:13, 27:7,
30:1
**capture**
61:9, 61:14,
61:23
**card**
9:25, 10:22,

Transcript of Howan Kwok
Conducted on April 1, 2021 55

| | | | |
|---|---|---|---|
| 11:14, 11:25 | 174:21, 174:25, | 88:5, 95:7, | 181:18, 183:1, |
| **care** | 175:22, 175:23, | 114:18, 114:24, | 183:9 |
| 110:19, 126:18, | 176:5, 176:16, | 116:1, 129:22 | **changed** |
| 127:10, 148:23 | 177:12, 177:14, | **ccp's** | 9:15, 98:2 |
| **careful** | 178:14, 178:16, | 53:22, 78:1 | **changes** |
| 55:7 | 179:4, 179:21, | **cell** | 183:3 |
| **carrier** | 179:23, 180:3, | 59:6, 59:7, | **changing** |
| 60:13, 60:24 | 183:22, 184:12 | 61:14, 62:7, | 94:4, 182:6 |
| **case** | **cases** | 62:18, 62:21, | **chao** |
| 8:4, 13:5, | 8:1, 14:11, | 97:5, 97:7, | 91:19 |
| 14:20, 15:2, | 14:17, 14:19, | 97:22, 98:2, | **character** |
| 16:21, 16:24, | 14:23, 78:3, | 98:4, 98:6, | 9:9 |
| 16:25, 17:1, | 153:7, 154:17, | 98:8, 98:9, | **charged** |
| 17:2, 21:4, | 154:20, 154:24, | 98:15, 98:16, | 15:18, 66:20 |
| 26:19, 27:4, | 163:10, 163:11, | 98:18, 98:25, | **check** |
| 36:8, 37:19, | 167:6, 168:6, | 99:1, 99:16, | 58:16, 58:21, |
| 43:9, 47:15, | 168:9, 168:17, | 100:2, 100:3, | 88:4, 98:23, |
| 47:18, 47:21, | 168:22, 168:24, | 100:6, 100:7, | 179:12, 180:8, |
| 48:1, 48:5, | 169:6, 169:9, | 100:8, 104:10, | 180:12, 180:17, |
| 77:18, 77:21, | 169:11, 172:14, | 104:14, 104:16, | 180:23, 185:1 |
| 78:14, 80:18, | 172:15, 172:25, | 104:23, 104:24, | **checks** |
| 80:21, 80:22, | 180:1 | 105:3, 105:7, | 181:3 |
| 81:5, 81:9, | **caught** | 113:20, 128:9, | **chen** |
| 83:15, 83:22, | 100:21 | 128:10 | 152:7 |
| 84:18, 86:13, | **cause** | **cellular** | **cheng** |
| 87:3, 87:17, | 150:7 | 60:3, 60:5 | 1:4, 6:10, |
| 93:5, 93:10, | **caused** | **centimeters** | 15:22, 30:10, |
| 96:19, 111:3, | 131:7, 132:11, | 60:25 | 31:19, 49:12, |
| 111:8, 111:10, | 136:4, 146:24, | **certain** | 51:25, 77:18, |
| 111:15, 111:17, | 149:4, 149:13, | 6:24, 43:11, | 78:14, 80:18, |
| 111:20, 111:22, | 149:21, 151:2, | 122:4, 125:15, | 82:15, 82:19, |
| 112:13, 112:14, | 151:5, 153:12, | 166:11, 166:12, | 86:13, 87:10, |
| 113:6, 113:8, | 153:16, 154:4, | 166:13 | 91:10, 92:7, |
| 113:18, 113:24, | 154:10 | **certainly** | 92:12, 92:13, |
| 114:13, 114:17, | **caution** | 74:22, 109:20 | 92:21, 92:25, |
| 120:4, 121:6, | 16:5, 20:7, | **certainty** | 93:5, 93:8, |
| 121:22, 123:4, | 25:4, 26:8, | 57:4 | 93:12, 93:19, |
| 126:3, 139:4, | 26:22, 28:15, | **certificate** | 94:3, 94:5, |
| 139:8, 142:23, | 31:24, 52:1, | 190:1 | 94:6, 94:12, |
| 143:12, 145:13, | 68:22, 69:20, | **certified** | 94:22, 95:6, |
| 146:14, 146:15, | 103:22, 122:6, | 2:10, 117:13, | 95:25, 96:12, |
| 147:5, 153:23, | 142:25, 143:24, | 190:6 | 96:16, 96:19, |
| 154:3, 155:11, | 151:21, 163:12, | **certify** | 96:23, 97:19, |
| 155:17, 170:25, | 173:22, 174:3 | 190:9, 190:15 | 97:25, 99:2, |
| 171:2, 171:4, | **ccp** | **chair** | 100:14, 101:4, |
| 171:6, 172:4, | 77:17, 77:20, | 21:24 | 103:19, 107:2, |
| 172:10, 172:17, | 77:23, 78:1, | **change** | 107:19, 107:24, |
| 173:5, 173:20, | 78:10, 78:15, | 19:20, 98:4, | 109:6, 110:3, |

110:7, 111:16,
112:12, 113:12,
113:14, 113:15,
114:18, 115:1,
115:17, 116:3,
116:8, 120:5,
120:21, 129:20,
129:23, 130:13,
130:17, 130:21,
131:12, 135:17,
140:2, 144:15,
144:17, 145:9,
145:15, 145:16,
146:1, 146:7,
146:9, 149:4,
149:13, 149:20,
149:24, 153:17,
155:22, 176:15,
177:1, 179:24,
181:22, 182:4,
182:10, 182:18,
184:17, 184:19
**cheng's**
124:2, 124:23,
130:12, 188:19,
189:5
**child**
34:13
**children**
80:5, 80:12,
80:19, 87:4
**china**
9:10, 57:1,
57:17, 93:6,
94:25, 96:20,
96:25, 97:10,
109:4, 111:12,
115:2, 115:19,
115:20, 130:23,
130:24, 131:9,
133:1, 133:5,
133:8, 134:1,
134:7, 145:2,
146:5, 146:22,
150:1, 150:2,
160:17, 161:13,
182:22
**chinese**
12:4, 18:10,

53:23, 56:23,
57:4, 57:15,
58:10, 65:25,
82:24, 83:4,
86:16, 92:16,
93:9, 93:16,
94:1, 94:13,
108:4, 110:19,
111:15, 115:12,
131:10, 131:11,
133:1, 133:2,
133:5, 133:9,
138:10, 150:6,
160:18, 161:15
**choose**
33:16
**chris**
48:18
**christopher**
101:16
**circle**
88:1
**circulated**
57:18, 58:2
**circumstances**
91:13
**civil**
22:16, 22:19,
188:10
**claim**
7:10, 29:8,
67:24, 102:11,
146:4, 146:6,
146:16, 146:17,
151:12, 151:13,
151:14, 151:15,
151:16, 155:22
**claimed**
27:17, 27:23,
28:12, 28:23,
29:2, 110:15,
144:18, 146:19
**claiming**
54:23, 54:25,
182:21
**claims**
39:7, 187:4
**clarification**
16:23, 19:15,

80:11, 81:23
**clarify**
8:5, 8:24,
16:9, 26:17,
35:18, 100:20,
101:19, 112:23,
116:6, 122:10,
125:7, 128:14,
139:20
**clarifying**
20:3
**class**
182:13
**cleaning**
81:3
**clear**
55:14, 112:1,
112:5, 147:2
**clearly**
14:24, 36:22,
139:21, 147:18
**client**
13:9, 16:6,
16:11, 16:14,
19:16, 20:8,
25:5, 26:9,
26:23, 28:16,
28:19, 31:22,
31:24, 32:3,
41:9, 41:12,
45:14, 46:2,
50:11, 52:2,
68:23, 69:8,
69:10, 69:21,
69:24, 70:7,
70:11, 73:1,
73:6, 73:8,
84:20, 90:15,
90:18, 90:21,
103:13, 103:15,
103:23, 103:25,
108:10, 108:25,
114:24, 122:7,
127:7, 130:4,
135:14, 136:11,
136:15, 143:2,
144:1, 152:3,
153:1, 162:7,

162:17, 163:14,
163:16, 164:1,
164:2, 164:5,
164:10, 164:23,
165:5, 165:9,
165:11, 166:7,
167:14, 167:24,
175:23
**client's**
138:14
**close**
19:10, 72:8,
118:18, 118:20,
154:8
**closed**
179:4
**closer**
60:14
**clothes**
75:22, 76:18,
76:21, 87:13,
87:23
**coach**
70:1
**coaching**
70:2, 72:15,
72:16, 72:18,
164:7, 164:15,
164:17
**code**
41:24
**cohort**
94:13, 114:18
**collect**
88:7
**come**
28:18, 55:2,
61:11, 63:19,
71:9, 84:18,
116:7, 116:8,
116:15, 143:7,
147:17, 177:4,
179:22
**comes**
16:13, 103:25
**coming**
115:20, 129:22,
180:18

comment
161:11, 161:16
commit
75:3
committed
38:8, 41:15,
66:19, 67:3,
73:23, 73:25,
74:3, 74:12
common
82:23, 83:4
communicate
63:22, 64:8,
83:9, 179:25
communicated
173:12
communication
16:12, 16:14,
83:23, 83:25,
84:2, 90:15,
90:18, 103:13,
143:2, 144:15,
163:15, 164:1,
164:3, 164:6,
164:10, 166:14,
166:20, 176:17
communications
16:7, 19:16,
20:9, 25:6,
26:10, 26:23,
28:17, 28:20,
31:23, 31:25,
41:10, 45:7,
45:18, 52:2,
68:24, 69:9,
69:10, 69:21,
69:24, 70:7,
73:1, 73:8,
90:22, 92:3,
103:15, 103:23,
104:1, 105:23,
122:7, 144:1,
144:2, 152:1,
152:4, 164:23,
165:5, 165:9,
165:12, 166:23,
167:4
communist
12:4, 53:23,

56:23, 57:4,
57:9, 57:15,
65:25, 82:24,
83:4, 86:16,
91:22, 92:17,
111:16, 115:12,
116:5, 131:10,
131:11, 161:15
companies
12:2, 160:3,
160:5, 161:1,
161:3, 161:18
company
24:15, 24:17,
102:17, 122:4,
186:18, 186:19,
186:20
comparison
153:16
complaint
16:20, 17:5,
17:16, 17:19,
17:20, 17:22,
18:5, 103:19,
106:2, 106:23,
107:1, 107:22,
113:5, 113:22,
114:13, 121:2,
121:6, 121:18,
121:21, 132:5,
174:19, 183:12,
188:11, 188:12,
188:14
complaints
151:24
complete
136:17, 136:18,
137:3, 137:5,
137:7
completed
136:24
completely
72:10, 84:13,
89:2, 112:15
complicated
54:14
complies
60:10

computer
97:5, 97:7,
98:7, 98:13,
98:14, 128:5,
128:6, 128:22,
129:9, 129:15
concept
101:23
concern
148:23
concerning
156:9, 182:11
concluded
174:5
condition
126:12, 127:20
conditions
15:5, 126:8
conducted
148:14, 153:14
confer
7:9, 148:4,
148:7, 148:9,
148:11, 148:13
conference
79:14
confirming
58:13
confused
47:8, 99:22,
168:11
connect
64:22, 65:14,
129:8, 129:9
connected
64:24, 65:11,
129:1, 129:3,
129:4, 129:15
connecting
129:15
connection
47:2, 64:21,
67:1, 67:10,
67:19, 69:5,
69:17, 105:1,
172:15, 173:1,
178:14
consider
115:13, 115:14

consolidate
168:7
consolidated
168:7
conspired
114:19, 116:1
conspiring
94:13
constantly
108:22, 134:5,
136:3
constitution
12:10, 12:22,
24:22, 27:19,
27:25, 28:14,
28:24, 29:3,
30:6, 30:21,
31:5, 31:14,
37:10, 38:4,
38:17, 39:22,
40:6, 40:20,
41:8, 42:5,
42:15, 44:14,
45:3, 45:13,
46:1, 46:12,
46:22, 48:13,
49:18, 50:7,
67:16, 67:21,
74:10, 75:19,
76:2, 76:15,
76:25, 90:4,
91:7, 118:8,
119:11, 119:16,
120:1, 120:11,
120:17, 130:10,
159:17, 159:23,
161:23, 162:24,
163:6, 169:18,
171:16, 172:1,
181:13, 184:6,
185:10, 185:19
consultant
12:1, 150:10,
150:15, 150:16
consulting
43:18
contact
56:16, 56:17,

Transcript of Howan Kwok
Conducted on April 1, 2021

58

56:19, 79:6,
88:15, 96:20,
97:2
**contain**
18:1, 54:20
**contained**
54:8
**contains**
18:4
**content**
27:5, 181:25
**contents**
63:9, 64:5,
76:6, 182:9
**continue**
114:5, 135:12,
136:25, 137:16,
148:10, 148:24
**continued**
79:22
**control**
161:18, 186:3
**controlled**
161:14
**conversation**
63:10, 144:6
**conversations**
27:6, 114:10
**convicted**
15:15, 66:20
**cooperate**
93:8
**copies**
186:9
**copy**
52:9, 107:1,
137:14, 174:18
**corner**
61:2
**corporation**
169:14
**correct**
8:7, 11:14,
11:18, 30:24,
31:17, 39:24,
47:12, 55:16,
66:7, 66:12,
81:5, 81:6,

100:15, 105:15,
107:22, 111:22,
115:22, 117:11,
117:24, 125:22,
136:8, 167:11,
172:18, 175:24
**correctly**
169:2
**corruptions**
92:16
**cost**
131:5, 132:15,
132:16, 150:10,
150:11, 150:15
**could**
52:24, 62:2,
98:10, 98:11,
117:9, 117:23,
141:17, 157:8,
157:10, 157:12,
158:6, 164:25,
165:18
**counsel's**
16:8, 35:22,
49:3
**counselors**
51:9
**counsels**
154:25
**county**
190:4
**couple**
59:2
**course**
47:22, 56:24,
94:17, 117:20,
117:25, 125:14,
134:19, 139:9,
139:12, 139:16,
143:13, 144:5,
146:4, 146:21,
147:3, 151:8,
153:24, 153:25,
168:19, 176:4,
181:7
**court**
1:1, 4:18,
6:11, 14:12,

14:22, 15:1,
20:11, 52:10,
58:25, 79:4,
79:10, 141:17,
141:21, 155:23,
156:1, 157:17,
172:21, 174:16,
179:13, 180:8,
180:24, 184:21
**courtroom**
14:19
**courts**
160:20, 175:1
**crazy**
94:4
**created**
92:13, 92:15,
95:23, 114:9
**creating**
94:8, 101:10,
114:20
**crew**
81:18
**crews**
81:17
**crime**
12:17, 15:15,
15:18, 41:15,
66:19, 67:3,
68:5
**crimes**
38:8, 66:21,
75:2
**criminal**
93:5, 94:12,
96:23, 97:9,
132:20, 134:5,
156:2, 156:3,
156:5, 158:11,
158:13, 158:17,
158:20, 159:18,
159:19, 182:23
**crosstalk**
11:5, 40:16,
72:14, 95:14,
96:8, 109:13,
112:8, 133:16,
133:21, 134:21,

135:6, 136:9,
138:4, 138:16,
154:6, 165:3,
165:7, 166:2
**crr**
1:16, 190:25
**curious**
168:20, 168:23
**current**
12:2, 62:18
**currently**
35:5, 126:18,
128:7, 156:16,
157:2, 158:2,
174:25

---

**D**

**daily**
97:22, 97:23
**damage**
114:2, 131:19,
132:12, 132:21,
133:14, 134:20,
136:4, 136:6,
149:20, 150:11,
150:16, 151:1,
151:5, 151:7,
153:9, 153:16,
153:20, 153:21,
154:1, 154:3,
154:4
**damages**
132:8, 150:16
**danger**
88:10
**daniel**
23:9, 23:19,
32:6, 53:15,
178:4, 178:5
**data**
60:3, 60:5,
60:13, 102:10,
102:21, 102:25
**date**
19:4, 22:17,
79:22, 106:24,
121:4, 121:19,
123:1, 124:5,

Transcript of Howan Kwok
Conducted on April 1, 2021

59

124:25, 125:24,
171:21, 172:10
**daughter**
80:8, 87:4,
87:25
**day**
21:1, 32:19,
98:3, 98:5,
99:12, 99:14,
101:9, 111:6,
129:21, 129:24,
163:11, 163:23,
167:6, 168:10,
168:15, 168:22,
168:25, 169:7,
169:10, 169:12,
181:17, 187:12,
190:21
**days**
29:5, 98:3,
105:14
**dc**
91:20
**dead**
133:10
**deal**
108:3, 182:14
**dealing**
55:7
**dealt**
54:11
**death**
54:3, 150:6
**december**
23:11, 23:15,
24:4, 25:1
**deception**
114:8
**decide**
101:14, 167:5
**decided**
94:11, 101:3,
166:17, 166:25
**deciding**
51:25
**decision**
31:19, 163:18,
164:19

**declare**
93:24
**decline**
13:9, 130:8
**declines**
12:8, 12:20,
24:19, 30:3,
30:19, 31:3,
31:12, 37:7,
38:1, 38:14,
40:4, 40:18,
41:5, 42:3,
42:13, 44:12,
45:1, 45:11,
45:23, 46:10,
46:20, 48:11,
49:16, 50:5,
67:13, 74:8,
75:17, 75:25,
76:13, 76:23,
90:2, 91:5,
118:5, 119:9,
119:14, 119:24,
120:9, 120:15,
159:15, 159:21,
161:21, 162:22,
163:4, 169:16,
171:14, 171:24,
181:11, 184:3,
185:8, 185:17
**declining**
50:14
**deduction**
39:8
**defamation**
8:4, 14:19,
14:20, 113:13
**defame**
115:7
**defamed**
113:16, 132:18
**defaming**
182:10
**defendant**
1:8, 3:12,
22:14, 26:19,
121:17, 122:24,
123:25, 124:21,

188:8, 188:13,
188:15, 188:17,
189:3
**defense**
156:2, 156:3,
156:5, 158:11,
158:13, 158:17,
158:20, 159:18,
175:21
**definitely**
109:7, 125:10
**defrauded**
93:6, 96:16
**defrauding**
93:25, 96:24,
115:18, 115:19
**demand**
121:3, 121:6,
188:12
**democratic**
55:1
**denoting**
96:22
**deny**
122:4
**department**
10:6, 45:20,
78:3, 131:13,
132:24, 134:6,
135:13, 149:25,
182:20
**depict**
88:6
**deponent**
35:20
**deport**
134:7, 144:19,
182:22
**deported**
110:14, 110:18,
130:23, 131:9,
131:14, 149:25,
150:1, 150:4,
150:5
**deporting**
133:8
**deposed**
20:21, 20:24,

147:19, 148:1,
148:8
**deposit**
180:23, 181:3
**deposition**
1:12, 2:8,
4:14, 5:15,
7:16, 8:2,
14:11, 14:25,
19:3, 19:7,
19:12, 20:15,
20:18, 61:18,
61:20, 63:25,
64:3, 65:1,
72:11, 79:7,
79:22, 84:15,
87:6, 126:7,
128:8, 137:4,
148:10, 179:23,
187:2, 188:7,
190:11, 190:13
**describe**
88:6, 158:10
**describing**
96:22
**description**
188:6, 189:2
**desk**
21:25
**destroyed**
97:6, 100:24
**destruction**
101:11, 131:5,
132:15, 146:24,
149:13
**destructive**
114:7, 114:19,
114:21
**detail**
123:17
**determine**
10:21
**determined**
55:18
**device**
59:4, 65:2,
65:18, 89:13,
102:22, 128:7,

128:17, 128:18,
128:23, 128:24,
129:2, 129:13
**devices**
102:22, 128:5
**diagnosed**
127:19
**difference**
17:12
**different**
11:14, 16:17,
41:19, 118:16,
128:10, 159:2
**dime**
173:20
**ding**
91:18, 92:12,
92:19, 93:3,
113:11, 182:2
**dinner**
134:15
**direct**
10:17, 43:1,
92:3
**directed**
53:9
**directly**
51:18, 161:17
**director**
39:14
**directors**
39:19
**directs**
6:25
**disagree**
69:11
**disappeared**
57:17, 57:23,
95:3, 95:4,
116:13, 134:12,
145:14, 146:23
**disappointment**
120:18
**disclosures**
117:2, 122:25,
123:3, 188:16
**discontinuance**
172:13

**discontinued**
173:6, 173:8
**discourse**
6:22
**discovery**
170:12
**discuss**
82:14, 83:21
**discussed**
19:13, 20:13,
80:17, 80:21,
81:4, 81:9,
157:20, 160:9,
163:21, 165:18,
175:23, 176:5
**discusses**
159:24, 160:1
**discussing**
17:3, 178:6
**discussion**
163:19
**discussions**
166:11
**dishonesty**
15:15, 15:19
**dismiss**
173:19
**dismissed**
172:17, 174:7,
175:3
**displayed**
100:3, 100:6
**displaying**
106:21, 122:22
**dispose**
99:11, 103:2,
103:5
**disposed**
99:21, 100:12
**disruption**
154:10
**district**
1:1, 1:2, 6:11,
6:12, 155:23,
155:24, 169:25,
178:10, 180:24,
180:25
**docket**
178:16

**document**
3:19, 18:16,
18:25, 22:8,
22:13, 22:18,
22:21, 23:3,
24:6, 25:2,
32:23, 32:25,
33:2, 33:5,
33:11, 33:13,
33:17, 106:5,
106:15, 106:21,
106:22, 107:4,
112:25, 120:24,
121:1, 121:10,
121:14, 121:16,
121:23, 122:2,
122:10, 122:21,
122:23, 123:5,
123:8, 123:13,
123:16, 124:6,
124:7, 124:10,
124:14, 125:9,
125:17, 125:20,
126:16, 126:25,
128:3, 133:4,
133:7, 135:16,
135:22, 135:23,
135:25, 136:8,
136:21, 136:23,
137:1, 137:15,
137:24, 139:23,
140:2, 140:4,
141:1, 142:2,
159:24, 172:20,
172:24, 188:11
**documents**
20:14, 24:12,
42:25, 54:16,
54:17, 54:19,
54:24, 55:8,
96:22, 97:3,
97:4, 97:9,
97:10, 98:6,
98:17, 99:2,
99:6, 100:13,
100:24, 100:25,
101:2, 103:8,
103:18, 111:10,

120:20, 122:18,
123:10, 124:4,
125:11, 127:24,
128:1, 128:2,
132:25, 137:10,
139:2, 139:6,
139:8, 139:10,
139:17, 140:5,
140:7, 140:11,
140:24, 142:4,
142:8, 142:9,
142:11, 142:15,
142:22, 142:24,
143:11, 143:21,
144:9, 145:23,
147:5, 147:12,
147:16, 147:23,
148:17, 154:23,
178:14, 188:21
**doing**
21:2, 60:19,
61:11, 61:16,
61:23, 67:25,
84:14, 85:8,
85:23, 116:4,
117:15, 117:16,
136:16, 143:3,
151:10
**doj**
110:16, 110:17,
135:18, 135:24,
135:25, 140:3,
144:18, 182:21
**dollar**
132:13, 146:2,
178:17, 180:23,
181:8
**dollars**
93:2, 108:3,
115:6, 130:22,
131:3, 132:4,
146:18, 146:19,
147:1, 150:23,
159:25, 160:19,
173:17, 178:20,
178:23, 179:13,
179:18, 180:18,
182:5, 183:14,

183:16, 184:15,
184:24, 185:5
**done**
20:10, 53:24,
79:18, 81:24,
87:10, 110:20,
120:19, 145:10,
146:10, 151:25,
154:1
**door**
110:23
**down**
10:18, 12:3,
22:23, 23:1,
63:16, 123:11,
157:15
**downloading**
43:3
**downstairs**
54:23
**drinking**
76:5, 115:4
**drive**
3:5
**driver's**
10:1
**duly**
6:3, 190:12
**duplicated**
9:14
**during**
21:2, 94:24,
98:22, 98:24,
100:5, 100:9,
101:6, 105:21,
105:24, 134:15,
155:6

**E**

**e-mail**
65:20, 65:22,
65:23, 65:24,
66:2, 66:3,
66:5, 104:19,
105:2
**each**
6:16, 105:3,
108:5, 108:8,

154:21
**earlier**
14:10, 39:21,
89:17, 99:15,
126:7, 156:1,
178:6, 180:15
**easier**
148:20
**eastern**
169:13, 178:10,
180:24
**easy**
138:25
**education**
89:20
**effect**
4:17
**effort**
91:24
**efforts**
102:25
**eight**
81:17
**either**
9:18, 12:25,
13:12, 53:2,
74:19, 80:12,
80:18, 80:19,
97:17, 98:2,
107:4, 122:17,
142:10, 161:17,
177:22
**electronic**
107:1, 172:21,
174:25
**eliang**
151:16
**elicit**
72:25
**eliminating**
82:24, 83:4
**elliott**
78:4
**ellis**
179:10, 179:14
**else**
80:22, 82:6,
112:1

**emphasize**
112:23, 123:8
**emphasized**
108:6
**employed**
11:25, 32:7,
55:24, 91:2
**employee**
39:10, 91:17,
92:12, 93:14,
94:6, 96:14,
97:20, 97:25,
101:9, 108:13,
108:17, 109:3,
109:7, 110:17,
113:12, 114:9,
131:13, 132:24,
135:1, 135:2,
135:18, 144:17,
145:15, 146:8,
149:21, 149:24,
153:17, 181:22
**employees**
57:16, 57:21,
96:12
**employment**
12:2, 89:24
**empty**
65:10
**encouragement**
91:24
**end**
92:18, 110:1,
127:12
**endorse**
180:23
**enemy**
57:16, 78:2,
115:11, 115:13,
115:15
**engaged**
156:13, 156:16
**engaging**
148:4
**english**
5:15, 5:16,
6:19, 17:7,
17:8, 17:15,

17:21, 18:12,
34:5, 34:12,
47:8, 52:21,
52:22, 52:23,
78:24, 79:2,
107:5, 112:25,
113:1, 122:18,
123:8, 123:9,
128:20, 128:21
**enormous**
153:18
**enough**
85:19, 130:22,
133:12, 138:7,
138:25
**ensure**
6:21, 7:4,
120:20
**entered**
36:7
**entire**
88:2, 99:18
**entirely**
69:11, 172:10
**entitled**
106:22, 120:6,
160:17, 188:11
**entity**
57:9, 186:21
**entrepreneur**
171:11
**equivalent**
34:13
**erased**
134:11
**escape**
129:21
**esq**
3:7, 3:8, 3:15
**establish**
25:7, 93:21
**established**
71:17, 90:5,
148:16
**estimate**
157:23
**estimated**
136:5

ethnicity
158:19, 159:2,
159:8
evaluated
153:9, 153:11
evaluation
153:13
even
6:18, 52:25,
54:18, 65:25,
71:16, 78:21,
86:22, 100:23,
116:3, 146:18,
153:16, 156:19,
166:17, 172:10,
180:6, 182:13
event
182:6
ever
7:16, 11:21,
14:12, 32:24,
52:9, 52:12,
63:13, 65:23,
65:24, 66:3,
66:19, 69:16,
70:3, 91:2,
102:9, 102:16,
103:4, 105:6,
123:5, 138:21,
138:23, 161:17,
169:3, 180:17,
180:22
every
21:1, 24:11,
59:22, 98:3,
98:4, 101:9,
129:21, 129:24
everybody
55:22, 55:24
everyone
57:20
everything
65:10, 66:11,
184:9
evidence
96:15, 113:4,
113:18, 114:23,
144:16, 146:16,

147:2, 183:23,
185:25
exact
70:25
exactly
77:17, 77:22,
78:10, 88:4,
95:25, 96:1,
101:13, 109:5,
113:7, 142:19,
165:22, 177:9,
186:22
exam
188:2
examination
6:5
example
34:7, 34:19,
56:4, 87:13,
144:14, 144:16,
144:25, 145:25,
146:1, 151:3,
156:23
excellent
116:25, 139:13,
140:16
except
4:9
exception
42:19
excess
132:3
exchange
93:14, 173:5
excuse
114:22, 130:3,
133:17, 133:18,
133:19
executed
14:4, 24:3
exhibit
18:21, 18:23,
19:2, 19:8,
22:11, 22:14,
32:20, 33:14,
106:20, 106:22,
112:20, 112:24,
120:25, 121:2,

121:15, 121:17,
122:2, 122:22,
122:24, 123:23,
123:24, 123:25,
124:21, 127:22,
188:5, 188:7,
188:8, 188:11,
188:12, 188:13,
188:15, 188:17,
189:1, 189:3
exhibits
186:4, 186:10
exist
60:6
expect
164:18
expensive
92:22
explain
137:22
explaining
106:13
explanation
137:25
exploring
85:1
exposing
88:9
extends
164:2
extent
31:21, 69:22,
90:14, 90:17,
103:11, 103:24,
104:3, 122:8,
130:5, 130:11,
144:2, 151:22,
152:2, 153:2,
163:13, 163:25,
164:4, 166:8,
166:10, 167:7,
173:10

**F**

fabricated
66:1, 111:15,
132:25, 133:6
face
132:4, 156:23,

158:6
faces
158:7
fact
78:9, 78:20,
87:9, 91:15,
95:3, 97:1,
97:8, 97:22,
97:24, 98:21,
104:15, 110:9,
110:13, 111:19,
113:25, 114:16,
115:9, 154:14,
160:6, 169:5,
184:18
facts
122:5, 153:12
factual
94:18, 115:9
faith
131:1, 131:21,
132:21, 146:15,
147:2, 153:22,
154:2
false
46:7, 46:16,
46:25, 67:9,
71:5, 71:6,
73:9, 183:13
familiar
8:21, 15:21,
17:8, 23:8,
43:15, 47:5,
48:17, 111:17,
160:21, 177:2
family
66:18, 67:3,
77:7, 78:19,
86:15, 86:21,
87:4, 87:14,
101:8, 101:12,
114:7, 131:6,
182:11
family's
108:21, 131:8
far
57:13, 83:14,
105:20, 161:7

fatal
113:8
fathom
151:6
fear
108:23, 131:7,
131:15, 132:16,
150:7
february
154:18, 163:10
federal
12:18, 38:22,
40:10, 43:21,
44:10, 67:10
federally
9:18
fee
36:12, 48:1,
48:5, 49:4,
51:16
feel
86:11, 86:19,
88:11, 180:1
feeling
86:18
female
158:14, 158:23,
159:1
few
105:14, 105:20
fifth
12:9, 12:21,
13:10, 24:21,
27:18, 27:24,
28:13, 28:23,
29:2, 29:8,
30:5, 30:20,
31:4, 31:13,
37:9, 38:3,
38:16, 39:22,
40:5, 40:19,
41:7, 41:17,
42:4, 42:14,
44:13, 45:2,
45:12, 45:25,
46:11, 46:21,
48:12, 49:17,
50:6, 50:11,

50:13, 50:19,
67:14, 67:21,
67:24, 74:9,
74:20, 74:23,
75:3, 75:6,
75:18, 76:1,
76:14, 76:24,
79:17, 90:3,
90:11, 90:19,
91:6, 118:7,
118:13, 119:10,
119:15, 119:25,
120:10, 120:16,
130:10, 153:4,
159:17, 159:22,
161:22, 162:1,
162:3, 162:23,
163:5, 169:17,
171:15, 171:25,
180:10, 181:12,
184:5, 185:9,
185:18, 187:4
fifty-nine
170:11
figured
141:12
file
40:10, 42:25,
43:3, 44:4,
174:21
filed
15:24, 16:2,
16:21, 17:17,
17:19, 17:23,
43:23, 102:4,
106:3, 107:1,
107:5, 107:22,
121:21, 123:3,
154:17, 163:10,
163:11, 163:23,
167:6, 168:12,
168:17, 168:24,
169:7, 169:9,
169:11, 169:19,
171:21, 172:13,
172:20, 174:13,
178:9, 181:5
files
38:22

filibuster
134:24
filibustering
109:21, 109:22,
134:23, 136:19
filing
4:6, 168:22
filings
39:8
filling
66:14
filthy
134:9
finance
120:13
financial
43:18
financing
175:21
find
56:8, 58:17,
62:20, 78:12,
85:6, 101:2,
116:22, 116:23,
117:17, 140:24,
145:22, 160:7,
177:19, 177:21,
179:2, 179:20
finds
79:19
fine
102:1, 117:15,
154:11, 164:20
finished
95:20, 109:11,
127:16, 133:22,
133:23
fire
99:18
firm
37:14, 37:18,
37:24, 43:16,
43:18, 47:5,
47:15, 48:1,
49:5, 49:8,
49:10, 56:2,
101:17, 101:21,
102:3, 107:11,

120:19, 176:20
first
26:2, 36:21,
55:16, 80:3,
94:17, 101:3,
109:14, 124:3,
124:8, 124:23,
125:2, 152:6,
153:6, 169:3,
172:6, 188:20,
189:5
fiscal
42:11
fit
28:10
five
7:21, 14:11,
15:17, 40:23,
41:25, 157:4,
157:14
five-minute
102:6
fix
71:1
floor
22:3, 180:10
folks
180:15
follow
136:14
follows
6:4
force
4:17
forensic
102:17
form
4:10, 8:23,
9:17, 9:23,
10:4, 14:13,
18:2, 18:7,
23:12, 23:23,
24:8, 25:12,
25:16, 26:22,
27:8, 27:14,
27:20, 29:6,
29:14, 32:22,
33:25, 34:3,

Transcript of Howan Kwok
Conducted on April 1, 2021

64

34:17, 43:13,
44:5, 48:23,
49:2, 56:9,
56:13, 56:20,
57:24, 64:10,
66:14, 80:6,
87:15, 92:4,
104:9, 104:21,
107:15, 112:21,
115:23, 119:19,
129:4, 129:18,
138:1, 139:5,
139:15, 139:18,
140:18, 142:17,
143:18, 144:13,
145:24, 150:24,
154:19, 155:8,
156:7, 156:18,
158:15, 160:11,
160:12, 161:4,
172:23, 173:21,
173:22, 175:25,
180:3, 180:4,
180:19, 180:20,
186:6
**formal**
83:6
**formally**
5:3
**formed**
163:25
**forth**
54:21, 55:2,
93:24, 144:21,
157:23, 183:23,
190:12
**forward**
86:1, 111:4,
111:11, 111:15,
112:14, 113:6,
153:22
**forwarded**
133:25, 134:2
**found**
127:6, 177:13,
177:15, 177:18,
180:6
**foundation**
104:22, 107:16,

119:20
**four**
14:16, 147:8,
154:17, 163:10,
167:6, 168:9,
169:6, 169:9,
169:11
**frame**
112:17
**frank**
170:22
**fraud**
41:3, 45:9,
45:21, 73:24,
74:1, 74:3,
74:12
**fraudulent**
96:22
**free**
16:12, 122:9,
144:4, 152:4,
163:17, 164:6,
165:6, 166:9,
168:3, 173:13
**freedom**
92:14, 92:24,
94:21, 109:4
**freezing**
159:25
**friend**
87:5, 87:21
**friends**
54:25, 86:15,
86:21, 87:14
**front**
53:1, 105:17,
123:10, 123:16,
123:18, 128:12,
128:16
**frozen**
160:19
**fugitive**
160:18
**full**
101:8, 112:15,
131:1, 131:17,
132:17, 132:21,
159:4

**fully**
122:2
**function**
104:25, 129:7
**fund**
57:5
**fundamental**
71:21, 137:3
**funded**
56:23, 56:25
**funds**
51:2, 176:23
**funny**
39:17
**further**
4:8, 4:13,
11:4, 90:6,
157:15, 190:15

---
**G**
---

**g-e-t**
59:3
**g-e-t-e-e-r**
58:21, 58:23
**g-u-o**
8:21, 9:7,
16:3, 17:12,
18:5
**gang**
91:18, 92:12,
92:19, 93:3,
113:11, 182:2
**gauge**
149:12
**gauging**
150:13
**gave**
14:10, 70:1,
115:25, 116:2,
140:22, 141:6,
178:2, 183:14
**gavenman's**
51:16, 51:18,
158:6
**general**
7:1, 26:12,
26:15, 141:9,
142:10

**generally**
19:17, 19:21
**generate**
49:25
**gentleman**
173:16
**georgetown**
3:13
**geteer**
58:7, 58:11,
58:12, 58:22,
97:21, 101:1,
150:3
**getting**
51:2, 53:13,
72:8, 72:23,
78:11, 126:23,
173:20
**gift**
93:2
**gifting**
182:4
**gifts**
92:22
**girlfriend**
81:8
**girls**
54:23
**give**
5:15, 15:6,
43:2, 62:6,
68:20, 123:15,
134:20, 139:13,
139:17, 140:25,
142:12, 142:15,
155:1, 177:23,
178:1
**given**
9:12, 9:15,
11:22, 14:25,
93:1, 93:16,
115:5, 181:16,
190:14
**gives**
136:11
**giving**
96:21, 97:2,
136:16, 136:22

glass
76:6
go
11:3, 17:5,
51:18, 54:7,
54:13, 58:21,
63:16, 72:4,
79:8, 79:9,
79:11, 83:16,
84:6, 85:16,
85:25, 88:3,
88:25, 89:1,
89:4, 90:6,
93:10, 101:24,
118:18, 118:21,
122:20, 123:20,
124:20, 127:1,
135:22, 144:11,
145:22, 148:17,
154:8, 154:16,
160:13, 166:24,
185:4, 185:5
goal
82:23, 83:4
god
154:22
goes
166:23
going
7:3, 10:13,
10:16, 10:18,
22:7, 25:4,
26:21, 26:22,
28:15, 44:18,
53:22, 61:8,
62:4, 68:22,
69:19, 74:14,
74:16, 75:2,
79:23, 86:1,
86:3, 87:12,
90:6, 93:13,
106:5, 106:6,
109:16, 109:17,
134:7, 134:10,
134:11, 134:19,
148:19, 149:6,
149:8, 154:3,
154:12, 154:14,

164:24, 182:21,
187:1, 187:2
gone
88:18
good
6:7, 6:8,
117:20, 117:22,
131:1, 131:21,
132:21, 146:15,
147:2, 153:21,
159:6, 166:4,
167:19
google
136:2
gossipped
135:4
gotten
62:14
government
9:18, 12:18,
12:25, 44:10,
44:17, 67:11,
69:17, 74:5,
92:20, 93:9,
93:16, 94:1,
94:13, 110:19,
133:2, 133:5,
133:6, 133:9,
150:6
governors
186:16
grand
14:1
great
87:8, 88:10,
131:7, 154:2,
161:9, 165:19
groceries
76:8, 76:11
grounds
13:9, 13:10,
68:4
group
3:3, 52:13
grow
42:3
gtv
21:7, 58:7,

58:11, 58:22
guarantee
117:3, 117:6
guess
7:12, 66:12,
157:22
guests
81:19, 81:20,
81:25
guo
1:7, 8:3, 12:8,
12:20, 14:19,
22:18, 22:25,
23:7, 24:19,
30:3, 30:19,
31:3, 31:12,
37:7, 38:1,
38:14, 40:4,
40:18, 41:5,
42:13, 44:12,
44:20, 45:1,
45:11, 45:23,
46:10, 46:20,
48:11, 49:16,
50:5, 67:13,
70:22, 72:20,
73:4, 74:8,
74:11, 75:17,
75:25, 76:13,
76:23, 80:10,
90:2, 91:5,
96:4, 102:9,
106:25, 107:19,
107:24, 118:5,
119:9, 119:14,
119:24, 120:9,
120:15, 121:5,
123:2, 134:5,
159:15, 159:21,
160:18, 161:21,
161:24, 162:22,
163:4, 167:3,
169:16, 171:14,
171:24, 178:11,
180:9, 181:11,
183:12, 184:3,
184:15, 184:16,
184:24, 185:1,

185:6, 185:8,
185:14, 185:17,
185:21, 186:1,
186:11
guo's
12:19, 22:15,
24:18, 30:3,
30:18, 31:2,
31:11, 37:7,
38:1, 38:14,
40:3, 41:5,
42:2, 44:25,
45:10, 45:23,
46:9, 48:10,
49:15, 50:4,
67:13, 76:12,
90:1, 118:5,
121:18, 122:25,
124:1, 124:22,
185:16, 188:8,
188:13, 188:15,
188:17, 189:3
gust
118:19

| H |
| --- |

h-a-o-y-u-n
11:22
h-a-y-u-n
11:18
h-o-w-a-n
8:14, 9:22,
11:12, 11:16,
11:20, 16:4
ha
8:4, 14:20
hack
97:18
hacked
59:21, 59:22,
59:23, 59:24,
97:6, 97:22,
98:2, 99:1,
99:6, 99:16,
99:17, 100:2,
100:7, 100:9,
102:11
hacker
100:10

Transcript of Howan Kwok
Conducted on April 1, 2021                                      66

| | | | |
|---|---|---|---|
| **haitong** | **harmony** | **hereunto** | **hostetler** |
| 160:1, 160:25, | 93:23 | 190:21 | 47:6, 47:25 |
| 161:19, 162:2 | **hatred** | **higginbotham** | **hotel** |
| **hallowed** | 159:4 | 78:4 | 53:9, 81:2, |
| 157:18 | **hbo** | **highest** | 91:21, 93:18, |
| **hamlet** | 98:21, 99:23, | 89:19 | 129:23, 130:14 |
| 91:21 | 100:3 | **himself** | **hour** |
| **han** | **head** | 87:10, 93:12, | 170:10 |
| 91:19 | 182:20 | 101:9, 108:16, | **hours** |
| **hand** | **hear** | 135:18, 146:19, | 62:12, 154:13 |
| 59:5, 131:10, | 6:19, 8:9, | 153:18 | **howan** |
| 133:9, 190:21 | 8:13, 8:17, | **hire** | 1:12, 2:8, 6:1, |
| **handed** | 112:3, 138:13, | 101:16, 102:3 | 8:7, 9:22, |
| 140:19, 140:21, | 139:21, 154:11, | **hired** | 160:2, 187:9, |
| 177:15, 177:17, | 160:7, 164:24 | 155:20, 156:5, | 190:10 |
| 178:4 | **heard** | 156:11 | **however** |
| **handling** | 11:17, 143:1, | **hit** | 92:18, 100:24, |
| 96:19, 179:25 | 169:3 | 106:7 | 107:20, 140:1, |
| **hands** | **held** | **ho** | 173:3, 174:14 |
| 53:10, 59:14, | 2:8, 89:22, | 151:12, 152:8 | **human** |
| 178:21 | 90:10, 90:24 | **hold** | 93:21 |
| **hang** | **help** | 58:16, 60:13, | **hundred** |
| 39:16, 86:5, | 88:15, 93:12, | 86:4, 134:22, | 104:10, 115:5, |
| 99:13, 154:7 | 167:20 | 155:2 | 158:3, 158:7 |
| **happen** | **helped** | **holding** | **hundreds** |
| 166:12, 166:13 | 105:7 | 59:4, 179:7 | 93:7, 93:16, |
| **happened** | **helping** | **holthus** | 104:13, 134:3 |
| 28:2, 59:20, | 78:15 | 101:18 | **hurt** |
| 99:4, 179:17, | **here** | **home** | 78:16 |
| 184:9 | 19:6, 21:25, | 60:8, 60:17, | **hurting** |
| **happening** | 22:5, 22:6, | 60:19, 60:21, | 78:6 |
| 13:11, 61:25, | 28:11, 50:12, | 61:9 | |
| 100:10 | 58:19, 77:7, | **homeland** | **I** |
| **happy** | 79:18, 83:16, | 10:6 | **id** |
| 7:13, 84:9, | 99:12, 99:19, | **hong** | 105:11 |
| 85:25 | 107:24, 118:16, | 9:11, 9:13, | **idea** |
| **harassing** | 144:7, 147:3, | 96:16, 96:25, | 164:25, 165:19, |
| 62:9, 83:19, | 148:2, 150:17, | 97:1, 97:15, | 166:4, 166:18, |
| 84:8, 84:12, | 154:15, 156:23, | 149:14, 159:25, | 168:15, 169:12 |
| 126:24, 136:3 | 157:20, 179:23, | 160:19 | **identification** |
| **harassment** | 179:24, 184:1, | **hooligan** | 9:17, 9:21, |
| 88:19 | 184:4 | 77:19, 78:21, | 9:24, 10:5, |
| **harm** | **hereby** | 182:12 | 10:22, 19:3, |
| 78:17, 101:11, | 4:3, 4:7, 190:9 | **hooper** | 22:17, 106:23, |
| 146:25, 149:5, | **herein** | 3:19, 18:15, | 121:3, 121:19, |
| 149:10, 149:13, | 4:5 | 22:8, 42:24 | 123:1, 124:4, |
| 151:1, 153:11 | **hereinbefore** | **hope** | 124:25 |
| **harming** | 190:11 | 114:15 | **identify** |
| 108:7 | | | 39:10, 39:13, |

176:12
**ill-gotten**
115:20
**illegal**
168:25
**image**
128:23, 128:24
**imagine**
131:8
**imaging**
129:2
**immigrants**
71:11
**immigration**
10:8, 10:12,
10:19, 11:2,
11:4, 11:7,
47:1, 66:22,
70:15, 70:24,
71:22, 73:18,
73:22
**impair**
15:5, 15:11
**implicates**
153:2
**implications**
54:21
**impossible**
157:13
**imprisoned**
130:24
**incessantly**
101:10
**inches**
60:14
**include**
90:19, 181:8
**included**
43:11, 66:18,
113:18, 113:21,
114:12, 117:18
**includes**
113:25
**including**
15:10, 28:1,
66:21, 91:17,
96:25, 97:8,
101:8, 110:6,

113:19, 113:20,
122:15, 138:13
**income**
38:23, 40:14,
41:23, 42:9,
43:21, 44:24,
49:21, 57:6,
74:4, 75:7,
90:6, 153:4,
171:11, 181:5,
181:9
**incorrect**
172:22, 179:14
**incriminate**
68:5
**independent**
32:8
**index**
188:1, 188:5,
189:1
**indicated**
79:15, 80:4
**indicted**
13:23, 14:1
**individual**
30:1, 55:13,
178:5
**individually**
26:6
**information**
44:23, 46:7,
46:16, 47:1,
58:2, 66:1,
67:9, 68:18,
68:20, 69:4,
69:17, 70:14,
70:23, 73:17,
77:13, 77:23,
78:7, 78:12,
78:16, 79:6,
82:18, 87:7,
87:12, 88:5,
95:7, 95:8,
97:4, 111:11,
113:20, 115:21,
116:7, 116:8,
117:5, 117:18,
130:20, 145:7,

145:12, 145:21,
151:22, 162:8,
163:17, 167:24
**informed**
68:24
**informing**
70:10
**ingested**
15:9
**initial**
117:1, 122:25,
123:3, 188:15
**initiate**
176:23
**initiated**
176:19
**innuendoes**
54:20
**inquiry**
79:25
**inside**
54:3
**instead**
5:4
**instruct**
136:10
**instructed**
113:14
**instructing**
72:8, 162:15
**instruction**
70:8, 152:25,
167:13
**instructions**
136:15
**insult**
112:16, 113:13,
113:16, 114:6,
114:20, 115:7
**insulted**
108:7
**intelligence**
116:10
**intention**
131:18
**interest**
30:25, 119:17,
119:22

**interested**
190:18
**internal**
40:24, 41:24,
42:10, 45:19,
46:17, 95:7
**internet**
129:1, 129:3,
135:20
**interpol**
111:6
**interpret**
19:24, 80:3,
170:20, 184:9
**interpretation**
5:6, 5:14,
121:10, 121:11,
125:10
**interpreted**
6:20, 13:15,
73:13, 131:25,
170:4
**interpreter**
3:20, 5:3, 5:5,
5:18, 6:14,
13:14, 17:18,
19:23, 20:1,
28:3, 48:24,
56:10, 58:14,
62:23, 73:12,
80:2, 81:24,
95:15, 95:20,
96:9, 100:19,
106:13, 112:3,
118:25, 127:15,
128:13, 131:25,
139:19, 141:14,
141:19, 149:1,
151:18, 152:5,
152:9, 152:12,
152:15, 152:20,
159:12, 170:3,
170:19, 184:8,
186:17, 186:20,
186:24
**interpreting**
6:14, 62:24,
119:1, 127:16,

141:20
**interrogatories**
124:24, 125:2,
170:14, 170:17,
171:2, 189:6
**interrogatory**
140:8, 171:4,
171:8
**interview**
98:22, 98:23,
98:24, 100:4,
100:6, 130:16
**interviewed**
95:2, 98:22
**interviewing**
94:24
**interviews**
116:12
**introduced**
185:25, 186:10
**investigation**
41:2, 41:14
**invocation**
79:17, 162:1,
162:3
**invoke**
67:20, 90:11
**invoked**
39:21
**invoking**
12:9, 12:21,
24:20, 30:4,
30:20, 31:4,
31:13, 37:8,
38:2, 38:15,
40:5, 40:19,
41:6, 41:16,
42:4, 42:14,
44:13, 45:2,
45:12, 45:24,
46:11, 46:21,
48:12, 49:17,
50:6, 50:19,
67:14, 74:9,
74:23, 75:6,
75:18, 76:1,
76:14, 76:24,
90:3, 91:6,

118:6, 118:12,
119:10, 119:15,
119:25, 120:10,
120:16, 130:9,
159:16, 159:22,
161:22, 162:23,
163:5, 169:17,
171:15, 171:25,
181:12, 184:5,
185:9, 185:18
**involve**
32:2
**involved**
37:1, 53:22
**involving**
15:15, 15:18,
78:14, 182:9
**iphone**
105:9, 105:12
**irony**
153:24
**irrelevant**
27:3, 77:21,
84:14, 87:3,
87:16, 89:2,
180:3
**irresponsible**
34:24
**irresponsibly**
27:3
**issue**
50:12, 50:14,
71:1, 81:22
**issued**
9:18, 10:1,
10:5, 52:6,
111:7
**issues**
127:4, 187:3
**itself**
164:12, 164:15

**J**

**janover**
43:16
**japan**
93:20, 149:14
**jay**
3:7, 6:9,

10:10, 35:8,
50:17, 71:8,
136:14, 162:15,
167:19
**jeff**
12:23, 28:11,
34:10, 42:16,
50:8, 61:17,
69:25, 86:7,
118:9, 156:23,
156:24, 156:25,
167:17
**jeffrey**
3:15
**jersey**
2:11, 168:12,
190:2, 190:9
**jian**
91:19
**jianbin**
151:13
**jinping**
108:3, 182:15
**job**
1:17, 89:22,
89:25, 90:10,
90:24, 115:22,
115:24, 115:25,
116:2, 117:15,
117:17, 117:20,
117:22, 150:15,
150:16, 175:7
**jobs**
150:10, 150:21
**joining**
79:9
**joke**
157:19
**jolley**
101:17
**jonathan**
151:12, 152:6,
152:8
**judge**
79:15, 79:19,
86:23, 87:19,
88:14, 88:16,
88:22, 88:25,

114:17, 167:15,
179:10, 179:14
**judgment**
30:11, 30:13,
30:17, 52:6,
52:7, 52:10,
176:15, 181:9
**judgments**
175:22
**juliet**
3:19, 120:23,
123:21
**july**
101:6
**jumping**
123:21
**jun**
152:7
**june**
92:8, 99:25,
101:6, 108:14,
110:1
**junk**
89:3
**jury**
14:1, 121:2,
121:6, 188:12
**justice**
45:21, 78:4,
131:14, 132:25,
134:7, 135:14,
150:1

**K**

**k-w-o-k**
8:12, 8:14,
9:7, 11:12,
11:16, 16:4,
17:13, 18:1
**keep**
88:24, 99:19,
129:20, 130:1,
148:19, 150:5,
150:6, 157:22,
169:8
**kept**
108:17, 128:3,
135:2

kidnap
78:6
killer
132:19
killers
108:2
kind
21:15, 34:23,
53:24, 54:14,
55:7, 59:7,
64:10, 86:25,
87:1, 88:11,
93:21, 94:2,
96:1, 97:8,
108:23, 128:18,
131:15, 131:20,
133:13, 134:16,
134:18, 136:3,
144:16, 146:4,
146:24, 149:12,
150:2, 150:11,
150:13
kindness
134:14
knowingly
46:16, 67:9,
70:22, 73:16
knowledge
19:6, 41:3,
57:19, 71:2,
146:13
known
44:16, 88:14,
152:7, 169:10,
170:21, 170:22,
175:20
knows
71:6
kong
9:11, 9:13,
96:16, 96:25,
97:1, 97:15,
149:14, 159:25,
160:19
kwok
1:12, 2:8, 6:1,
6:7, 8:7, 8:18,
8:19, 11:7,

12:12, 13:8,
13:19, 16:6,
18:9, 18:13,
19:5, 19:11,
43:8, 50:21,
66:10, 75:11,
89:10, 127:23,
130:7, 160:2,
180:10, 187:9,
188:3, 190:10

**L**

lake
3:5
language
6:21, 17:15,
17:22, 54:20
large
96:21
las
3:6, 93:18,
130:14
last
8:9, 8:13,
8:17, 14:5,
15:14, 15:17,
18:12, 29:1,
29:5, 29:9,
40:23, 41:25,
89:7, 89:22,
89:24, 90:10,
125:22, 126:5,
126:15, 127:8,
127:22, 152:21,
155:6, 163:9
later
94:19, 99:15,
145:9, 145:12
law
33:18, 47:5,
47:15, 47:25,
49:5, 49:8,
49:10, 56:2,
66:22, 71:9,
71:12, 71:15,
101:17, 102:3,
107:11, 120:19
lawsuit
8:20, 8:24,

9:1, 15:24,
16:2, 27:13,
28:14, 29:10,
47:9, 47:12,
48:9, 49:11,
113:6, 113:9,
131:1, 169:19,
170:14, 175:9,
175:13, 175:16,
178:9, 183:10
lawsuits
28:22, 53:21,
82:18, 174:13
lawyer
6:24, 16:18,
23:20, 23:22,
25:10, 25:11,
26:11, 28:11,
34:21, 36:4,
36:9, 36:13,
51:15, 53:15,
55:25, 56:17,
59:21, 64:18,
65:4, 65:6,
78:21, 96:19,
97:11, 97:13,
110:2, 113:23,
116:9, 117:15,
117:16, 117:20,
117:21, 140:19,
140:22, 140:25,
141:6, 141:8,
141:11, 142:13,
142:16, 155:7,
155:17, 156:12,
156:14, 157:21,
165:20, 165:21,
166:24, 166:25,
167:2, 174:1,
178:2
lawyers
33:23, 34:2,
51:9, 64:24,
117:22, 127:25,
128:4, 153:14,
155:20, 156:13,
156:15, 156:21,
157:1, 158:3,

158:22, 159:1,
159:7, 159:9,
159:13, 163:22,
167:5, 176:17,
177:12, 177:16,
177:17, 177:24,
178:1
learn
167:17
least
14:11, 35:21,
78:19, 130:22,
150:14, 166:6,
170:10
left
59:16, 61:2,
94:5
legal
3:3, 52:13,
54:11, 55:10,
117:10, 117:14,
167:9, 173:11
let's
18:22, 62:10,
71:20, 89:4,
102:2, 120:23,
121:13, 122:20,
123:20, 124:20,
127:1, 155:3
lethal
113:8
letter
56:5, 135:13,
138:15
letters
17:12, 53:18,
53:19, 54:2,
54:3, 54:9,
61:2, 61:3
level
89:19
li
91:19
lian
91:19
liang
151:14, 152:16
liar
108:19, 109:5,

Transcript of Howan Kwok
Conducted on April 1, 2021                                    70

110:8, 144:20
**license**
10:1
**lieu**
5:2
**life**
77:22, 87:14,
87:24, 88:1,
88:2, 101:12,
116:3, 134:11,
142:8
**light**
157:19
**limited**
31:10, 38:9,
38:12, 39:1,
39:4, 39:7,
39:11, 39:14,
39:18, 39:24,
40:2, 40:14,
49:22, 49:25,
50:3, 50:23,
169:14, 176:2,
176:9
**line**
10:14, 79:10,
84:9, 86:17,
88:5, 88:8,
88:12, 88:18,
88:24, 95:9,
96:1
**lines**
165:23
**link**
43:2, 64:17,
65:13, 65:15,
65:17
**list**
57:8
**listed**
57:14
**listening**
138:7
**literally**
65:7, 65:13
**litigation**
28:5, 49:6,
80:17, 82:14,

88:23, 89:4,
103:9, 118:1,
118:24, 120:13,
120:20
**little**
99:22, 168:11
**live**
22:5, 22:6,
77:6, 77:10,
80:5, 80:12,
81:15, 82:3,
129:11, 129:13
**lived**
81:12, 81:18
**lives**
77:11
**living**
18:11, 88:20,
108:22
**llc**
3:11
**lobby**
54:23
**local**
22:16, 22:19,
188:10
**logan**
1:4, 6:10,
15:22, 124:2,
124:23, 188:19,
189:5
**long**
107:25, 138:7,
149:7, 149:8
**longest**
90:25
**look**
55:14, 111:19,
143:11, 143:14,
143:16, 143:22,
144:8, 144:11,
156:24, 168:7
**looked**
168:6
**looking**
60:23, 61:20,
111:24, 111:25,
160:14

**lose**
115:24
**losing**
115:22
**lost**
113:9, 113:21,
113:23, 153:25
**lot**
12:2, 54:19,
57:18, 87:6,
87:10, 92:1,
92:15, 94:23,
100:25, 113:3,
113:19, 130:16,
130:18, 146:22,
149:4, 149:16,
150:7, 150:8,
150:11
**lots**
57:16, 58:1,
66:1
**loud**
154:10
**low**
114:2, 114:4,
182:13
**lude**
91:17, 93:11,
94:3, 94:6,
94:16, 94:18,
94:20, 95:10,
96:3, 96:11,
110:6, 113:10,
114:11, 115:9,
115:22, 115:24,
115:25, 116:7,
116:16, 116:17,
130:14, 145:2,
177:1, 177:6,
177:8
**ludicrous**
157:24

|  M  |

**ma**
110:25, 111:2,
111:10, 111:12,
111:18, 111:24,

112:6
**madam**
141:17
**made**
39:7, 40:13,
51:6, 57:9,
58:4, 64:21,
85:14, 92:8,
95:24, 97:20,
98:21, 101:7,
111:4, 113:8,
113:12, 113:17,
114:13, 127:25,
132:17, 135:1,
135:5, 145:16,
146:23, 149:23,
150:2, 161:8,
163:18, 164:19,
171:21, 178:17,
178:25, 179:23,
181:3
**magic**
143:23
**mail**
52:13, 52:16,
52:18, 52:19,
53:8, 53:13,
55:15, 55:19,
180:9, 180:13,
180:16
**mailed**
179:13
**mails**
52:24, 53:3
**mainland**
9:10, 96:20,
96:24, 97:10,
111:12, 115:2,
134:1, 145:1,
150:1, 150:2
**make**
6:19, 6:24,
8:10, 21:22,
34:22, 35:16,
36:25, 54:8,
70:25, 86:5,
88:14, 92:10,
93:10, 93:20,

94:14, 101:2,
106:7, 107:13,
110:12, 144:25,
145:2, 148:20,
157:19, 173:4,
175:18, 183:9,
183:17, 183:21
**makes**
51:4
**making**
21:12, 21:16,
92:6, 108:20,
114:5, 114:6,
135:2
**male**
158:13, 158:23,
159:1
**malice**
88:13, 101:8,
112:15, 133:10,
134:17
**malicious**
94:2, 94:10,
114:6, 114:20,
131:4, 131:17,
132:18, 135:4
**maliciously**
108:7, 108:15
**mandarin**
3:20, 5:16,
138:8
**manner**
168:7
**many**
7:19, 14:15,
78:3, 81:16,
100:7, 111:25,
124:11, 141:5,
142:19, 145:19,
153:21, 157:1,
172:25
**map**
88:2
**marathon**
62:13
**marc**
3:8
**march**
44:7, 92:11,

92:18, 108:13,
110:1, 115:1,
125:24, 126:1,
126:3, 177:2,
179:14, 180:8,
183:7
**marco**
93:14, 94:7,
94:19, 95:10,
95:23, 96:11,
97:20, 98:1,
101:9, 108:13,
108:17, 109:3,
110:17, 113:11,
114:9, 131:13,
132:24, 135:2,
135:18, 138:13,
138:18, 140:2,
144:15, 144:16,
145:8, 145:9,
145:14, 146:8,
146:10, 149:21,
149:24, 153:17,
181:21
**mark**
18:22, 71:24,
71:25
**marked**
18:21, 19:3,
22:10, 22:16,
32:20, 106:23,
121:3, 121:18,
122:22, 122:25,
124:4, 124:24
**marking**
106:20, 120:25,
121:15, 123:23
**marriage**
190:17
**married**
77:8
**marshall**
3:7
**mary**
1:16, 2:9,
190:5, 190:25
**maryland**
3:14

**matter**
27:17, 27:23,
32:2, 35:6,
35:8, 35:9,
35:14, 160:9,
170:17, 174:4,
181:21, 182:3,
182:18, 183:12,
184:4, 190:19
**matters**
156:10, 180:2,
182:7, 182:24
**maybe**
100:1, 148:15
**mean**
10:13, 13:3,
26:15, 29:4,
42:19, 117:12,
122:16, 125:7,
131:23, 138:8,
140:22, 141:19,
143:20, 155:13,
155:18, 159:10,
168:22, 171:3,
186:8
**meaning**
125:9, 180:22
**means**
64:8, 115:20,
186:13, 186:23
**meant**
107:25, 117:19
**media**
92:13, 110:10,
161:8, 161:10
**medical**
15:5, 126:8,
126:11, 127:1,
127:3
**meet**
23:14, 33:4,
63:16, 63:20,
64:6, 148:4,
148:7, 148:9,
148:10
**meeting**
64:14, 91:14,
92:2

**mei**
80:10
**member**
66:18, 67:3
**members**
81:18
**memorializing**
119:4
**memory**
126:12, 126:22,
127:20
**mention**
11:17
**mentioned**
11:13, 11:24,
47:11, 103:18,
104:6, 135:13,
153:7, 153:20,
183:4
**merely**
100:5, 131:3
**message**
99:7, 99:8,
181:24, 181:25,
182:1
**messages**
99:5, 134:4,
134:10, 176:25,
181:23, 181:24
**messenger**
98:20, 104:7,
104:19
**met**
15:23, 91:10,
91:20, 107:21,
107:25, 108:8,
115:1, 157:21
**metal**
115:10
**microsoft**
104:7
**middle**
11:9, 89:21,
111:24, 151:9
**might**
15:5, 15:11,
32:16, 41:10,
41:11

**miles**
13:8, 18:9,
79:8, 180:10
**million**
96:17, 115:5,
132:13, 151:13,
151:14, 151:15,
151:16, 151:17,
152:6, 152:13,
152:15, 152:16,
152:17, 152:21,
152:22, 157:12,
157:15, 160:1,
160:25, 173:17
**millions**
93:1, 93:7,
93:17, 108:2,
115:6, 134:2,
134:3, 146:18,
146:25, 150:14,
150:22, 182:5
**mind**
73:14, 100:20,
101:24, 128:14,
131:8, 139:20
**mine**
22:5
**minister**
182:20
**ministry**
182:20
**minor**
131:2
**minutes**
21:13, 21:14,
62:13, 72:13,
170:11
**mischaracterizes**
85:17
**miss**
106:9
**mistake**
34:23, 100:1
**mistaken**
33:1, 34:19
**mistaking**
34:24
**misunderstood**
107:23

**mitchell**
35:6, 36:2,
36:7, 36:11,
155:16, 155:21
**mo**
187:13
**moment**
18:24, 22:9,
35:21, 43:2,
59:5, 106:19,
118:19, 149:11,
149:17, 152:24
**momentarily**
79:10
**money**
115:18, 179:8,
184:2, 185:4,
185:14
**mongolia**
93:5, 130:19
**mongolian**
93:9, 95:5,
115:2, 116:10,
116:11, 130:15
**monies**
132:3
**month**
29:2, 29:4
**months**
99:24, 107:21,
111:25
**more**
7:21, 20:12,
71:20, 72:9,
102:17, 104:16,
114:16, 153:18,
157:4, 157:6,
157:8, 157:10,
158:2
**morning**
6:7, 6:8, 21:8,
58:5, 65:7,
66:6, 160:17,
161:14
**most**
6:21, 84:15,
109:20, 184:20
**mostly**
140:14

**motivation**
118:11
**moutai**
92:22, 115:4
**move**
62:10, 79:24,
79:25, 88:23,
108:24, 138:2,
138:17, 147:21,
167:22, 184:22
**moved**
127:3
**moving**
106:12, 125:4,
183:10
**msn**
98:20, 104:6,
104:18, 104:25,
105:1
**much**
12:6, 42:9,
101:11, 104:16,
116:4, 119:12,
119:22, 128:16,
132:12, 132:15,
132:16, 137:21,
149:19, 151:1,
153:21, 154:4,
185:14, 187:5
**must**
101:19, 109:24,
116:6, 122:10,
125:7, 138:11,
172:6
**mute**
79:9
**myself**
17:6, 20:13,
25:17, 53:4,
53:5, 57:14,
101:7, 103:3,
129:12, 131:5,
144:6, 144:8,
156:10, 163:18,
173:24

**N**

**n-u-o**
170:21

**name**
6:9, 8:7, 8:10,
8:13, 8:15,
8:17, 8:21, 9:4,
9:6, 9:12, 9:14,
9:15, 11:10,
11:15, 11:22,
16:3, 16:17,
18:1, 18:5,
18:9, 18:12,
22:25, 23:17,
29:13, 34:9,
34:20, 34:24,
35:22, 36:21,
47:7, 48:20,
49:3, 49:7,
57:21, 58:11,
58:17, 58:22,
60:5, 61:21,
91:18, 97:13,
97:15, 138:14,
152:6, 152:21,
156:19, 170:20,
170:24, 172:7,
176:8
**named**
23:8, 35:6,
36:6, 36:9,
36:13, 36:16,
43:16, 47:5,
48:17, 115:22,
178:11
**names**
34:4, 34:15,
47:8, 58:1,
80:9, 101:20,
101:21, 101:22,
116:18, 116:20,
116:21, 134:18,
151:19
**narcotics**
15:10
**narrow**
157:15
**nation**
55:12
**national**
57:15

Transcript of Howan Kwok
Conducted on April 1, 2021

73

native
6:20
natural
34:11
naturally
110:11
nearly
59:22, 98:4
necessarily
10:16, 55:17
need
7:3, 7:6,
13:14, 19:12,
19:23, 25:7,
53:17, 55:19,
58:20, 58:21,
59:25, 61:13,
74:1, 90:13,
98:4, 109:14,
112:11, 112:22,
112:23, 113:3,
113:15, 118:17,
118:20, 135:22,
136:25, 137:2,
137:16, 144:23,
146:9, 146:12,
149:7, 151:19,
154:8, 159:7,
167:17, 173:25,
174:1
needed
54:12, 110:13,
110:18
needs
50:20, 51:6,
143:5
negotiate
180:22
net
163:2
netherland
22:2
network
101:1
neurologist
126:19
nevada
15:25, 16:25,

17:1, 17:2,
17:16, 17:23,
18:6, 30:11,
31:20, 48:22,
49:5, 49:11,
52:7, 52:10,
80:18, 80:22,
88:23, 89:4,
102:4, 102:20,
103:20, 106:2,
107:2, 107:10,
114:13, 118:1,
118:24, 120:5,
120:19, 131:1,
145:13, 146:15,
176:15
nevada's
113:6
never
33:2, 51:12,
65:24, 66:3,
73:25, 74:12,
102:12, 111:12,
111:13, 111:18,
111:21, 133:3,
134:11, 134:19,
142:9, 157:21,
175:23
new
1:2, 2:11,
6:12, 10:2,
23:24, 24:14,
25:10, 25:24,
30:14, 30:16,
31:1, 31:10,
32:8, 32:12,
33:20, 38:9,
38:12, 38:22,
39:1, 39:4,
39:7, 39:11,
39:14, 39:18,
39:24, 40:1,
40:14, 40:25,
43:20, 44:9,
45:8, 46:8,
46:17, 49:22,
49:24, 50:3,
50:23, 51:1,

55:25, 56:2,
56:22, 56:25,
59:25, 63:19,
67:11, 72:1,
74:6, 113:23,
120:2, 120:5,
120:13, 155:24,
162:5, 168:12,
169:25, 172:21,
174:17, 174:21,
175:1, 176:2,
180:10, 180:11,
190:2, 190:8,
190:9
newspapers
92:1
next
135:10
nice
134:16
nine
21:13, 21:14,
81:17
nods
7:4
none
112:19
nonetheless
7:2
nonlawyers
56:18
nonresponsive
137:8, 138:3,
180:7, 184:22
normal
20:10
notarize
33:17
notarized
178:6
notary
2:10, 33:20,
190:7
note
58:20, 123:2
noted
179:12, 187:6
nothing
58:20, 103:17

notice
17:25, 19:2,
19:7, 111:6,
188:7
november
99:23, 171:21
nowadays
55:4
number
6:16, 57:15,
62:1, 62:7,
62:25, 78:2,
91:16, 104:24,
120:24, 124:20,
160:10, 171:8,
188:6, 189:2
numbered
124:11
numerics
22:25
nv
3:6

_____

O

o-k
8:14
oath
4:16
object
5:8, 26:21,
60:18, 62:4,
90:13, 160:11,
175:25
objected
127:2
objection
8:23, 10:10,
10:25, 14:13,
18:2, 18:7,
23:12, 23:23,
24:8, 25:12,
25:16, 27:8,
27:14, 27:20,
29:6, 29:14,
32:22, 33:25,
34:3, 34:17,
35:16, 41:8,
43:13, 44:5,

45:15, 46:2,
48:23, 49:1,
56:9, 56:12,
56:20, 57:24,
69:6, 70:17,
71:1, 72:17,
73:7, 73:19,
80:6, 92:4,
103:10, 104:9,
104:21, 107:15,
112:21, 115:23,
119:19, 129:18,
138:1, 139:5,
139:15, 139:18,
140:18, 142:17,
143:18, 144:13,
145:24, 147:7,
147:13, 150:24,
154:19, 155:8,
156:7, 156:18,
158:15, 160:12,
161:4, 162:6,
172:23, 173:21,
173:22, 180:19,
180:20, 183:18,
186:5
**objections**
4:9, 6:25,
85:23, 124:1,
124:22, 170:13,
188:18, 189:4
**obligation**
69:4, 71:11,
103:8
**obligations**
170:8
**observe**
18:4
**obstruction**
167:16
**obstructive**
70:9
**obtain**
65:2
**obviously**
28:6, 183:23
**occurred**
163:14

**october**
91:12
**office**
32:11, 32:14,
32:16, 59:15,
59:17
**officer**
4:15, 31:9,
39:13, 39:23,
176:12
**officers**
39:19
**offices**
32:17
**offshore**
160:3, 160:4,
161:1, 161:2
**oh**
165:19
**ok**
9:2, 10:23,
18:25, 19:22,
19:24, 35:13,
42:24, 43:1,
58:24, 61:1,
81:11, 81:24,
84:11, 86:8,
96:9, 97:13,
100:12, 102:6,
105:20, 106:9,
114:25, 115:24,
122:21, 123:20,
124:20, 127:9,
132:2, 144:14,
183:3
**old**
3:13, 54:25
**omitted**
124:12
**once**
15:23, 17:5,
45:22, 46:1,
91:10, 99:16,
148:15
**one**
8:6, 9:9, 9:10,
18:24, 22:9,
28:2, 28:6,

39:16, 42:23,
43:1, 43:2,
59:11, 61:21,
66:2, 78:2,
82:6, 90:8,
90:9, 96:25,
100:20, 102:16,
105:4, 106:18,
113:10, 122:15,
128:11, 131:22,
141:6, 142:5,
144:24, 146:6,
152:9, 152:24,
153:15, 154:16,
156:20, 161:8,
168:12, 168:13,
168:14, 168:22,
168:25, 169:7,
172:14, 174:12,
175:2, 184:18
**one-minute**
21:13, 21:15
**one-year-old**
34:13
**ones**
140:13, 180:16
**ongoing**
111:22, 174:6
**online**
57:18, 58:2,
78:11, 87:7,
87:12, 88:3,
114:8, 116:22,
135:19, 136:2,
144:19, 144:23,
145:11, 145:12,
145:18, 145:19,
181:23
**only**
22:24, 34:11,
58:10, 69:7,
70:17, 71:2,
81:18, 93:19,
104:23, 114:1,
114:3, 114:4,
115:10, 115:13,
117:17, 131:2,
131:24, 132:1,

134:14, 143:5,
143:6, 144:23,
146:16, 147:3,
150:4, 151:4,
172:14
**open**
98:11, 113:24,
118:19, 146:12,
149:23, 154:8
**opened**
110:22
**openly**
110:12, 110:20,
135:18, 136:2,
144:22, 145:20
**operating**
18:11
**opportunity**
114:16
**opposed**
33:19
**order**
6:21, 7:4,
127:3, 159:25,
161:1, 161:6,
180:7
**ordered**
179:11
**original**
107:1
**other**
6:17, 14:23,
15:1, 20:17,
20:20, 28:14,
28:22, 29:9,
32:17, 33:20,
33:23, 34:2,
35:9, 61:21,
79:25, 80:22,
83:18, 91:18,
98:3, 108:5,
108:8, 112:5,
116:17, 116:18,
120:13, 128:5,
130:15, 155:6,
155:15, 155:16,
155:18, 155:20,
157:1, 158:7,

168:5, 170:8,
172:15, 172:25,
174:13, 175:2,
176:11, 179:25,
181:2
others
82:8, 82:9,
82:12
otherwise
97:6, 175:22
out
15:1, 33:10,
33:13, 56:8,
58:17, 62:20,
66:14, 78:7,
78:12, 78:16,
85:7, 99:5,
99:8, 99:9,
108:14, 117:17,
120:24, 127:7,
145:20, 179:2,
179:20, 181:23,
183:25
out-of-your-juri-
sdiction
72:4
outcome
190:18
outside
32:8, 72:10,
144:3
over
6:16, 80:15,
94:25, 104:10,
124:10, 124:14,
135:19, 180:23,
186:3
overbroad
79:20
oversee
93:23
own
30:25, 58:16,
75:22, 86:20,
161:17, 161:18
owner
81:20, 82:1
owning
160:24

**P**

pacific
8:3, 14:20,
47:11, 48:8
page
107:18, 124:6,
125:4, 188:2,
188:6, 189:2
pages
54:17, 142:4,
142:12
paid
12:6, 30:14,
37:1, 44:15,
47:20, 47:22,
49:10, 60:1,
76:6, 89:24,
118:1, 133:12,
133:13, 175:22,
184:14, 184:23,
184:24
paper
58:20
paragraph
107:18, 183:11
part
28:7, 31:19,
54:17, 80:3,
147:11, 153:22,
163:25, 174:6
particular
8:1, 13:11,
69:3, 117:21
particularly
10:14
parties
4:5, 6:2, 55:1,
190:16
partner
93:6, 96:24,
97:2, 97:16,
115:20, 184:17
partners
83:1, 83:2,
83:3, 149:15
partnership
85:11

party
12:4, 50:10,
53:23, 56:23,
57:4, 57:9,
57:15, 65:25,
82:24, 83:5,
91:22, 92:17,
111:16, 115:12,
116:5, 131:11,
131:12, 161:15,
178:18
party's
86:16
password
43:5
past
16:19, 46:6,
46:15, 78:1,
82:4, 132:10,
132:11, 142:18,
150:9, 177:14
pathway
10:19
paused
79:7
pausing
78:23
pay
29:20, 29:24,
30:16, 36:20,
37:4, 37:18,
40:2, 44:9,
48:7, 49:14,
51:2, 76:10,
76:20, 118:14,
118:23, 119:7,
159:13, 176:14,
185:14
payable
180:25, 181:3
paying
37:21, 37:23,
47:23, 51:22,
62:21, 132:22,
159:18
payment
36:25, 51:6,
173:5, 173:9,

178:17, 178:24,
181:9, 183:24
payments
36:25, 39:7,
40:13, 51:4,
185:21, 185:24
pays
29:22, 76:18
peak
100:9
peasant
108:19, 134:8,
182:13, 182:14
penalties
5:7
penalty
125:13
pending
7:8, 133:20,
135:10, 137:6,
154:20, 187:3
people
6:16, 20:20,
54:8, 54:11,
54:25, 56:15,
78:12, 81:3,
91:16, 91:18,
93:20, 94:23,
95:1, 95:3,
106:9, 108:4,
115:13, 115:14,
115:19, 116:12,
116:15, 130:17,
145:1, 146:5,
146:22, 149:14,
149:16, 150:8,
153:19, 155:18
people's
57:1
percent
161:13, 180:1
perhaps
43:17, 43:22,
54:20, 101:14,
123:17, 131:24,
134:3, 157:23,
159:4, 161:12,
170:19, 172:24,

177:9
**period**
82:5, 90:25,
101:6, 104:15,
138:15
**perjury**
5:7, 125:13
**permitted**
79:21
**persecution**
129:22
**person**
18:10, 54:5,
59:16, 64:6,
82:6, 88:10,
93:4, 93:24,
111:7, 115:5,
115:6, 115:10,
115:12, 115:22,
133:4, 146:3,
152:10, 170:18,
176:18, 176:19,
182:23
**personal**
24:19, 30:3,
36:24, 42:2,
60:19, 60:21,
61:14, 62:7,
62:18, 62:21,
91:17, 96:13,
97:20, 97:25,
108:13, 108:17,
109:7, 110:16,
113:12, 114:9,
131:12, 132:24,
135:2, 135:17,
144:17, 145:15,
146:8, 149:21,
149:24, 153:3,
153:17
**personally**
25:23, 53:4,
53:5, 107:19,
107:24, 107:25,
110:7
**personnel**
182:3
**persons**
184:19

**phone**
59:6, 59:7,
59:21, 59:22,
59:24, 59:25,
60:1, 60:20,
61:15, 62:1,
62:2, 62:7,
62:18, 62:22,
62:25, 63:1,
63:3, 63:5,
63:7, 63:11,
64:12, 65:20,
84:3, 84:21,
84:24, 84:25,
85:7, 85:13,
85:16, 87:18,
89:16, 97:5,
97:7, 97:22,
98:2, 98:4,
98:7, 98:8,
98:9, 98:15,
98:16, 98:18,
98:25, 99:1,
99:6, 99:18,
100:2, 100:3,
100:8, 100:13,
104:11, 104:14,
104:16, 104:24,
105:3, 105:7,
113:20, 128:9,
128:10, 144:25,
145:2
**phones**
99:9, 99:11,
99:16, 99:19,
100:6, 100:7,
102:10, 102:17,
102:25, 103:2,
103:5, 128:5
**photo**
129:2
**physician**
126:21, 127:19
**pick**
141:6, 142:2,
142:5
**pick-up**
128:24

**piece**
55:15, 55:19,
99:23, 115:10,
130:6
**piecemeal**
74:18
**place**
77:11, 97:18,
130:1, 148:7,
157:18
**placed**
98:24
**plaintiff**
1:5, 3:4, 6:10,
15:21, 124:2,
124:23, 171:10,
188:19, 189:5
**plan**
60:3, 60:6
**platform**
92:24, 94:20,
97:21, 101:1,
108:18, 182:11
**playing**
128:17
**pleading**
117:14
**pleadings**
117:10
**please**
5:2, 6:19, 7:7,
7:12, 18:19,
18:24, 19:15,
19:20, 22:9,
22:12, 22:23,
28:19, 35:2,
35:10, 57:21,
60:15, 62:16,
69:23, 78:22,
78:23, 79:1,
89:5, 90:20,
96:4, 103:14,
106:19, 131:22,
133:17, 141:18,
144:1, 148:23,
152:24, 167:22
**plural**
159:10

**podhaskie**
23:9, 23:14,
23:18, 23:19,
23:22, 25:2,
25:9, 25:15,
25:22, 26:3,
26:5, 26:20,
27:6, 27:12,
27:16, 29:12,
29:18, 29:20,
29:22, 29:25,
32:7, 33:4,
33:10, 33:16,
33:19, 33:24,
51:19
**podhaskie's**
32:14
**point**
57:25, 85:8,
94:3, 100:14,
100:17, 150:19,
187:3
**police**
54:10, 93:9,
95:5, 111:11,
111:16, 115:3,
116:10, 116:11,
116:15
**policeman**
130:16
**political**
11:9
**portable**
129:13
**portion**
120:6, 153:5,
165:2, 166:5,
167:10
**posed**
112:9, 112:10
**posing**
86:12, 86:20,
87:8
**position**
94:19
**possession**
177:5
**possible**
7:22, 13:4,

60:16, 62:8,
83:11, 85:20,
86:22, 104:18
**possibly**
83:17, 84:7,
154:21
**post**
123:18, 160:17,
161:14
**posted**
55:6, 87:7,
87:12, 123:10
**potential**
45:9, 45:21
**potentially**
158:7
**power**
79:3
**practice**
72:4
**prc**
149:15
**preceded**
49:5
**prejudice**
172:18, 173:6,
173:9, 174:7
**premises**
149:12
**preparation**
20:10, 64:6,
149:8
**prepare**
19:12, 20:6,
20:15, 43:20,
63:25
**prepared**
44:2, 44:22
**preparer**
44:23
**preparing**
64:3, 149:12
**prescription**
15:10
**presence**
19:6, 25:2
**present**
3:18, 6:23,

53:21, 91:16
**presenting**
55:3
**presently**
12:16, 41:2
**preserve**
103:8
**president**
34:20, 175:8,
175:20
**pressed**
65:13, 65:15,
65:18
**pretending**
54:25
**pretty**
54:23, 137:21
**prevailing**
178:18
**prevent**
126:9
**previous**
16:18, 16:24,
136:24, 137:12,
137:17
**previously**
7:17, 47:12,
57:5, 58:4,
66:10, 122:11,
153:19
**principle**
169:21
**print**
33:10, 33:13
**prior**
48:21, 63:13,
67:8, 85:1,
120:19, 122:1
**prison**
130:23, 131:11
**privately**
110:7, 110:8,
110:11, 110:20
**privilege**
7:10, 27:17,
27:24, 32:3,
41:9, 41:12,
45:14, 46:3,

72:17, 79:18,
90:12, 90:20,
153:1, 162:17,
166:7, 166:24,
167:17, 187:4
**privileged**
13:8, 162:7,
163:16, 163:20,
166:14, 166:20,
166:23, 167:24
**probably**
33:1, 34:12,
37:1, 54:2,
100:12, 130:18,
151:19
**problem**
123:22, 126:22,
148:25
**proceed**
8:5, 25:7,
84:11
**proceeded**
8:6
**proceeding**
5:9, 7:5, 72:6,
72:22
**proceedings**
7:23
**proceeds**
159:19
**produce**
142:24, 144:24,
178:13
**produced**
135:15, 136:22,
139:8, 140:6,
147:17, 147:24,
154:23, 159:24,
160:10, 160:16,
174:18, 176:25
**production**
124:3, 124:8,
139:3, 140:7,
140:10, 142:22,
143:23, 177:12,
188:21
**professional**
2:9, 102:17,

141:11, 153:14,
190:6
**profit**
130:15, 169:14
**program**
21:7, 94:24,
95:23, 96:1
**programs**
94:9
**progress**
106:11
**promise**
117:7
**pronounce**
8:9, 8:11,
173:4, 174:14
**pronunciation**
9:8, 9:9, 9:10,
172:7
**proof**
146:16
**properly**
8:10, 8:11
**properties**
129:24, 130:18
**proposition**
7:1
**propounded**
142:22
**proprietary**
94:21
**prosecuted**
12:16, 13:21
**prosecuting**
12:25
**prosecution**
12:24
**protect**
78:19
**protection**
29:2, 39:21,
67:24, 159:16
**protections**
28:12, 28:23,
74:20, 74:23
**protective**
127:3
**protocols**
54:14

proven
95:9, 96:3,
114:10
provide
44:19, 44:23,
68:17, 70:16,
70:19, 70:23,
71:4, 73:17,
114:16, 116:25,
128:4, 135:22,
139:1, 140:9,
148:17
provided
42:16, 43:9,
46:7, 46:16,
46:25, 69:1,
69:4, 69:16,
97:11, 125:11,
139:24, 140:11,
140:15, 143:21,
147:6, 170:12
public
2:11, 33:20,
82:25, 183:25,
184:1, 190:7
pull
121:13, 167:5
punitive
132:8, 132:21,
133:14
purchase
93:18
purchased
59:10, 59:12
purported
146:3, 146:4,
177:1
purpose
26:8, 83:19,
83:20, 131:3,
133:8, 156:16
purposes
26:5, 26:13,
26:19
pursuant
19:7, 22:15,
22:19, 188:9
pursue
134:19

pursuing
114:14, 134:20
put
53:1, 94:19,
123:15, 131:10,
131:11, 151:23,
164:11, 164:14,
168:9, 168:15,
183:23

**Q**

questioning
10:15, 88:25
questions
6:14, 7:2,
15:6, 59:2,
62:11, 62:14,
68:3, 68:7,
68:13, 68:15,
68:18, 72:9,
72:12, 77:20,
78:9, 79:21,
80:1, 83:16,
83:18, 86:11,
86:14, 86:17,
87:23, 88:4,
88:8, 88:19,
90:7, 118:14,
126:9, 136:21,
143:17, 147:20,
148:2, 171:6,
186:25
quiang
80:10
quick
59:1
quiet
71:24
quite
29:16, 100:21,
101:5, 113:19,
143:19, 155:19,
168:20, 186:7,
186:12
quote
171:9, 171:10

**R**

race
158:19, 159:4,

159:8
races
159:2
racism
159:5
randazza
3:3, 3:8,
52:13, 72:2
rapist
108:1, 108:11,
108:18, 109:1,
110:5, 110:8,
110:12, 110:13,
110:18, 132:19,
134:5, 144:20,
151:5, 182:12
rate
119:22
rather
7:3, 16:3,
34:23, 34:25,
54:14
rd
3:13
reach
172:4
read
17:6, 17:7,
17:20, 52:21,
52:22, 52:25,
53:2, 53:4,
61:1, 89:6,
89:8, 106:2,
107:4, 113:1,
123:16, 141:23,
141:25, 161:6,
161:8
reading
34:12, 55:15
ready
65:11
really
10:13, 21:12,
27:1, 27:2,
34:18, 34:22,
36:10, 36:18,
37:3, 37:16,
37:17, 37:21,

52:20, 55:11,
57:19, 58:20,
60:18, 86:14,
87:15, 87:25,
88:20, 88:21,
97:23, 99:20,
101:5, 101:13,
104:11, 123:11,
123:13, 123:16,
126:6, 127:10,
127:12, 128:21,
129:10, 129:25,
132:21, 136:5,
143:20, 153:8,
154:22, 157:18,
157:24, 158:23,
160:15, 161:15,
168:5, 169:2,
169:12, 177:10
realtime
2:10, 190:7
reask
143:17
reason
11:1, 24:2,
60:20, 62:6,
62:9, 62:10,
83:17, 103:17,
106:12, 114:3,
147:14, 159:7,
168:5, 174:24,
178:13
receive
47:17, 51:12,
52:7, 52:8,
52:12, 52:16,
52:18, 53:5,
180:12
received
45:7, 45:18,
52:20, 52:24,
53:4, 53:16,
54:6, 178:23
receiving
53:14
recess
66:9, 79:13,
102:8, 155:5

recognize
22:24, 156:22,
158:5
recollection
103:1
recommendation
16:8, 16:10,
86:6
recommended
16:18, 168:8
record
42:19, 79:12,
84:7, 85:25,
86:2, 86:3,
89:8, 97:9,
130:1, 141:25,
184:1, 190:13
recorded
115:8
recording
21:20, 21:22
records
97:10, 127:1,
129:17, 129:20,
185:20, 185:23,
185:24
recover
102:10, 102:14
recovered
102:12
recovery
102:18, 102:21,
102:25, 120:7,
173:20
referenced
156:2, 163:9
referred
16:24, 34:8
referring
32:5
refers
160:24
refuse
12:23, 68:3,
68:7, 68:17
refusing
12:13, 13:20,
24:24, 37:12,

38:5, 38:19,
40:7, 40:21,
41:21, 42:6,
42:21, 44:20,
45:4, 45:16,
46:4, 46:13,
46:23, 48:15,
49:19, 50:21,
67:17, 69:13,
75:11, 75:20,
76:3, 76:16,
77:1, 91:8,
127:13, 161:24,
162:18, 162:25,
163:7, 170:2,
171:17, 172:2,
181:14, 184:7,
185:11
regarding
7:9, 45:8,
45:21, 79:17,
79:21, 100:13,
175:16, 187:3
regards
130:6
registered
2:9, 180:9,
180:13, 190:5
registry
179:13
reinterpret
141:24
rejected
57:11
related
162:3, 190:16
relation
182:19
relationship
24:16, 82:21,
83:7, 85:5,
85:10, 162:4,
169:13, 181:22,
182:1
relative
155:17
relevance
60:17, 72:6,

83:12, 85:21
relevant
10:11, 62:11,
62:14, 83:15,
83:22, 84:8,
84:11, 85:15,
86:12, 88:20,
88:21, 127:11
relied
117:22, 183:13
remarks
113:17
remember
18:3, 23:6,
23:13, 32:23,
34:5, 35:23,
82:6, 82:7,
101:20, 123:17,
126:4, 126:25,
127:11, 144:9,
147:23, 150:20,
150:21, 153:8,
154:5, 154:17,
154:21, 158:8,
169:6, 171:7,
183:5
remembering
116:18
remind
77:3
remote
1:12, 2:8
rendered
29:25, 47:18
rendering
37:19
renders
29:18, 36:17
renew
154:3
renminbi
93:7, 93:17
repeat
11:6, 73:14,
119:1, 127:17,
141:18, 141:19,
141:21, 151:19
repeating
150:7

rephrase
7:13, 70:21
replace
93:13, 94:6,
94:20
report
40:13, 42:9,
161:8, 161:13
reported
1:15, 54:10,
130:21, 146:1
reporter
2:10, 5:1, 5:4,
5:13, 58:8,
58:12, 58:25,
80:11, 81:22,
89:6, 141:17,
141:21, 184:22,
190:6, 190:7
represent
6:9, 26:6,
26:20, 27:7,
27:12, 27:16,
27:22, 106:25,
121:5, 121:20,
155:11, 155:17,
155:21, 156:17,
171:9
representation
25:14, 25:20,
36:1, 48:8,
84:6, 85:14
representations
183:13
representative
55:1
represented
35:5, 35:13,
48:21, 62:22,
71:19, 72:22,
88:22
representing
25:25, 47:21,
48:1, 48:4,
49:11, 77:18,
77:19, 92:21
represents
25:23, 26:18

Transcript of Howan Kwok
Conducted on April 1, 2021                                      80

republic
57:1
request
87:18, 127:2,
131:14, 140:6,
142:22, 143:22
requested
68:21, 185:2
requests
124:3, 124:8,
124:11, 124:15,
139:3, 145:23,
188:20
required
7:1, 42:18,
69:1, 70:16,
70:19, 70:23,
71:3, 73:17
requirements
72:24
requires
71:9, 71:15
reservation
161:10
reserved
4:11
residence
22:4, 77:4,
81:1
respect
27:23, 67:23,
155:22, 162:2,
162:4, 175:12
respected
91:23
respective
4:5
respond
12:8, 12:20,
24:20, 30:4,
31:12, 37:8,
38:2, 38:15,
40:4, 41:6,
42:3, 42:13,
44:12, 45:1,
45:11, 45:24,
46:10, 46:20,
48:11, 49:16,

50:5, 50:15,
50:20, 67:14,
74:8, 75:17,
75:25, 76:13,
76:23, 90:2,
91:5, 109:17,
118:6, 119:9,
119:14, 120:9,
120:15, 130:8,
135:12, 139:3,
143:12, 143:21,
159:15, 161:21,
162:22, 163:4,
164:16, 169:16,
171:14, 171:24,
183:20, 185:8,
185:17
responded
86:2
responding
109:18, 171:5
responds
171:10
response
140:6, 142:21,
143:22, 171:3,
171:8
responses
124:1, 124:7,
170:13, 188:18
responsibility
135:5
responsible
113:15, 134:25,
135:1, 145:17,
146:10
responsive
95:12, 96:7,
108:24, 127:24,
134:22, 145:23,
147:11
restraint
161:1, 161:6
restricted
53:25
result
113:8
retain
26:2

retained
157:2, 158:2
retainer
26:12
retaliate
94:11
return
42:10, 42:17,
46:7, 46:17,
67:10, 131:18,
134:13, 134:16,
181:9
returns
38:23, 39:3,
40:11, 43:8,
43:12, 44:2,
44:4, 44:22,
74:4, 181:5
reveal
16:6, 19:16,
20:8, 20:12,
25:5, 26:9,
26:23, 28:16,
28:19, 31:24,
52:2, 68:23,
69:20, 69:23,
70:6, 70:10,
90:17, 103:15,
103:22, 104:1,
122:7, 143:1,
144:2, 152:1,
164:3, 165:9,
165:10, 166:15,
167:8, 167:12
revealing
16:11, 31:22,
63:9, 64:5,
90:21, 104:4,
122:9, 152:3,
163:16, 164:5,
173:11
revenue
40:24, 41:24,
42:10, 45:19,
46:18, 49:25
review
16:20, 20:14,
43:8

revised
124:2, 124:8,
125:1, 142:21,
188:20
revolution
12:5
ria
110:25, 111:2,
111:10, 111:12,
111:18, 111:24,
112:6
ridiculous
61:13, 160:8
right
11:2, 17:3,
21:25, 26:25,
28:4, 33:18,
35:16, 41:17,
43:7, 60:8,
77:4, 79:5,
79:7, 79:23,
81:1, 85:16,
89:1, 93:21,
94:4, 111:4,
118:21, 125:7,
126:1, 130:9,
131:13, 132:10,
138:9, 142:10,
144:15, 148:3,
152:10, 170:20,
172:8, 183:5
rights
12:9, 12:21,
24:20, 30:5,
30:20, 31:4,
31:13, 37:8,
38:2, 38:15,
40:5, 40:19,
41:6, 42:4,
42:14, 44:13,
45:2, 45:12,
45:24, 46:11,
46:21, 48:12,
49:17, 50:6,
50:19, 67:15,
67:20, 74:9,
75:18, 76:1,
76:14, 76:24,

90:3, 91:6,
118:6, 119:10,
119:15, 119:25,
120:10, 120:16,
159:22, 161:22,
162:23, 163:5,
169:17, 171:15,
171:25, 181:12,
184:5, 185:9,
185:18
**risk**
57:9
**role**
51:24, 175:12
**room**
64:20, 65:7,
65:9, 65:10,
105:18, 105:19
**rose**
48:18, 101:17,
101:18
**rpr**
1:16, 190:25
**rubbish**
33:7
**ruin**
112:18
**rule**
22:16, 22:20,
188:10
**rumor**
94:2, 94:10,
114:6, 131:5,
131:20
**rumors**
114:20, 135:4
**run**
129:21
**running**
129:25
**rural**
93:24

--- S ---

**safe**
108:21
**safety**
77:22, 78:18,

86:20, 86:21,
87:9, 87:16,
88:3, 108:21,
108:22
**sahara**
3:5
**said**
8:6, 9:1,
19:24, 20:2,
21:2, 21:17,
21:18, 33:2,
33:8, 35:25,
49:1, 49:7,
56:12, 59:21,
59:24, 70:6,
85:4, 85:22,
85:24, 85:25,
86:2, 87:2,
91:10, 93:4,
93:11, 94:18,
95:21, 96:3,
96:10, 96:13,
100:5, 110:13,
117:6, 130:14,
131:24, 133:25,
136:7, 144:18,
145:4, 145:8,
145:17, 146:10,
149:4, 150:15,
152:5, 159:11,
159:12, 165:22,
168:2, 177:14,
183:6
**sake**
78:18
**salary**
171:11
**same**
4:6, 4:17, 9:8,
11:15, 21:24,
21:25, 70:25,
73:19, 95:25,
111:6, 137:21,
143:17, 163:11,
163:23, 167:6,
168:10, 168:15,
169:10, 169:11,
173:22, 174:3,

178:5
**say**
8:13, 8:17,
19:17, 19:19,
19:21, 20:4,
21:4, 21:5,
21:18, 26:14,
29:4, 34:25,
48:25, 61:4,
75:3, 98:7,
100:2, 100:12,
111:23, 130:2,
130:3, 132:1,
141:9, 141:11,
150:13, 159:9,
159:11, 161:12,
165:4, 166:16,
172:9, 179:15
**saying**
11:19, 20:3,
53:3, 56:11,
59:17, 66:4,
71:11, 95:16,
99:11, 100:8,
109:4, 109:9,
114:25, 138:11,
150:5, 163:21,
169:5, 172:20
**says**
22:18, 107:24,
142:8, 171:9,
180:7
**scary**
131:15
**school**
65:25, 89:21
**schulman**
3:11
**scope**
72:11
**screen**
18:18, 19:1,
20:21, 22:13,
60:8, 60:17,
60:19, 60:21,
61:8, 61:9,
61:14, 61:15,
61:23, 106:21,

121:1, 121:16,
122:23, 123:10,
123:24
**screens**
39:16
**scroll**
22:23, 23:1,
107:3, 123:11,
125:2
**scrolling**
123:18
**scrolls**
124:9
**sealing**
4:6
**search**
14:4, 58:3,
116:20, 127:24,
127:25, 142:23,
144:23, 145:7,
145:11, 145:21,
146:6, 148:15
**second**
39:16, 42:23,
124:2, 124:7,
132:4, 142:21,
188:19
**secondly**
153:1
**securities**
160:2, 160:25,
161:19, 162:2
**security**
9:25, 10:6,
11:13, 11:24,
54:7, 55:5, 81:2
**see**
17:15, 17:21,
22:24, 23:1,
36:23, 43:2,
52:19, 53:20,
54:1, 54:15,
57:7, 59:22,
60:13, 60:23,
65:12, 76:5,
77:25, 87:6,
87:22, 94:17,
95:6, 96:18,

100:23, 108:12,
111:3, 112:25,
114:25, 123:11,
124:10, 125:24,
128:19, 130:13,
130:25, 132:9,
132:23, 133:24,
134:13, 140:14,
142:3, 144:14,
146:1, 149:11,
149:16, 153:15,
179:22, 181:21,
183:3
**seeing**
124:13
**seek**
146:25, 154:3
**seem**
32:15, 110:22,
147:23
**seems**
148:12
**seen**
22:21, 23:2,
32:15, 52:9,
111:10, 122:16,
123:12, 133:3,
138:23, 139:23,
177:3
**sees**
28:10
**self-incriminati-**
**on**
13:4, 41:15
**send**
29:12, 36:16,
37:14, 51:11,
51:14, 51:15,
54:2, 99:7,
130:23, 177:8,
181:24
**sending**
61:24, 99:5
**sends**
56:5
**sent**
18:15, 51:13,
52:13, 54:17,

105:23, 135:24,
177:6, 180:8,
181:23, 182:1
**sentenced**
66:20
**separate**
45:14, 79:22
**separately**
143:3, 168:3
**september**
67:7, 67:8,
99:10, 100:14,
172:13, 183:8
**serious**
87:15, 101:7,
157:18
**seriously**
86:10, 88:9
**served**
123:3
**service**
40:25, 42:10,
45:19, 46:18,
66:6
**services**
29:18, 29:25,
36:17, 37:19,
47:17
**session**
62:13, 154:15
**set**
105:7, 124:3,
124:8, 124:23,
125:2, 188:20,
189:6, 190:11,
190:21
**sets**
105:3
**settled**
172:11
**settlement**
172:4
**seven**
46:6, 46:15
**several**
72:12, 95:1,
132:12, 142:18,
150:14

**severe**
131:5
**sexual**
110:23, 112:2,
112:6
**shall**
4:10
**shares**
130:15, 160:1,
160:25, 161:19
**sherry**
22:2
**sherry-netherland**
52:14, 52:17,
53:9, 55:5,
77:4, 81:1
**shoot**
43:6
**short**
21:13
**shot**
150:5
**should**
15:4, 16:15,
47:22, 54:10,
54:11, 62:24,
104:1, 106:6,
111:23, 125:25,
127:12, 130:8,
135:21, 141:11,
142:5, 145:16,
151:25, 157:19,
161:12, 164:3,
182:7
**show**
22:7, 60:8
**showed**
89:17, 91:24,
122:11, 128:11
**showing**
60:21
**shown**
19:8, 111:13,
111:21, 153:21
**shuiyan**
1:4, 78:14,
86:13, 87:10,
92:13, 92:21,

93:1, 93:5,
93:8, 93:12,
93:13, 93:19,
94:4, 94:5,
94:6, 94:12,
94:22, 95:6,
95:25, 96:23,
97:19, 97:25,
99:2, 109:6,
110:4, 110:7,
111:17, 112:12,
113:12, 113:14,
113:15, 114:18,
115:1, 115:17,
116:3, 116:8,
129:20, 129:23,
130:13, 130:18,
130:21, 131:12,
135:17, 140:3,
144:16, 145:9,
145:15, 145:16,
146:1, 146:7,
146:9, 149:13,
149:20, 149:24,
153:18, 179:24,
181:22, 182:4,
182:10, 182:18,
184:17, 184:20
**shuiyan's**
77:18, 92:12,
96:12, 96:19,
144:17, 153:17
**sign**
24:13, 25:1,
32:20, 33:5,
33:11, 39:3,
91:21, 92:1,
126:15, 127:8,
180:23
**signature**
23:2, 23:4,
23:7, 24:3,
125:5, 125:6
**signature-plkal**
190:22
**signed**
4:15, 4:17,
24:7, 32:19,

Transcript of Howan Kwok
Conducted on April 1, 2021

83

32:25, 33:2,
33:8, 33:14,
125:12, 125:19,
126:5, 126:25
**signing**
32:23
**silvestri**
48:18
**simple**
75:13, 107:6,
151:3, 151:4
**simply**
137:9
**simultaneous**
11:5, 40:16,
72:14, 95:14,
96:8, 109:13,
112:8, 121:10,
133:16, 133:21,
134:21, 135:6,
136:9, 138:4,
138:16, 154:6,
165:3, 165:7,
166:2
**simultaneously**
154:18
**since**
65:24, 97:21,
110:22, 116:2,
124:12, 174:6
**single**
169:7
**sir**
6:8, 131:22
**situation**
104:14
**small**
146:17
**social**
9:25, 11:13,
11:24, 110:10
**solely**
162:7
**solemnly**
5:13
**some**
6:18, 9:14,
20:10, 22:25,

36:14, 42:25,
53:21, 54:7,
54:12, 59:16,
72:3, 79:24,
79:25, 83:17,
83:18, 93:20,
93:21, 97:8,
100:1, 100:14,
106:9, 106:12,
126:11, 129:4,
149:7, 149:12,
149:15, 154:20,
166:5, 166:6,
173:1, 176:25
**somebody**
23:8
**somehow**
150:21
**someone**
55:15, 62:1,
92:20, 107:6,
115:1, 152:16,
178:11
**something**
20:2, 25:8,
48:25, 56:11,
76:5, 86:16,
95:16, 95:17,
128:24, 141:10,
152:18, 152:21,
165:17, 166:17,
166:25, 168:25
**sometimes**
54:1, 54:20,
54:22, 54:24,
56:15, 56:16,
57:10, 75:1,
76:9, 77:7,
81:20, 99:12,
99:13, 99:14,
99:15, 99:17,
99:18
**somewhere**
157:14
**son**
80:8, 87:4,
87:24
**sorry**
20:1, 32:13,

39:17, 43:6,
58:25, 83:6,
99:25, 108:10,
109:11, 112:3,
123:21, 155:2,
164:13
**sort**
55:3, 84:10,
126:11, 149:22
**sought**
114:3, 136:6
**sounds**
7:4
**source**
55:8, 116:15,
183:16, 184:2
**sources**
57:6, 116:19
**south**
160:16, 161:13
**southern**
1:2, 6:12,
155:24, 169:24
**speak**
105:21
**speaking**
10:24, 85:23,
138:10, 147:12,
183:18
**special**
55:9
**specific**
102:5, 142:20
**specifically**
20:25, 21:4,
158:6, 179:6
**speculation**
164:25
**spell**
58:8, 58:10
**spelled**
18:5
**spelling**
8:20, 11:10,
11:14, 11:18,
11:21, 18:1
**spoken**
63:10, 63:13,

175:15
**spread**
131:16
**spreading**
94:1, 94:10,
114:8, 114:19,
131:4, 131:20,
135:3
**spy**
110:5
**ss**
190:3
**st**
32:13
**stability**
93:23
**start**
182:5, 182:7,
182:16
**started**
108:12, 108:13,
108:15, 183:7
**starting**
18:16, 72:24,
109:8
**starts**
121:14
**state**
9:18, 10:2,
12:18, 13:21,
13:23, 15:25,
32:24, 33:20,
36:22, 38:22,
40:10, 40:25,
43:20, 44:10,
45:8, 46:8,
46:17, 57:22,
67:2, 67:11,
74:5, 190:2
**state's**
172:21
**stated**
35:2, 116:7,
133:1, 133:4
**statement**
22:15, 22:19,
32:20, 136:4,
171:12, 171:20,

188:9
**states**
1:1, 2:11,
7:24, 9:19,
10:5, 10:9,
12:18, 13:24,
14:2, 14:8,
14:12, 14:23,
27:25, 28:13,
28:24, 29:3,
34:14, 34:20,
45:19, 46:8,
47:1, 66:17,
66:21, 67:4,
91:3, 107:18,
183:12, 190:8
**stating**
134:6
**status**
10:8, 10:12,
10:20, 11:2,
11:4, 11:7, 13:7
**steel**
115:10
**steinberg**
174:11
**step**
60:25
**stepped**
65:9
**steve**
82:3, 84:17,
85:5, 85:6,
85:10, 85:19
**still**
11:15, 19:23,
68:1, 68:6,
68:9, 83:9,
83:23, 83:25,
105:17, 111:22,
165:16, 166:16,
170:9, 174:6
**stipulate**
5:2
**stipulated**
4:3, 4:8, 4:13
**stipulation**
172:12, 175:3

**stop**
19:20, 72:15,
78:22, 78:24,
78:25, 79:2,
96:4, 114:5,
131:3, 131:4,
131:19, 164:15
**stopped**
20:2
**store**
128:2, 128:3,
129:17
**stored**
97:4, 99:2
**story**
149:7, 149:8
**strange**
168:23
**strategic**
83:1, 83:2,
169:20
**strategy**
167:9, 167:25,
173:12, 173:14,
173:23, 174:9
**stream**
128:8
**street**
32:13
**strike**
9:16, 47:10,
51:17, 55:22,
64:1, 66:25,
75:5, 75:10,
95:12, 102:2,
106:4, 108:24,
120:2, 138:2,
138:17, 141:16,
158:18, 179:11,
184:22, 185:23
**strongly**
87:18, 103:21
**stuff**
118:15
**subject**
40:24, 41:11
**submissions**
79:16

**submit**
67:9, 102:16
**submitted**
74:5
**subscribed**
187:11
**subsequent**
120:18
**subsequently**
87:8, 146:22
**substance**
15:9
**successfully**
102:13
**sue**
31:19, 51:25,
101:3, 101:14,
112:12, 183:8
**sued**
110:23, 173:16
**suggested**
167:1, 167:2
**suggestion**
86:6
**suing**
111:2
**suit**
6:10, 102:4,
110:25
**suite**
3:5, 3:13
**summer**
81:13, 82:4
**superman**
154:22
**supplement**
70:4, 117:1
**support**
91:22, 92:23,
92:24, 93:22
**supporters**
94:25
**supporting**
92:15
**supportive**
116:14
**supposed**
73:2

**sure**
6:19, 8:10,
36:15, 43:19,
54:8, 56:7,
58:18, 100:21,
100:22, 106:7,
111:1, 118:22,
122:12, 122:14,
122:19, 123:12,
123:14, 123:19,
125:8, 127:19,
128:15, 139:22,
148:5, 148:20,
151:20, 165:1,
175:18, 183:21,
186:7
**surrounding**
87:23
**suspend**
187:2
**suss**
78:7
**sussing**
78:15
**swear**
5:13
**swearing**
5:3
**sworn**
4:15, 4:18,
6:3, 187:11,
190:12
**system**
58:6, 172:21,
175:1

**T**

**t-e-e-r**
59:3
**t-mobile**
61:6
**table**
98:25
**take**
7:6, 12:3,
31:19, 59:1,
66:8, 84:21,
84:24, 84:25,

Transcript of Howan Kwok
Conducted on April 1, 2021

85

97:18, 102:6,
110:19, 120:24,
135:5, 153:4,
154:13, 155:3
**taken**
7:17, 8:2
**takes**
85:7
**taking**
12:12, 13:19,
37:11, 38:18
**talk**
6:16, 11:2,
20:17, 32:1,
78:13, 84:9,
142:5, 144:7,
155:7, 167:10
**talked**
53:16, 101:22,
135:19, 136:2,
145:1, 145:3,
145:10
**talking**
8:24, 16:23,
16:25, 33:7,
35:8, 35:24,
36:4, 71:22,
85:5, 93:22,
98:15, 104:13,
112:24, 137:10,
141:2, 142:20,
146:21, 150:3,
156:14, 182:14,
182:19
**targeting**
55:13, 94:9
**tax**
38:23, 39:3,
39:8, 40:10,
41:3, 42:10,
42:17, 43:8,
43:12, 44:2,
44:4, 44:22,
44:23, 45:9,
45:21, 46:7,
46:16, 67:10,
73:23, 74:1,
74:3, 74:4,

74:12, 181:5,
181:9
**taxes**
43:21, 43:23,
44:9, 44:16,
75:7
**taxing**
40:25, 45:8
**tea**
76:6
**teach**
179:24
**team**
55:10, 81:3
**teams**
54:7
**technician**
3:19, 18:17,
18:20, 18:24,
22:9, 43:1,
106:7, 106:9,
106:18, 120:25,
121:15, 122:21,
123:22, 124:9
**telephone**
60:22, 89:14
**tell**
17:11, 20:11,
34:15, 58:10,
61:21, 74:1,
77:13, 77:24,
83:17, 86:10,
86:23, 103:4,
113:3, 115:16,
117:7, 141:7,
142:23, 147:4,
149:19, 153:10,
156:11, 156:15,
165:16, 167:1,
167:3, 172:6,
174:8, 180:17,
182:8, 182:16,
182:18, 182:24
**telling**
27:5, 33:8,
83:5, 92:23,
94:12, 95:6,
95:8, 99:5,

110:3, 165:17,
165:20, 167:3,
182:22
**ten**
15:14, 157:6,
157:8
**ten-minute**
155:3
**tens**
132:12, 133:13,
134:2, 150:14,
150:22
**term**
41:23, 119:17,
128:14, 141:9,
142:10, 151:3
**testified**
6:3, 14:10,
14:12, 14:22,
25:9, 57:5,
58:4, 66:10,
84:20, 107:20,
180:15
**testify**
74:14, 74:17,
75:2, 84:23,
84:25, 184:4,
184:11, 184:14,
184:23
**testimony**
14:11, 15:1,
33:1, 44:19,
85:2, 85:18,
190:14
**text**
63:3, 176:25
**th**
22:2, 32:13,
180:10
**thank**
8:19, 18:14,
19:10, 24:1,
75:10, 78:22,
89:9, 133:15,
138:25, 148:22,
164:7, 167:19,
170:5, 187:5
**therefore**
55:4, 55:6,

93:17
**thing**
8:6, 21:1,
34:18, 36:15,
52:20, 62:3,
74:19, 87:22,
100:23, 109:2,
111:9, 115:17,
123:7, 132:10,
133:24, 135:16,
142:3, 146:23,
147:3, 153:10,
153:15, 157:17,
158:25, 161:7,
172:9
**things**
54:2, 54:6,
84:13, 85:11,
133:25, 136:16,
143:5, 143:6,
143:7, 145:10,
146:13, 166:12,
183:4
**think**
28:3, 32:16,
32:25, 43:17,
88:18, 100:18,
115:11, 117:4,
118:15, 133:11,
141:8, 141:10,
150:12, 157:18,
165:19, 170:9,
179:22, 181:17
**third-party**
44:16, 87:2,
87:16
**thought**
11:17, 85:22,
94:3, 166:4
**thousand**
142:4
**thousands**
54:16, 133:13,
142:12
**threat**
53:23, 53:24,
86:20, 87:1,
87:8, 87:15,

87:20, 88:10,
108:20, 108:23,
132:16, 149:17,
149:19, 149:22
**threaten**
112:17
**threatened**
95:5
**threatening**
53:25, 54:3,
54:4, 54:9,
54:19, 77:21,
99:20, 108:7,
108:21, 110:9
**threats**
55:3, 55:6
**three**
14:16, 35:22,
160:3, 160:4,
160:25, 161:2
**through**
17:5, 54:7,
54:13, 64:8,
69:8, 70:19,
98:19, 107:3,
118:13, 124:9,
125:3, 129:4,
160:2, 160:25,
161:18, 163:19,
183:7
**throughout**
18:5, 111:9,
134:10
**throw**
99:9
**thrown**
98:10
**time**
4:11, 7:6,
11:19, 17:25,
24:11, 29:1,
53:21, 56:4,
78:1, 78:2,
78:11, 78:15,
82:5, 89:22,
90:25, 91:15,
91:17, 94:11,
98:4, 98:19,

99:3, 100:9,
101:7, 101:15,
102:5, 105:3,
109:3, 116:21,
121:9, 123:15,
134:15, 141:12,
142:20, 148:6,
148:9, 169:3,
177:6, 180:2,
181:24, 187:6
**times**
7:19, 14:15,
14:16, 54:16,
142:19, 147:8
**timing**
170:7
**today**
6:13, 6:23,
15:7, 15:12,
19:7, 19:12,
20:6, 20:21,
20:24, 34:8,
53:1, 63:13,
65:3, 79:19,
105:25, 116:18,
144:12, 148:2,
156:1, 156:23,
179:22, 181:17,
184:4
**today's**
20:15, 65:1
**together**
92:13, 94:1,
94:9, 114:10,
173:15, 184:19
**told**
20:23, 20:25,
53:16, 59:20,
73:22, 74:11,
89:3, 91:23,
92:19, 93:4,
94:16, 95:4,
95:10, 103:2,
110:7, 113:14,
115:9, 126:21,
130:17, 131:8,
165:20, 165:21,
166:18, 174:1

**torture**
180:4
**total**
183:14
**towards**
101:7, 101:10
**toxicity**
54:9
**toxins**
54:3
**transcript**
5:9, 7:5, 62:8
**transfers**
176:20, 176:23
**translate**
109:24, 117:14
**translated**
55:19, 107:5,
107:7, 107:8,
107:11, 109:15,
109:17, 117:10,
117:24, 120:21,
121:7, 121:23,
122:2, 123:6,
123:13, 124:13,
124:17
**translating**
24:12, 53:18
**translation**
107:6, 121:12,
122:13, 125:8,
125:9, 142:7
**translations**
54:13, 125:16
**translator**
17:4, 24:12,
53:18, 107:14,
107:17, 117:13
**transmitted**
64:19, 134:1
**treasurer**
176:3, 176:6,
176:8
**treasury**
45:20
**treated**
134:17, 144:22
**trial**
4:11, 183:22,

184:11, 185:25,
186:10
**tricking**
93:25
**tricks**
93:25
**trigger**
167:6
**true**
5:6, 99:23,
137:10, 161:9,
172:19, 190:13
**trust**
33:22
**trusted**
96:13
**truth**
82:25, 83:5,
147:4
**truthful**
15:6, 161:13
**truthfully**
15:11
**try**
7:13, 26:17,
51:10, 78:12,
114:4, 116:24,
117:3, 123:17,
155:15
**trying**
35:18, 72:25,
78:5, 78:7,
78:16, 85:6,
88:6, 111:19,
111:20, 112:16,
112:17, 129:21,
146:5, 148:20
**turn**
60:11, 114:22,
139:24, 182:6
**turning**
127:22, 134:17
**tweet**
135:19, 145:20,
181:23
**tweeted**
99:5, 100:25,
110:14, 136:1,

Transcript of Howan Kwok
Conducted on April 1, 2021

145:11
**tweeters**
145:19
**twitter**
99:4, 99:7,
109:4, 110:15,
150:3, 182:10,
182:19
**two**
62:12, 98:3,
107:21, 112:3,
113:7, 154:13,
168:12
**two-hour**
154:15
**tycoon**
160:18

**U**

**ultimately**
177:11
**una**
3:20
**unable**
27:9, 36:5,
36:23, 52:25,
82:2, 126:14
**unaccountable**
150:12
**unbelievable**
136:16
**uncomfortable**
86:10, 86:19
**under**
5:6, 12:9,
12:17, 12:21,
24:21, 27:18,
27:24, 29:8,
30:2, 30:5,
30:20, 31:4,
31:13, 37:6,
37:9, 37:25,
38:3, 38:6,
38:13, 38:16,
40:5, 40:19,
41:2, 41:7,
42:4, 42:14,
44:13, 45:2,

45:12, 45:25,
46:11, 46:21,
48:12, 49:17,
50:6, 67:15,
67:20, 74:9,
75:18, 76:1,
76:14, 76:24,
90:3, 91:6,
108:22, 118:7,
119:10, 119:15,
119:25, 120:10,
120:16, 125:13,
126:18, 149:17,
149:22, 159:14,
159:22, 160:2,
161:22, 162:23,
163:5, 169:17,
171:15, 171:25,
181:12, 184:5,
185:9, 185:18
**underlying**
80:22
**understand**
6:18, 7:12,
7:14, 7:15,
8:16, 15:6,
24:6, 24:10,
24:13, 26:14,
26:16, 29:15,
29:16, 52:19,
67:22, 68:1,
68:6, 68:9,
68:19, 71:8,
73:20, 113:1,
125:12, 128:19,
138:8, 142:1,
143:6, 143:20,
154:1, 155:19,
169:23, 170:1,
173:25, 175:18,
186:7, 186:12,
186:14, 186:22,
186:23
**understanding**
13:7, 16:13,
19:6, 28:18,
41:10, 50:10,
68:25, 69:7,

70:18, 71:3,
71:14, 81:12,
90:19, 103:24,
143:8, 151:23,
162:8, 163:13,
163:25, 164:19,
165:12, 165:14,
165:15, 166:21
**understood**
74:13, 125:15
**uneasy**
86:11, 86:18,
86:24
**union**
190:4
**united**
1:1, 7:24,
9:19, 10:5,
10:9, 12:17,
13:24, 14:2,
14:8, 14:12,
14:23, 27:24,
28:13, 28:24,
29:3, 34:13,
34:20, 45:19,
46:8, 47:1,
66:21, 67:4,
91:3
**unknown**
54:17, 59:16
**unless**
6:25, 7:9,
84:5, 154:21
**unlike**
129:20
**unlock**
60:12
**until**
135:9
**update**
69:4
**updated**
69:16
**upload**
58:6, 66:5,
106:5, 106:15
**uploaded**
42:25, 58:5,

106:16
**uploading**
21:15, 21:20,
21:23
**upper**
61:2
**upstairs**
55:2
**urga**
101:17
**url**
64:22, 64:23,
65:2
**use**
9:4, 9:6,
16:17, 62:2,
89:13, 98:11,
98:14, 104:6,
104:14, 104:16,
104:25, 106:17
**useful**
148:13
**using**
65:2, 98:15,
128:8, 134:8
**usually**
34:5, 117:19,
117:22

**V**

**v**
1:6
**value**
149:5, 149:9,
150:13, 151:8,
151:24
**valued**
150:22, 151:12
**various**
151:24, 185:2
**vegas**
3:6, 93:18,
130:14
**vehicle**
161:14
**vendor**
32:9
**verbal**
95:24, 125:10

verbally
108:16
verification
32:19, 178:7
verified
22:15, 22:19,
188:9
verify
94:15
verizon
61:4
version
17:16, 17:22,
124:14
via
177:10, 182:2
vicious
112:15, 114:6,
131:4, 131:18
viciously
108:15
viciousness
112:16
video
21:12, 21:14,
21:16, 58:5,
64:14, 66:5,
92:6, 92:8,
92:10, 92:15,
94:14, 99:24,
103:18, 128:16,
128:23
videoconference
3:1
videos
21:13, 57:18,
58:2, 95:22,
98:24, 99:7
viewers
134:3
violation
66:22
virginia
168:13, 178:10,
179:7, 180:25,
183:11
virus
82:25

vision
169:20
visiting
92:21, 182:4
voice
92:14, 92:24,
94:21, 121:9
voices
112:4

---
**W**
---

w-e-n-g-u-i
8:21, 16:3
wait
19:19, 102:2,
118:4, 135:9,
136:11
waiting
106:14
waived
4:7
wang
91:18, 92:12,
92:19, 93:3,
113:11, 175:5,
175:15, 175:19,
175:20, 176:11,
182:2
want
8:5, 8:17,
27:2, 28:7,
34:19, 34:22,
52:19, 58:16,
71:25, 85:15,
86:9, 115:25,
138:14, 140:3,
145:3, 147:3,
147:12, 148:19,
149:18, 151:21,
175:18, 183:1,
183:21
wanted
59:1, 77:17,
77:23, 78:11,
91:21, 117:9,
117:23, 133:1,
133:4, 165:17,
182:23

wanting
55:2, 133:9
warfare
53:25, 55:12
warrant
14:4
warrants
14:7
washington
91:20
wasting
180:2
way
5:10, 9:15,
10:11, 51:10,
69:7, 70:18,
71:2, 83:21,
87:13, 87:24,
108:14, 111:13,
129:9, 144:24,
145:6, 145:20,
146:6, 153:2,
156:8, 183:7,
190:18
ways
166:13
wealthy
115:17, 129:23,
130:2, 130:3,
130:22
wearing
75:23
week
59:11, 59:23,
125:22, 126:5,
126:15, 127:8
welcome
86:3, 103:14
wengui
1:7, 22:14,
22:25, 23:7,
121:17, 122:24,
123:25, 124:21,
160:18, 180:9,
188:8, 188:13,
188:15, 188:17,
189:3
went
9:13, 64:20,

65:15, 86:1,
94:4, 183:22
weren't
85:23
west
83:5
western
18:11
whatever
35:23, 47:25,
53:17, 61:22,
108:19, 145:17,
146:10, 159:6,
177:14, 185:13
whatsapp
98:19, 177:10,
182:2
whatsoever
72:6, 101:23
whereabouts
137:11
whereof
190:20
whether
10:21, 12:24,
23:2, 25:19,
36:10, 38:21,
39:6, 41:14,
44:15, 54:8,
54:9, 54:10,
54:11, 73:23,
85:7, 122:4,
122:12, 123:12,
125:8, 129:14,
148:14
whichever
49:8
whistleblower
111:5
white
134:17
whoever
47:20
whole
83:16, 174:4,
184:17
wife
77:10, 77:22,

78:8, 80:4,
87:24
**wifi**
129:5, 129:6
**wilkinson**
3:20
**willy-nilly**
75:1
**wind**
118:20, 154:7,
154:9
**window**
118:18, 118:20,
154:8, 154:9
**wire**
129:6, 176:19,
176:23
**wish**
88:13, 88:14,
116:20, 181:18
**withdraw**
137:12
**withdrawn**
137:18
**withdrew**
137:19
**withheld**
70:14, 70:22,
73:16
**within**
4:14, 41:24,
60:14, 99:11,
190:8
**without**
16:11, 27:5,
31:22, 63:9,
64:5, 69:10,
73:8, 103:12,
104:4, 104:19,
122:9, 152:3,
160:13, 163:15,
163:21, 164:5,
164:20, 164:22,
165:17, 165:20,
167:3, 171:11,
173:9, 173:11,
173:20
**witness**
6:2, 14:18,

20:1, 21:3,
21:6, 58:9,
60:10, 70:1,
70:3, 70:10,
72:8, 84:9,
86:4, 86:9,
95:15, 96:10,
100:20, 106:14,
111:20, 118:17,
128:14, 139:20,
141:15, 141:20,
149:19, 187:5,
188:2, 190:10,
190:14, 190:20
**wolman's**
19:15
**won**
120:4
**wonderful**
167:20
**woodbury**
101:18
**word**
26:7, 100:20,
151:4
**words**
7:3, 96:1,
122:12, 134:8,
134:9, 146:5
**work**
23:20
**worked**
150:8, 154:25
**working**
23:19, 23:20,
23:21, 23:24,
114:24, 115:14
**works**
136:13, 167:18
**world**
18:11, 54:18,
71:21, 95:1
**worry**
154:10
**worth**
150:22, 153:3,
163:2
**wouldn't**
122:19

**wrapped**
166:6
**write**
185:1
**writing**
128:20, 128:21,
182:19
**written**
38:11, 110:16,
110:17, 125:9,
135:17, 140:2,
171:5
**wrong**
94:5, 142:10,
169:1, 172:7,
172:25, 179:16
**wrote**
132:24, 144:18

**X**

**x**
166:17
**x-i**
170:21
**x-i-a**
152:19
**x-i-a-n-m-i-n**
152:23, 170:15
**x-i-n-o**
170:23
**x-i-o-n-g**
152:23, 170:15
**xi**
108:3, 182:15
**xia**
151:16, 152:17
**xianmin**
151:17, 170:15,
170:19, 170:24,
172:5, 172:16,
173:2, 173:3,
174:14, 174:22,
175:2, 175:10
**xino**
170:22
**xiong**
151:17, 152:21,
170:15, 170:19,

170:24, 172:5,
172:16, 173:1,
173:3, 174:14,
174:22, 175:2,
175:10

**Y**

**y-e-l-i-a-n-g**
152:19
**yang**
91:18
**yanping**
175:5, 175:19
**yeah**
81:16
**year**
14:5, 29:9,
42:11, 43:23,
44:10, 181:6
**years**
15:14, 15:17,
40:23, 41:25,
46:6, 46:15,
142:18
**yes-or-no**
20:5
**yieliang**
8:4, 14:20
**yingnan**
110:2, 116:9
**york**
1:2, 2:11,
6:12, 10:2,
23:24, 24:14,
25:10, 25:24,
30:14, 30:16,
31:1, 31:10,
32:8, 32:12,
33:20, 38:9,
38:12, 38:22,
39:1, 39:4,
39:7, 39:11,
39:14, 39:18,
39:24, 40:1,
40:14, 40:25,
43:20, 44:9,
45:8, 46:8,
46:17, 49:22,

49:24, 50:3,
50:23, 51:1,
55:25, 56:2,
56:22, 56:25,
63:19, 67:11,
72:1, 74:6,
120:2, 120:5,
120:13, 155:24,
162:5, 168:12,
169:25, 172:21,
174:17, 176:2,
180:11, 190:8
**york's**
175:1
**youtube**
92:14
**yuan**
96:17, 151:13
**yvette**
175:5, 175:20

**Z**

**zip**
42:25
**zoom**
106:17

**0**

**00**
2:5, 127:23
**001**
18:16
**003**
120:24
**004**
121:14
**005**
124:20
**006**
123:20
**007**
22:8
**008**
122:20
**05678**
1:6
**09**
79:13

**1**

**1**
79:13
**1.1**
160:18
**1.4**
108:4
**10**
2:5, 23:11,
23:15, 24:4,
25:1, 65:8
**100**
96:16, 124:10,
124:14, 151:14,
151:17, 152:15,
152:20, 152:22,
161:13, 173:16
**10022**
180:11
**101**
107:18
**107**
183:11, 188:11
**109**
3:5
**12**
66:9
**12,000**
178:17, 178:20,
178:23, 179:12,
179:18, 180:17,
180:23, 181:8
**122**
188:12, 188:13
**123**
188:15
**125**
188:17, 189:3
**13**
107:18
**14**
154:18, 163:10
**15**
62:12, 99:23,
160:17, 172:13
**15,000**
114:1, 131:2,

131:19
**16**
187:6
**18**
22:2, 80:15,
171:21, 180:10
**1801**
22:2
**1:-cv--kpf**
1:6

**2**

**2**
102:8
**20**
1:6, 118:14,
157:10, 188:7
**2011**
184:16
**2017**
67:7, 67:8,
91:12, 99:24,
111:5
**2018**
92:9, 92:11,
97:24, 97:25,
99:10, 99:24,
99:25, 100:10,
100:15, 103:19,
104:15, 104:17,
107:2, 154:18,
160:17, 163:10,
177:2, 183:7,
183:8
**2019**
42:11, 171:22
**2020**
23:11, 23:15,
24:4, 43:24,
44:10, 172:13,
179:5, 179:10,
179:14, 180:8,
181:6
**2021**
1:13, 2:4,
125:24, 187:13,
190:22
**20814**
3:14

**22**
66:9
**23**
179:14, 188:8
**24**
124:6, 125:24,
126:1, 126:3
**25**
44:7
**26.1**
22:16, 22:20,
188:10
**2764**
3:5
**2nd**
190:21

**3**

**30**
21:7, 29:5
**31**
102:8
**360803**
1:17
**3733**
171:10
**39**
79:13, 155:5

**4**

**4**
155:5
**40**
102:8
**42,000**
183:14, 183:16,
184:15, 184:24,
185:5
**45**
66:9

**5**

**50,000**
132:3
**510**
160:1, 160:24
**56**
155:5

**589**
66:14
**5th**
92:8

---
### 6
---

**6**
187:6
**60**
53:21, 154:20,
154:24
**61**
32:13
**64**
32:13

---
### 7
---

**7500**
3:13
**781**
180:10

---
### 8
---

**8.7**
159:25
**80**
98:25
**89117**
3:6
**8925**
160:10

---
### 9
---

**9**
21:7
**90**
180:1
**901**
3:13