**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

LOGAN CHENG f/k/a Shuiyan Cheng,

        *Plaintiff,*

    1:20-cv-05678-KPF

-v-

WENGUI GUO,

        *Defendant.*

## DECLARATION OF WENGUI GUO

WENGUI GUO, pursuant to 28 U.S.C. § 1746, declares and says as follows:

1.      I am the Defendant in the above-captioned action. I have personal knowledge of the facts stated herein.

2.      I offer this declaration in support of my response to Plaintiff Logan Cheng's ("Mr. Cheng") letter dated April 28, 2021.

3.      As I testified during my deposition on April 1, 2021, Daniel Podhaskie ("Mr. Podhaskie") has served as my personal counsel and has also served as in-house counsel to Golden Spring (New York) Ltd. ("Golden Spring").

4.      Since 2018, I, in my individual capacity and not on behalf of Golden Spring, have from time to time requested and obtained legal advice from Mr. Podhaskie and throughout have consulted with him in confidence. In these consultations, I have always understood that Mr. Podhaskie served as my personal counsel.

5.      Accordingly, I have frequently discussed anticipated and/or ongoing litigations with Mr. Podhaskie, including the Nevada Litigation and the above-captioned case.

6.      With respect to the Nevada Litigation, I sought legal advice from Mr. Podhaskie regarding various aspects of the litigation, and I invoke and seek to maintain the attorney-client privilege with respect to the communications that he and I have had regarding the matter. Nevertheless, to be clear, I did not ask Mr. Podhaskie to make, in whole or in part, the decision whether to commence or maintain the Nevada Litigation.  I made these decisions.

7.      Since 2018, when I have consulted with and sought legal advice from Mr. Podhaskie concerning litigations and other select matters, I sincerely believed that he was acting as my personal counsel and accordingly that we had an attorney-client relationship.

8.      Golden Spring operates as a family office for me and my family.

9.      Members of my family retained Mr. Podhaskie as in-house counsel to Golden Spring in June 2018.

10.     In his legal role at Golden Spring, Mr. Podhaskie, on an *ad hoc* basis and as requested, has provided legal counsel to members of my family, including me, as various issues have arisen.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:

Date:   5/7/21

New York, New York

郭文贵
Wengui Guo