UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOGAN CHENG, <br><br> Plaintiff, <br><br> -v.- <br><br> WENGUI GUO, <br><br> Defendant. | 20 Civ. 5678 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

There is currently a conference scheduled in this matter for May 27, 2021, at 3:30 p.m. Due to unforeseen conflicts in the Court's schedule, the Court regretfully must adjourn the conference to June 3, 2021, at 10:00 a.m. The dial-in information is as follows: At 10:00 a.m. the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 10:00 a.m.

SO ORDERED.

Dated: May 24, 2021
       New York, New York

KATHERINE POLK FAILLA
United States District Judge