**SCHULMAN**BHATTACHARYA

The Clark Building | 7500 Old Georgetown Rd, Ste 901, Bethesda, MD 20814 | 240.356.8550

**JEFFREY S. GAVENMAN**
**direct dial** 240.356.8553   **email** jgavenman@schulmanbh.com

October 8, 2021

**VIA CM/ECF**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov



MEMO ENDORSED

Re:   *Cheng v. Guo*, 1:20-cv-05678-KPF
      Joint Status Letter Regarding Proposed Next Steps

Dear Judge Failla:

Pursuant to the Court's Order of August 25, 2021 (ECF No. 65), Plaintiff Logan Cheng ("Plaintiff") and Defendant Wengui Guo ("Defendant") (collectively, the "Parties") respectfully submit this joint letter regarding their proposed next steps.

Discovery is closed as of October 1, 2021. *See* ECF No. 65. As set forth in the Parties' Joint Status Report of April 23, 2021 (ECF No. 53), Plaintiff and Defendant both intend to move for partial summary judgment. Accordingly, the Parties propose proceeding with summary judgment briefing according to the following briefing schedule:

Plaintiff will file his motion for partial summary judgment on or before November 18, 2021.

Defendant will file his motion for partial summary judgment and opposition to Plaintiff's motion (in a single brief) on or before December 23, 2021.

Plaintiff will file his reply in support of his motion for partial summary judgment and opposition to Defendant's motion (in a single brief) on or before January 27, 2022.

Defendant will file his reply in support of his motion for partial summary judgment on or before February 24, 2022.

SchulmanBH.com

**SCHULMAN BHATTACHARYA**

Page | 2

Respectfully submitted,

/s/ Jeffrey S. Gavenman
Jeffrey S. Gavenman (JG3738)
Schulman Bhattacharya, LLC
6116 Executive Blvd., Ste. 425
North Bethesda, MD 20852
Tele: (240) 356-8550
Email: jgavenman@schulmanbh.com

*Counsel for Defendant Wengui Guo*

/s/ Jay M. Wolman
Jay M. Wolman (JW0600)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tele: (702) 420-2001
Email: jmw@randazza.com

*Counsel for Plaintiff Logan Cheng*

```
The Court is in receipt of the parties' above joint letter.
The parties are directed to adhere to the briefing schedule
set forth above.

Dated:     October 8, 2021              SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE