UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
LOGAN CHENG f/k/a SHUIYAN CHENG,  :
:    Case No. 1:20-cv-05678-KPF
          Plaintiff,  :
:    **SUGGESTION OF BANKRUPTCY**
   *-against-*  :
:
WENGUI GUO,  :
:
          Defendant.  :
---------------------------------------------------------x

PLEASE TAKE NOTICE that, on February 15, 2022, Ho Wan Kwok (the "Debtor"), which is, upon information and belief, another name of Wengui Guo, the defendant in the above-captioned matter, filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, with the United States Bankruptcy Court for the District of Connecticut (the "Bankruptcy Court").

A copy of the Debtor's voluntary petition is attached hereto as Exhibit A. The Debtor's chapter 11 case is being administered in the Bankruptcy Court under case number 22-50073.

Dated February 17, 2022.

Respectfully Submitted,

/s/ Jay M. Wolman
Jay M. Wolman
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tel: (978) 801-1776
Fax: (305) 437-7662

Marc J. Randazza (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Tel: (702) 420-2001
Fax: (305) 437-7662
Email: ecf@randazza.com

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on February 17, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Jay M. Wolman
Jay M. Wolman
