UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOGAN CHENG, *formerly known as Shuiyan Cheng*,<br><br>                                Plaintiff,<br><br>                -v.-<br><br>WENGUI GUO,<br><br>                                Defendant. | 20 Civ. 5678 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

When the Court issued its Opinion and Order regarding the parties' cross-motions for summary judgment on September 13, 2022 (Dkt. # 92), it overlooked the Suggestion of Bankruptcy filed by Plaintiff on February 17, 2022 (Dkt. # 91). Accordingly, and pursuant to 11 U.S.C. § 362, the Opinion and Order of September 13, 2022, is hereby WITHDRAWN, and the case is STAYED pending further order of the Court.

SO ORDERED.

Dated:   October 13, 2022
         New York, New York

                                    _____
                                    KATHERINE POLK FAILLA
                                    United States District Judge