UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOGAN CHENG, *formerly known as* Shuiyan Cheng,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>WENGUI GUO,<br><br>                    Defendant. | 20 Civ. 5678 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ordered to file a joint letter regarding the status of Mr. Guo's bankruptcy action on or before **August 14, 2023**, and every ninety days thereafter.

SO ORDERED.

Dated:  August 2, 2023
       New York, New York

*[signature]*

_____
KATHERINE POLK FAILLA
United States District Judge