UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOGAN CHENG, <br><br>                 Plaintiff, <br><br>      -against- <br><br> WENGUI GUO, <br><br>                 Defendant. | 20-cv-5678 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The parties have missed the August 14 deadline to update the Court on the status of Mr. Guo's bankruptcy action. The parties are hereby ORDERED to provide that update by August 25, 2023, at 5:00 p.m. And the parties should continue to provide updates every 90 days, counting from the original due date (so the next update will be due November 13, 2023).

      SO ORDERED.

Dated: August 22, 2023
       New York, New York

                                                   ARUN SUBRAMANIAN
                                                   United States District Judge