UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOGAN CHENG,<br><br>                        Plaintiff,<br><br>      -against-<br><br>WENGUI GUO,<br><br>                       Defendant. | 20-cv-5678 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      On November 18, 2021, and December 23, 2021, respectively, Plaintiff and Defendant filed motions for partial summary judgment. Dkts. 78, 83. On October 13, 2022, the Court stayed this case pending the resolution of the related bankruptcy action. Dkt. 96. In light of that ongoing stay, the partial-summary-judgment motions are DENIED WITHOUT PREJUDICE. The parties may re-file their motions once the stay is lifted.

      The Clerk of Court is directed to close ECF Nos. 78 and 83.

      SO ORDERED.

Dated: September 11, 2023
       New York, New York

                                                  ARUN SUBRAMANIAN
                                            United States District Judge