

Jay Marshall Wolman, JD
Licensed in CT, MA, NY, DC

**May 13, 2024**

Via CM/ECF
Hon. Arun Subramanian
United States District Court – S.D.N.Y.
500 Pearl Street, Room 15A
New York, NY 10007
<SubramanianNYSDChambers@nysd.uscourts.gov>

    **Re:**    *Status of Mr. Guo's Bankruptcy (Per ECF No. 97)*
            *Cheng v. Guo* | Case No. 1:20-cv-05678-AS

Dear Judge Subramanian:

On August 2, 2023, the Court issued the following order:

> The parties are hereby ordered to file a joint letter regarding the status of Mr. Guo's bankruptcy action on or before August 14, 2023, and every ninety days thereafter.

(ECF No. 97). This is the parties' fourth joint letter.

The status of Mr. Guo's bankruptcy is as follows:

On February 15, 2022, Defendant Wengui Guo filed a voluntary Chapter 11 petition in the U.S. Bankruptcy Court for the District of Connecticut, styled *In re Ho Wan Kwok*, Case No. 22-50073. That case remains open and ongoing, and the automatic stay under 11 U.S.C. § 362 remains in place.

Thank you for your attention to this matter.

                                  Respectfully Submitted,

                                  /s/ Jay M. Wolman
                                  Jay M. Wolman (JW0600)
                                  RANDAZZA LEGAL GROUP, PLLC
                                  100 Pearl Street, 14th Floor
                                  Hartford, CT 06103
                                  Tel: (888) 887-1776
                                  Email: jmw@randazza.com

                                  *Attorneys for Plaintiff,*
                                  *Logan Cheng*

Randazza Legal Group
Page 2 of 2



Jeffrey S. Gavenman (JG3738)
Schulman Bhattacharya, LLC
6116 Executive Blvd., Ste. 425
North Bethesda, MD 20852
Tel: (240) 356-8553
Email: jgavenman@schulmanbh.com

*Attorneys for Defendant,*
*Wengui Guo*

Nicholas A. Bassett
Paul Hastings, LLP
2050 M Street NW
Washington, DC 20036
Tel: (202) 551-1700
Email: nicholasbassett@paulhastings.com

*Attorneys for Chapter 11 Trustee*

cc:   All Counsel of Record (via CM/ECF)