UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOGAN CHENG,<br><br>       Plaintiff,<br><br>  -against-<br><br>WENGUI GUO,<br><br>       Defendant. | 20-cv-5678 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The parties have missed the May 6 deadline to update the Court on the status of Mr. Guo's bankruptcy action. The parties are ORDERED to provide that update by **June 2, 2025** at **5:00 PM**. Per the Court's prior order, *see* Dkt. 98, the parties shall continue providing the Court with updates every 90 days from the original due date. The next update is due August 4, 2025.

  SO ORDERED.

Dated: May 29, 2025
    New York, New York

                     _____
                     ARUN SUBRAMANIAN
                     United States District Judge