UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOGAN CHENG, | |
| Plaintiff, | 20-CV-5678 (AS) |
| -against- | |
| WENGUI GUO, | ORDER |
| Defendant. | |

ARUN SUBRAMANIAN, United States District Judge:

The parties have missed the February 1 deadline to update the Court on the status of Mr. Guo's bankruptcy action. The parties are ORDERED to provide that update by **February 12, 2026**, at **5:00 PM**. Per the Court's prior order, *see* Dkt. 98, the parties shall continue providing the Court with updates every 90 days from the original due date. The next update is due by May 2, 2026.

SO ORDERED.

Dated: February 2, 2026
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge