UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOGAN CHENG,<br><br>                          Plaintiff,<br><br>                -against-<br><br> WENGUI GUO,<br><br>                          Defendant. | 20-CV-5678 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The parties have missed the May 2 deadline to update the Court on the status of Mr. Guo's bankruptcy action. The parties are ORDERED to provide that update by **May 8, 2026**, at **5:00 PM**. Per the Court's prior order, *see* Dkt. 98, the parties shall continue providing the Court with updates every 90 days from the original due date. The next update is due by July 31, 2026.

  SO ORDERED.

Dated: May 5, 2026
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge